# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

FILED

CASE NUMBER: 01-CV-184 (DJS)   2003 DEC 16  P 1: 09

To the Clerk of this court and all parties of record:

DISTRICT COURT
HARTFORD CT

Enter my appearance as counsel in this case for:   Lawrence Kaladish
a/k/a Arthur L. Kaladish

| | |
|---|---|
| 12-15-03 | _signature_ |
| **Date** | **Signature** |
| ct06031 | Tracy Alan Saxe |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203 – 287 - 8890 | Saxe Doernberger & Vita, PC |
| **Telephone Number** | **Address** |
| 203 – 287 - 8847 | 1952 Whitney Avenue, Hamden, CT |
| **Fax Number** | |
| tas@sdvlaw.com | |
| **E-mail address** | |

### CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Louis J. Bonsangue, Esq. Jacobi Kappell & Case 300 Bic Drive, Milford, CT  06460
Theodore J. Tucci, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT  06103
Helen M. Kemp, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT  06103

_signature_
Signature

(Use additional pages, if necessary to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001