# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 01-CV-184 (DJS)

FILED

To the Clerk of this court and all parties of record:

2003 DEC 16 P 1: 10

Enter my appearance as counsel in this case for:   Lawrence Kaladish
a/k/a Arthur L. Kaladish

__12-15-03__
Date

_____
Signature

__ct24080__
Connecticut Federal Bar Number

__Chastity A. DaSilva__
Print Clearly or Type Name

__203 – 287 - 8890__
Telephone Number

__Saxe Doernberger & Vita, PC__
Address

__203 – 287 - 8847__
Fax Number

__1952 Whitney Avenue, Hamden, CT__

__tas@sdvlaw.com__
E-mail address

### CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Louis J. Bonsangue, Esq. Jacobi Kappell & Case 300 Bic Drive, Milford, CT 06460
Theodore J. Tucci, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT 06103
Helen M. Kemp, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT 06103

_____
Signature

(Use additional pages, if necessary to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001