

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH : | CIVIL ACTION NO.<br>301 CV 184 (DJS) |
| Plaintiff : | |
| VS. : | |
| UNUMPROVIDENT CORPORATION :<br>PROVIDENT LIFE & CASUALTY :<br>INSURANCE COMPANY : | DECEMBER 19, 2003 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D.Conn.L.Civ.R. 15, the undersigned counsel respectfully requests the Court to allow me to withdraw my Appearance on behalf of the Plaintiff. Attorneys Tracy Alan Saxe and Chastity A. DaSilva have appeared on behalf of the Plaintiff. The undersigned has sent a copy of this Motion by certified mail to the Plaintiff along with the attached letter explaining that the failure to either engage successor counsel or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal and/or default being entered against him.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw.

                                      THE PLAINTIFF,
                                      Lawrence Kaladish a/k/a
                                      Arthur L. Kaladish

                                      By: _____
                                            Louis J. Bonsangue (CT14586)
                                            Jacobi & Case, P.C.
                                            300 Bic Drive
                                            Milford, Connecticut 06460
                                            Telephone #: (203) 874-7110

## CERTIFICATION

This is to certify that on this the 19th day of December, 2003, a copy of the foregoing was mailed, postage pre-paid, to the following counsel of record and pro se parties:

Attorney Helen M. Kemp
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597; and

Tracy Alan Saxe, Esquire
Attorney Chastity A. DaSilva
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517-1209

This is to certify that on this the 19th day of December, 2003, a copy of the foregoing was mailed, certified, return receipt requested, to the following party:

Lawrence Kaladish a/k/a Arthur L. Kaladish
10 Winchester Drive
Huntington, Connecticut 06484

_____
Louis J. Bonsangue

F:\WPDOCS\JEANPUB\LOU\Kaladish Disability\Pleadings\motiontowithdraw.doc

# JACOBI & CASE, P.C.
## ATTORNEYS AT LAW

300 Bic Drive, Milford, Connecticut 06460-3055
Tel. (203) 874-7110   Fax (203) 874-6469
e-mail: info@jacobicase.com

Paul Jacobi*
Max S. Case
Louis J. Bonsangue*
David Speranzini
Ryan McKain*

\* Also Admitted in New York

New York Office
350 Broadway
Suite 1100
New York, NY 10013

*Please Reply to Milford*

November 11, 2003

*Via Certified Mail –*
*Return Receipt Requested*

Mr. Lawrence Kaladish
10 Winchester Drive
Huntington, Connecticut 06484

RE:  Lawrence Kaladish a/k/a Arthur L. Kaladish vs.
     Unum Provident Corporation, et al

Dear Mr. Kaladish:

This letter is to notify you that I am filing the enclosed Motion to Withdraw Appearance on your behalf on the above-entitled matter. You have informed me that Attorney Tracy Saxe will be representing you in this matter. Please know, however, that failure to either engage successor counsel or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal and/or default being entered against you.

Very truly yours,

Louis J. Bonsangue

LJB/pje
Enclosure

F:\WPDOCS\JEANPUB\LOU\Kaladish Disability\Correspondence\kaladishltr111103.doc

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Kaladish_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  11/17/03 |
| 1. Article Addressed to:<br>Larry Kaladish<br>10 Winchester Drive<br>Huntington, CT 06484 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000 1670 0007 9774 0393 | |
| PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985 | |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

L. Kaladish

| | | |
|---|---|---|
| Postage | $ .37 | |
| Certified Fee | | Postmark<br>Here |
| Return Receipt Fee<br>(Endorsement Required) | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, May 2000    See Reverse for Instructions

7000 1670 0007 9774 0393