UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LAWRENCE KALADISH aka**
**ARTHUR L. KALADISH** :
    **Plaintiff**

    v. : CIVIL NO.: 3:01cv184(DJS)

**UNUMPROVIDENT CORPORATION,**
**ET AL** :
    **Defendants**

### ORDER

The Motion to Withdraw Appearance (Doc. #94) of Louis J. Bonsangue is hereby **GRANTED.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th    day of January, 2004.

                                       /s/DJS
                                       Dominic J. Squatrito
                                       United States District Judge