## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE A. KALADISH a/k/a | : | CIVIL ACTION NO. 301 CV 184 (DJS) |
| ARTHUR L. KALADISH | : | |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| UNUMPROVIDENT CORPORATION AND | : | |
| PROVIDENT LIFE & CASUALTY | : | |
| INSURANCE COMPANY | : | |
| Defendants | : | JANUARY 20, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO FILE THE JOINT TRIAL MEMORANDUM

UnumProvident Corporation and Provident Life & Casualty Insurance Company, hereby

move for an enlargement of time of thirty days within which to file the joint trial memorandum

in this matter until March 1, 2004.  The court issued a comprehensive Ruling and Order (Sep. 4,

2003) with regard to numerous outstanding computer and discovery issues. Unfortunately, the

Plaintiff has failed to comply with the Court's order on a number of these issues.  On January 14,

2004, the defendants filed a Motion to Compel and Motion for Sanctions with respect to these

discovery issues and Plaintiff's non-compliance.  Said motion has not yet been ruled on by the

Court.

Plaintiff's neglect in failing to resolve the computer search and other discovery issues has

seriously impaired defendants' ability to prepare both their portion of the joint trial memorandum

and to prepare for trial. Due to the necessity of this discovery information for the defendants to

complete the joint trial memorandum, the defendants request this enlargement of time.  The

parties believe the completion of the joint trial memorandum by March 1, 2004 will leave adequate time prior to trial for the resolution of any disputed issues.

The plaintiff consents to the granting of this motion to enlarge the time to file the joint trial memorandum to March 1, 2004.

**WHEREFORE**, UnumProvident Corporation and Provident Life & Casualty Insurance Company move for an enlargement of time to March 1, 2004 within which to file the joint trial memorandum.

UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By _Helen M. Kemp_
Helen M. Kemp (ct 14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on

this 20th day of January, 2004, to

Attorney Chastity DaSilva
Sax Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517

_Helen M. Kemp_
Helen M. Kemp