UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH | : CIVIL NO. 301CV184 (DJS) |
| Plaintiff, | : |
| V. | : |
| UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & CASUALTY INSURANCE COMPANY | : |
| Defendants. | : JANUARY 20, 2004 |

**ENTRY OF APPEARANCE**

Please enter my appearance as counsel for the defendants, UnumProvident Corporation and Provident Life & Casualty Insurance Company, in the above-captioned case.

DEFENDANTS,
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By *Lisa Titus*
Lisa K. Titus (ct 19477)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: ltitus@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 19th day of January 20, 2004, to

Chastity DaSilva
Sax Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517

*Lisa K. Titus*
Lisa K. Titus