UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAWRENCE KALADISH aka** | | |
| **ARTHUR L. KALADISH** | : | |
|     **Plaintiff** | | |
| | | |
|     v. | : | CIVIL NO.: 3:01cv184(DJS) |
| | | |
| **UNUMPROVIDENT CORPORATION,** | | |
| **ET AL** | : | |
|     **Defendants** | | |

### ORDER

Defendants' Motion for Enlargement of Time to File the Joint Trial Memorandum (Doc. #97) is hereby **GRANTED to and including March 1, 2004.** This case shall be trial ready **April, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this  23rd  day of January, 2004.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge