UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>　　　　Plaintiff | CIVIL ACTION NO.<br>301 CV 184 (DJS) |
| v. | |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>　　　　Defendants | FEBRUARY 17, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE THE JOINT TRIAL MEMORANDUM

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish (the "Plaintiff") hereby moves for a thirty (30) day extension of time to file the Joint Trial Memorandum. The Plaintiff states the following as reasons for this Motion:

1. A Court Order dated January 23, 2004, states that the Joint Trial Memorandum shall be due on March 1, 2004.

2. There continues to be outstanding discovery issues related to the Defendants' searches of the Plaintiff's computers. Specifically, on February 17, 2004, the Plaintiff filed a Request for an *In Camera* Review of the email Privilege Log regarding the email search of the Plaintiff's computer. In addition, the Plaintiff is preparing a Privilege Log regarding the Defendants' search of the Plaintiff's laptop computer to be submitted to the Defendants.

3. A thirty (30) day extension of time to file the Joint Trial Memorandum by April 1, 2004, will enable the parties to resolve the outstanding computer search issues and to address those issues accordingly in the Joint Trial Memorandum.

4. The Defendants consent to this Motion for Extension of Time.

Based upon the foregoing, the Plaintiff respectfully requests that this Court grant this Motion for a thirty (30) day extension of time to file the Joint Trial Memorandum.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: _____
Chastity A. DaSilva, Esq.
Fed. Bar No. ct24080
Tracy Alan Saxe, Esq.
Fed. Bar No. ct06031
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>    Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>301 CV 184 (DJS) |
| v. | : <br> : | |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>    Defendants | : <br> : <br> : <br> : | FEBRUARY 17, 2004 |

## ORDER

ORDERED that Plaintiff's Motion for Extension of Time extending the due date of the Joint Trial Memorandum to April 1, 2004, is hereby GRANTED/DENIED.

Dated at Hartford, Connecticut this ____ day of February , 2004.

_____
Judge Dominic J. Squatrito
United States District Judge

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this 17th day of February, 2004 to the following counsel of record:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Chastity A. DaSilva, Esq.
Saxe Doernberger & Vita, P.C.