UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>         Plaintiff | :   CIVIL ACTION NO.<br>:   301 CV 184 (DJS)<br>: |
| v. | : |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>         Defendants | :<br>:<br>:   FEBRUARY 17, 2004<br>: |

**PLAINTIFF'S REQUEST FOR *IN CAMERA* REVIEW
OF DOCUMENTS LISTED ON PRIVILEGE LOG**

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish (the "Plaintiff") hereby requests that the Court perform an *in camera* review and issue an order that portion of an email on the Plaintiff's privilege log, dated October 2003, regarding the email CD ("CD4") is beyond the scope of discovery. In order to preserve the integrity of the *in camera* review, a copy of this Request is being mailed to counsel for UnumProvident Corporation and Provident Life & Casualty Insurance Company (the "Defendants") without copies of any of the exhibits.

I.    FACTS

This case involves a disability income policy purchased by the Plaintiff from the Defendants. In February 1999, the Plaintiff was involved in a motor

vehicle accident which caused the Plaintiff to become disabled. Subsequent thereto, the Defendants began to pay the Plaintiff disability income pursuant to the Defendants' disability insurance policy. At the time the Plaintiff became disabled, he was a service technician in the printing industry. Thereafter, the Defendants terminated the Plaintiffs' disability benefits, alleging that he was not disabled. The Plaintiff brought this action, based on several counts, as a result of the Defendants' termination of his disability income.

The Defendants allege that the Plaintiff has been conducting business and, therefore, is not entitled to disability income. As part of discovery, the Defendants filed a Motion for Inspection of the Plaintiff's computer. A Court Order dated October 10, 2002, granted the Defendants' Motion for Inspection of the Plaintiff's computer. Thereafter, a computer expert was retained to conduct a search of the Plaintiff's computer. The purpose of the search, as asserted by the Defendants, was to discover evidence that the Plaintiff has been conducting business and, therefore, is not entitled to disability income payments under the Defendants' disability insurance policies. Despite the computer searches, there has not been any evidence that the Plaintiff has been conducting business.

Pursuant to the Court Order dated September 3, 2003, the Plaintiff submitted a privilege log regarding CD4 to Defendants' counsel. A copy of the privilege log is attached hereto as <u>Exhibit A</u>. The parties are in dispute with regard to File 292512, page six. Specifically, the Plaintiff asserts that a portion of

an email on page six should be redacted because it contains personal information and is not relevant to this case. A copy of the email in dispute is attached hereto as <u>Exhibit B</u> for the Court's review. A copy of the email page with the personal information redacted is also attached hereto for the Court's review as <u>Exhibit C</u>.

## II. ARGUMENT

Personal information contained in a portion of an email is not relevant to this case and, therefore, the Defendants are not entitled to disclosure of such information.

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. . . . Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1).

The Court Order dated September 3, 2003, states that "Defendants' counsel may talk with their expert with regard to: any and all evidence that *business was conducted* to or from plaintiff's website; . . . any and all evidence that plaintiff was engaged in any *aspect of the printing business*. . . ." (Emphasis added.) (Court Order, Section A, ¶ 3.) According to the search parameters set forth in the Court Order, information obtained from the computer search is relevant for purposes of the claims made by the parties if such information is evidence that the Plaintiff has been conducting business or is "reasonably

3

calculated" to lead to the discovery of evidence that the Plaintiff has been conducting business.

As noted above, a portion of the email in dispute contains personal information which is not relevant to any of the claims made by the parties. Specifically, the email is from the Plaintiff's friend and contains personal advice regarding unhealthy habits and a reminder for the Plaintiff to sign his tax forms. Certainly, personal advice and a reminder from the Plaintiff's friend are not relevant to the claims made by the parties nor is it reasonably calculated to lead to the discovery of relevant information. As a result, the personal information contained in a portion of the email should be redacted, as shown on <u>Exhibit C</u>, and should not be disclosed to the Defendants.

### III.  CONCLUSION

Based upon the foregoing, the personal information contained in File 292512, page 6 of CD4 is not relevant to the claims made by the parties nor will the personal information lead to the discovery of admissible evidence. Accordingly, the Plaintiff respectfully requests the following:

1. That the personal information contained on File 292512, page six of CD4 be redacted from CD4 prior to its disclosure to the Defendants. See <u>Exhibit C</u>.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: *[signature]*
Chastity A. DaSilva, Esq.
Fed. Bar No. ct24080
Tracy Alan Saxe, Esq.
Fed. Bar No. ct06031
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Request for *In Camera* Review of Documents Listed on Privilege Log was mailed without the Exhibits, postage prepaid, on this 17th day of February, 2004 to the following counsel of record:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

*[signature]*
Chastity A. DaSilva, Esq.
Saxe Doernberger & Vita, P.C.

