UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

March 23, 2004

1:00 pm

CASE NO. **3-01-cv-184(DJS)**   **Kaladish v Unumprovident**

Chastity A. DaSilva
Tracy Alan Saxe
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517

Robert A. Kappel
Jacobi, Kappel, & Case
300 Bic Dr.
Milford, CT 06460

Helen M. Kemp
Lisa K. Titus
Theodore J. Tucci
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK