UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LAWRENCE KALADISH aka** <br> **ARTHUR L. KALADISH** <br>     **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv184(DJS) |
| **UNUMPROVIDENT CORPORATION,** <br> **ET AL** <br>     **Defendants** | : |

<u>**ORDER**</u>

Pursuant to a telephone conference held on March 23, 2004, all discovery, including expert depositions and expert reports shall be completed by **June 30, 2004.** Per said conference, no dispositive motions shall be filed. Each party shall submit proposed findings of fact and conclusions of law, citing relevant authority where appropriate and Affidavits of Direct Testimony by **July 30, 2004.** This case shall be trial ready **September, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___24th___ day of March, 2004.


　　　　　　　　　　　　　　　　　　　　/s/DJS_____
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge