UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH,<br>    Plaintiff,<br>-v-<br><br>UNUMPROVIDENT CORP. & PROVIDENT LIFE & CASUALTY INSURANCE CO.,<br>    Defendant. | 3:01CV184 (DJS) |

## ORDER

Pursuant to the March 23, 2004 telephone conference, the Court **ORDERS** the following:

1. The Motion to Compel [doc. #96] is **DENIED**.

2. The pending Motions for Sanctions [doc. #96] and [doc. #101] are **DENIED**.

3. The Motion for In-Camera Review [doc. #104] is **GRANTED**.

4. The Motion to Compel [doc. #105] is **GRANTED**. The plaintiff is ordered to produce File 292512, page six of CD4 (the email CD) in full and without redaction.

5. The plaintiff is **ordered** to produce a privilege log regarding the "laptop search" **no later than April 2, 2004**. The defendant will respond with any and all objections no later than April 9, 2004. The parties will motion the court for in-camera review of any and all disputed requests for document production outstanding in this case **no later than April 15, 2004.** ]

6. The plaintiff shall brief the court regarding the dispute over the stipulation to the expert's "computer search" findings **no later than April 15, 2004**. The defendant shall have until April 30, 2004 to file a reply.

7. The Motion for Extension of Time [doc. #103] is **GRANTED**. The court will issue a new scheduling order in this case.

IT IS SO ORDERED at Hartford, Connecticut, this 26th day of March, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE