UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH<br>    Plaintiff, | : <br> : <br> : <br> : | CIVIL NO. 301CV184 (DJS) |
| v. | : <br> : | |
| UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & CASUALTY INSURANCE COMPANY<br>    Defendants. | : <br> : <br> : <br> : | FEBRUARY 10, 2003 |

### STIPULATION REGARDING DIBS USA COMPUTER SEARCH

**WHEREAS,** on or about October 10, 2002, defendant Provident Life and Casualty Insurance Company (hereinafter "Provident") obtained an order (hereinafter the "order") from this Court to engage an expert to search the computer(s) of the plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish; and

**WHEREAS,** the order allowed said expert to review and analyze the plaintiff's hard drive for documentation from the years 1999-2002 indicating money received or business conducted with regard to his occupation or profession or business activities. This information included letters, sales documents, price quotes, proposals for work or price, receipts, purchase orders, vouchers, accounts payable, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, accounting ledgers kept in the course of business, cancelled checks, and/or any information relating to L&L Graphic Contractors, and/or the sale or repair of any printing press and/or liquidation of any asset; and

**WHEREAS** the order also directed that the expert would be provided a list of key words and phrases (e.g., L&L Graphics, etc.) to aid in his search but could, pursuant to <u>Triumph Capital</u>, also review documents and other information not susceptible to keyword searches; and

**WHEREAS** the order directed that the expert could look for evidence business was conducted from or with regard to the information contained on his website in the form of inquiries and responses; and

**WHEREAS** the order directed that the expert could look for evidence of intentional obliteration, change or removal of data; and

**WHEREAS,** in furtherance of this court order, Provident and its counsel, the law firm of Robinson & Cole LLP engaged DIBS USA to perform a forensic examination of computers belonging the plaintiff in the above captioned matter to determine if the plaintiff conducted business during 1999-2002, the time he claimed to be disabled from his occupation; and

**WHEREAS,** Eric Oram, a Computer Forensic Analyst and Trainer with DIBS USA, Inc. performed the actual search and/or forensic examination of computers belonging the plaintiff from on/about March 4, 2003 until April 30, 2003; and

**WHEREAS,** Oram completed his search and made specific findings with regard to the search and submitted an Affidavit to this court with regard to such findings; and

**WHEREAS,** on or about September 3, 2003, the Court ordered that the parties prepare, and plaintiff will enter, into a stipulation regarding the expert's "computer search" findings as shown in Paragraphs #7, 8, 9, 10 and 11 of his Affidavit;

**NOW THEREFORE**, pursuant to the order of this court, and for the purposes of this litigation and proceeding only, Defendants UnumProvident Corporation and the Provident Life

and Casualty Insurance Company ("Provident"), and Plaintiff Lawrence Kaladish do hereby agree and stipulate as follows with regard to Oram's computer search findings:

1. Oram's search produced evidence that files containing documents, invoices, quotes and other printing related terms existed at one time on the hard drive. A great number of these file names contain dates which fall between 1999-2002 indicating these files were created during this time frame.

2. The following file names were found referenced in other files such as being saved to a folder titled L&L Customers, but were no longer present on the hard drive:

| Missing Document or File | Document where referenced |
|---|---|
| \presstimator\quote plus detail printout 4-12-1.doc | Windows\WIN386.swp |
| Albayrak quote 8-19-99.doc | HP Simple Trax\Log\I01041527.log |
| All Press – Invoices.xls | LHSP\Speech Center\LHSDRept.lhd |
| Classic web quote folder 5-18-0.doc | HP Simple Trax\Log\I01041527.log |
| Corona cover letter 1-25-00.doc | HP Simple Trax\Log\I01041527.log |
| Corona fax references 1-31-0.doc | HP Simple Trax\Log\I01041527.log |
| Corona fax sheet 12-12-00.doc | HP Simple Trax\Log\I01041527.log |
| Corona references 1-31-0.doc | HP Simple Trax\Log\I01041 527.log |
| Corona quote 13 unit 1-25-00.doc | HP Simple Trax\Log\I01041527.log |
| Corona quote 8 unit revised 12-12-00.doc | HP Simple Trax\Log\I01041527.log |
| Corona quote 8 unit 1-25-00.doc | HP Simple Trax\Log\I01041527.log |
| Customer quote #1 – 4-14-1.doc | Norton Clean Sweep\CSRVMAP.dat |
| Customer quote #2 – 4-14-1.doc | Norton Clean Sweep\CSRVMAP.dat |
| Egypt COV freight 11-23-99.doc | HP Simple Trax\Log\I01041527.log |
| Egypt COV 1-5-99.doc | HP Simple Trax\Log\I01041527.log |
| Egypt – Emak 5-22-0.doc | HP Simple Trax\Log\I01041527.log |
| Egypt ship fax 12-26-9.doc | HP Simple Trax\Log\I01041527.log |