**File 292512**

| Page | Produce | Privilege / Objection | Description |
|---|---|---|---|
| 1 | No | Beyond Scope-No Text | Top half of page / bottom half ok |
| 2 | No | Beyond Scope-No text | Except certain e-mail & web addresses |
| 3 | No | Beyond Scope-No Text | Except "equipment broker reference" |
| 4 | No | Beyond Scope No Text | |
| 6 | No | Beyond Scope-No Text | Except Bolad company reference, pressimator, redact personal information |
| 7 | No | Beyond Scope-No Text | |
| 8 | No | Beyond Scope-No Text | unsolicited blind marketing e-mail |
| 9 | No | Beyond Scope-No Text | unsolicited blind marketing e-mail |
| 12 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 13 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 14 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 15 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 16 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 17 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 18 | No | Beyond Scope-No Text | bottom half unsolicited e-mail |
| 19 | No | Beyond Scope-No Text | bottom half unsolicited e-mail personal |
| 24 | No | Beyond Scope | |
| 26 | No | Beyond Scope-No Text | |
| 27 | No | Beyond Scope-No Text | Except BJ woodman reference |
| 28 | No | Beyond Scope-No Text | unsolicited re: websites |
| 29 | No | Beyond Scope-No Text | unsolicited re: websites |
| 30 | No | Beyond Scope-No Text | unsolicited re: websites |
| 31 | No | Beyond Scope-No Text | unsolicited re: websites |
| 32 | No | Beyond Scope-No Text | unsolicited re: websites |
| 33 | No | Beyond Scope-No Text | unsolicited re: websites |
| 34 | No | Beyond Scope-No Text | Newsletter re websites |
| 35 | No | Beyond Scope-No Text | Newsletter re websites |
| 36 | No | Beyond Scope-No Text | Newsletter re websites |



| | | | |
|---|---|---|---|
| 37 | No | Beyond Scope-No Text | Newsletter re websites |
| 38 | No | Beyond Scope-No Text | Newsletter re websites |
| 39 | No | Beyond Scope No Text | Except bottom half e-mail re: film, plates, etc. |
| 40 | No | Beyond Scope No Text | Except top half e-mail re: film, plates, etc. |
| 41 | No | Beyond Scope No Text | Except top half e-mail re: film, plates, etc. |
| 42 | No | Beyond Scope-No Text | Except middle page e-mail re: film, plates, etc. |
| 43 | | Beyond Scope-No Text | |

**File 9931**

| Page | Produce | Privilege / Objection | Description |
|---|---|---|---|
| 1 | No | Beyond Scope-No text | AOL Reference |
| 2 | No | Beyond Scope | AOL Reference |
| 3 | No | Beyond Scope | AOL Reference |
| 4 | No | Beyond Scope | Top half ok |
| 6 | No | Beyond Scope | Personal pictures; one LLGraphic e-mail reference |
| 7 | No | Beyond Scope | Personal pictures; one LLGraphic e-mail reference |
| 8 | No | Beyond Scope | Top half ok; LLGraphic e-mail reference |
| 12 | No | Beyond Scope-No text | |

File 9929

| Page | Produce | Privilege / Objection | Description |
|---|---|---|---|
| 1 | No | Beyond Scope-no text | 9/24/02 e-mail to L. Kaladish; 9/12/02 e-mail to LJB |
| 2 | No | Attorney/client | 10/14/02 e-mail to LJB |
| 3 | No | Attorney/client | |
| 4 | No | Beyond Scope-no text | |
| 5 | No | Beyond Scope-no text | personal letter / except info @ Graphic Contractors, Co. |
| 6 | No | Beyond Scope-no text | personal letter |
| 7 - 8 | No | Beyond Scope-no text | personal letter - us mint |
| 8 - 18 | No | Beyond Scope-no text | 10/21/02 email to L. Kaladish |
| 19 - 20 | No | Attorney/client | 10/14/02 e-mail to LJB |
| 21 | No | Beyond Scope-no text | purchase of comic books |
| 22 - 25 | No | | 10/21/02 e-mail to L. Kaladish; 10/21/02 e-mail to LJB |
| 26 | No | Attorney/client | 10/25/02 e-mail to L. Kaladish |
| 27-28 | No | Attorney/client | Personal |
| 29 | No | Beyond Scope-no text | Except for first 4 lines |
| 32 | No | beyond scope | note from personal friend with his phone number |
| 33 | No | Attorney/client | 10/24/02 e-mail to L. Kaladish |
| 33 | No | Attorney/client | 10/29/02 e-mail to L. Kaladish |
| 34 | No | Attorney/client | 10/29/02 e-mail to LJB; e-mail to L. Kaladish; (except bottom 9 lines) |
| 35-36 | No | Attorney/client | 11/4/02 e-mail to L. Kaladish (top half ok) |
| 40 | No | Attorney/client | 11/5/02 e-mail to LJB |
| 40-41 | No | Attorney/client | 11/5/02 e-mail to L.Kaladish |
| 41-42 | No | Attorney/client | 11/5/02 e-mail to LJB; (except bottom half) |
| 42 | No | Attorney/client | 11/8/02 e-mail to LJB; (except top half) |
| 43 | No | Attorney/client | 11/8/02 e-mail to L. Kaladish |
| 43-44 | No | Attorney/client | 11/8/02 e-mail to L. Kaladish |
| 44-45 | No | Attorney/client | 11/8/02 e-mail to L. Kaladish; e-mail to LJB |
| 45-46 | No | Attorney/client | 11/11/02 e-mail to LJB |