| Missing Document or File | Document where referenced |
|---|---|
| Equipment sales contract Goss Co. 10-06-00.doc | HP Simple Trax\Log\I01041527.log |
| Harte Hanks invoice fax 1-28-0.doc | HP Simple Trax\Log\I01041527.log |
| Inda fax used equip 8-21-99.doc | HP Simple Trax\Log\I01041527.log |
| Inda fax used equip 10-15-99.doc | HP Simple Trax\Log\I01041527.log |
| L&L Contractors, Inc.qbw (quickbooks) | Intuit\Quickbooks\QBWin.log |
| Leaoney – leotech cov 8-25-99.doc | HP Simple Trax\Log\I01041527.log |
| LeoTech COV 105 sale 10-01-9.xls | Windows\User.nu6 |
| Litho type installation global parts 10-26-0.doc | HP Simple Trax\Log\I01041527.log |
| Litho-type installation 10-26-00.doc | HP Simple Trax\Log\I01041527.log |
| Mount Olive proposal fax 7-28-0.doc | HP Simple Trax\Log\I01041527.log |
| Mount Olive quote 7-26-0.doc | HP Simple Trax\Log\I01041527.log |
| Mullen Pub fax proposal Goss units 4-14-0.doc | HP Simple Trax\Log\I01041527.log |
| Mullen Pub proposal Goss units 4-14-0.doc | HP Simple Trax\Log\I01041527.log |
| Mullen unit proposal 2-10-0.doc | HP Simple Trax\Log\I01041527.log |
| News Gleaner fax unit proposal 4-19-0.doc | HP Simple Trax\Log\I01041527.log |
| News Gleaner install 4-19-00.xls | LHSP\Speech Center\LHSDRept.lhd |
| News Gleaner press unit proposal 4-19-0.doc | HP Simple Trax\Log\I01041527.log |
| Print C – Findland units 2-22-0.doc | HP Simple Trax\Log\I01041527.log |
| Quote Plus Detail Printout 4-12-1.doc | Norton Clean Sweep\CSRVMAP.dat |
| Quote Plus Detail Printout REVISED 4-12-1.doc | Norton Clean Sweep\CSRVMAP.dat |
| Sales agreement L&L – Dan 8-04-1.doc | Windows\WIN386.swp |
| Tach installation 5-24-0.doc | Windows\WIN386.swp |

- 5 -

3.  Many of the documents were found in a log file in the folder HP Simple Trax\Log\. On the Hewlett Packard website, it explains that; "HP Simple Trax can automatically backup and index your files to CD so you can find them fast--even if you cannot remember the file name. HP Simple Trax will let you know which CD your file is on even if it is not in the drive." See http://www.hp.com/cposupport/information_storage/support_doc1pg40201.html. This suggests that the files mentioned in the log were backed up onto CD at one time.

4.  Pursuant to the order, Oram also looked for evidence of intentional obliteration, change or removal of date. As background, file deletion in the Windows operating system does not eliminate the file from the computer. The file is not visible to the user but still remains on the hard disk until it is overwritten by a new file. This data remains in unallocated or free space. If the file is later partially overwritten by a new file, remnants of the original file may remain in slack space. Slack space" is the space on a hard disk between the end of a file and the end of the cluster that the file occupies. For example, on a drive with a 16 kb cluster size, there will be 5 kb of slack space at the end of an 11 kb file. This mechanism allows forensic investigators to retrieve data thought to be deleted.

5.  There exists on the market numerous software programs aimed at "wiping" hard disks of this leftover data. These programs work by writing characters over the deleted files to permanently remove them. Thus a hard drive's unallocated space and slack space can be "wiped" clean. "One of the first places checked for evidence of wiping was the slack space. Slack space usually contains remnants of old files or data from temporary memory. Oram found that on the Kaladish hard drive, the slack space of all of the files sampled was filled with the hexadecimal value DE. This is consistent with the slack space having been wiped.

- 6 -

6.    The Kaladish hard drive contained a software utility called WipeInfo. This utility is part of Norton Utilities and gives the user the ability to "wipe" data. The program can "wipe" files, folders, free space and slack space. On the Kaladish hard drive the date of last access of WipeInfo.exe was 2/12/2003. This is consistent with the program being executed on that date.

This Stipulation, consisting of six pages (6) pages, including all signatures, constitutes the understanding between the parties with respect to the DIBS USA computer search and examination addressed herein.

The parties represent that the signatories below are authorized to bind each of the parties hereto.

PLAINTIFF,  
LAWRENCE KALADISH

By:_____

DEFENDANTS,  
UNUM PROVIDENT CORPORATION and  
PROVIDENT LIFE & CASUALTY  
INSURANCE COMPANY

By:_____  
Helen M. Kemp (ct14790)  
Robinson & Cole LLP  
280 Trumbull Street  
Hartford, CT 06103-3597  
Tel: (860) 275-8200  
Fax: (860) 275-8299  
E-mail address: hkemp@rc.com