| # | Privileged | Basis | Description |
|---|---|---|---|
| 47 | No | Attorney/client | 11/13/02 e-mail to L.Kaladish |
| 48 | No | Attorney/client | 11/13/02 e-mail to LJB; 11/13/02 e-mail to L.Kaladish |
| 49 | No | Attorney/client | 11/13/02 e-mail to LJB; 11/13/02 e-mail to L.Kaladish |
| 50 | No | Attorney/client' Beyond Scope | |
| 51 | No | Beyond Scope-no text | |
| 52 | No | Attorney/client; Beyond Scope | |
| 53 | No | Attorney/client | 11/17/02 e-mail to LJB |
| 54 | No | Attorney/client | 11/17/02 e-mail to L. Kaladish |
| 55 | No | Attorney/client | 11/17/02 e-mail to L. Kaladish |
| 56 | No | Attorney/client; Beyond Scope | LJB e-mail reference |
| 67 | No | Beyond Scope | Except top half |
| 69 | No | Attorney/client | 11/22/02 e-mail to L. Kaladish (except top half) |
| 70 | No | Attorney/client | 11/22/02 e-mail to LJB |
| 71 | No | Beyond Scope/personal | personal letter |
| 72 | No | Attorney/Client | e-mail reference to LJB (remaining page ok) |
| 76 | No | Beyond Scope-no text; personal | |
| 77 | No | Beyond Scope-No text | |
| 78 | No | Attorney/client | 12/5/02 e-mail to LJB |
| 79 | No | Attorney/client | 12/6/02 e-mail to L. Kaladish |
| 80 | No | Beyond Scope | home improvement |
| 81 | No | Beyond Scope-Not text | Lower half of page ok |
| 82 | No | Attorney/client | 12/6/02 e-mail to L.Kaladish; (except top half ok) |
| 83 | No | Attorney/client | 12/6/02 e-mail to LJB |
| 84-87 | No | Beyond Scope | unsolicited e-mail |
| 88 | No | Attorney/client | 12/8/02 e-mail to L. Kaladish |
| 89 | No | Attorney/client | 12/9/02 e-mail to LJB |
| 90 | No | Beyond Scope-No text | |
| 91 | No | Attorney/client | 12/10/02 e-mail to L. Kaladish |
| 92 | No | Beyond Scope-No text | |
| 93-107 | No | Beyond Scope-No text; personal; Attorney/Client | |
| 108 | No | Attorney/Client | 12/23/02 e-mail to L. Kaladish |

FirstPrivilegeLoc-Oct2003

| | | | |
|---|---|---|---|
| 109 | No | Attorney/client | 12/23/02 e-mail to L.Kaladish; 12/23/02 e-mail to L. Kaladish |
| 110 | No | Attorney/client | e-mail reference to LJB at top page |
| 124-131 | No | Beyond Scope-No text | |

```
\WINDOWS\Profil
es\Larry Kaladish\Desktop\My Briefcase AOLFRSSAOLHS'*8[^=~=    Mail"
attachments

A
        New ford.txt    7C:\WINDOWS\Profiles\Larry Kaladish\Desktop\My
BriefcaseAO
LFRS^AOLH^pm8C@Mail"(no subject)

A
        Presstimator 2-14-0.xls 7C:\WINDOWS\Profiles\Larry Kaladish
\Desktop\My Bri
efcase AOLFRS~(9d2/21/00       caerespecials@LI      Important OmniPage
Pro 10 Up
grade Information     c`fRS~(9d_2/17/00       ames@submitmaste Did you
forget?gb
hRS~(9d]2/23/00ames@submitmaste Reach 100K for $49.00! ifnRS~(9dk2/23/00
ba
z@grantec.demo   New Telephone and Fax lines      ohpRS~
(9d2/23/00bolad_company@ho R
equest for Quotation for products mfd. by Lincoln Po   qnxRS~
(7d2/23/00general@bo
lad.co Re: Request for Quotation for products mfd. by Lincoln
sdz+RS~*ANasser, S
amir   bolad_company@hotmail.combolad_compan    equipment dealer>uv
(AOLFRSAOLH(2/2
1/00 8:26:22 AM Eastern Standard
Timemadelyn_starkey@lpsg.comLKALADISH@AOL.COM  T
o domadelyn_starkey@lpsg.comLKaladish@aol.comAOLFAOLHO
7From: madelyn_starkey@lpsg.com
To:    LKALADISH@AOL.COM
AOLFAOLH7
Morning

Hope you had a good night.  Here the to-do list if you want to do

1) W-3  transmittal form - need to type form- as a double check if you
added the numbers from the individual w-2 should should come up to the
totals on the w-3. If okay, need to sign, date copy and send with the
FWT copy of the w-2's

2) CT w-3 - if total gross wages also agrees as above- please sign,
date, copy and send with state copy of w-2's

3) 1096 form- IRS internet site - www.irs.ustreas.gov if this is too
cumbersome, I can try the library tomorrow. There also is an
information phone number -304-263-8700. You might be able to get this
also by fax. Not sure of the number

4) Smoke 1 less cigarette today

5) Pressimator - need to finalize bindery tab

6) Pressimator - need to put together quote specs so we can see what
other printers ask

7) Pressimator - need to know how to spell cyan

8) Pressimator- should find out when the press show is
```

EXHIBIT B

```
9) Try to smile at least once today and have fun if you go out with
Cherie

I cAOLFAOLHw
_an assure you fun is not on my to-do -list. Talk to you later - have
to go DO.

Love
M

AOLFAOLH
h</I></I></XMP></S><P ALIGN=LEFT><FONT FACE="Arial" SIZE=3 PTSIZE=10
COLOR="#0F0F
0F" BACK="#FFFFFE"><PRE>AOLFAOLH^
F
```

```
\WINDOWS\Profil
es\Larry Kaladish\Desktop\My Briefcase AOLFRSSAOLHS'*8{^=~=    Mail"
attachments

A
       New ford.txt    7C:\WINDOWS\Profiles\Larry Kaladish\Desktop\My
BriefcaseAO
LFRS^AOLH^pm8C@Mail"(no subject)

A
       Presstimator 2-14-0.xls 7C:\WINDOWS\Profiles\Larry Kaladish
\Desktop\My Bri
efcase AOLFRS~(9d2/21/00       caerespecials@LI    Important OmniPage
Pro 10 Up
grade Information       c`fRS~(9d_2/17/00      ames@submitmaste Did you
forget?gb
hRS~(9d}2/23/00ames@submitmaste Reach 100K for $49.00! ifnRS~(9dk2/23/00
ba
z@grantec.demo  New Telephone and Fax lines      ohpRS~
(9d2/23/00bolad_company@ho R
equest for Quotation for products mfd. by Lincoln Po   qnxRS~
(7d2/23/00general@bo
lad.co Re: Request for Quotation for products mfd. by Lincoln
sdz+RS~*ANasser, S
amir   bolad_company@hotmail.combolad_compan     equipment dealer>uv
(AOLFRSAOLH(2/2
1/00 8:26:22 AM Eastern Standard
Timemadelyn_starkey@lpsg.comLKALADISH@AOL.COM   T
o domadelyn_starkey@lpsg.comLKaladish@aol.comAOLFAOLHO
7From: madelyn_starkey@lpsg.com
To:    LKALADISH@AOL.COM
AOLFAOLH7
```

[redacted]

```
5) Pressimator - need to finalize bindery tab

6) Pressimator - need to put together quote specs so we can see what
other printers ask

7) Pressimator - need to know how to spell cyan

8) Pressimator- should find out when the press show is
```


EXHIBIT C



```
AOLFAOLH
h</I></I></XMP></S><P ALIGN=LEFT><FONT FACE="Arial" SIZE=3 PTSIZE=10
COLOR="#0F0F
0F" BACK="#FFFFFE"><PRE>AOLFAOLH^
F
```