Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| AOL File | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| | AOL35 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: common charges & security |
| | AOL36 | No | Beyond Scope/Personal | several emails regarding Boston Avenue Industrial Park re: common charges and security gate |
| | AOL37 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: speed bumps, landscaping, and security |
| | AOL38 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: common charges |
| | AOL39 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges and fire box |
| | AOL40 | No | Beyond Scope/Personal | email from Madelyn Starkey regarding Boston Avenue Industrial Park |
| | AOL41 | No | Beyond Scope/Personal | several emails regarding Boston Avenue Industrial Park re: common charges |
| | AOL42 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges |
| | AOL43 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| AOL44 | No | Beyond Scope/Personal | email from Madelyn Starkey to the Boston Avenue Industrial Park board members re: update |
| AOL45 | No | Beyond Scope/Personal | email from Madelyn Starkey to the Boston Avenue Industrial Park board members re: update |
| AOL46 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges and fire box |
| AOL47 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL48 | No | Beyond Scope/Personal | emails to Boston Avenue Industrial Park board members re: finances |
| AOL49 | No | Beyond Scope/Personal | email Madelyn Starkey to Boston Avenue Industrial Park board members re: finances |
| AOL50 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL51 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL52 | No | Beyond Scope/Personal | email from Madelyn Starkey to Boston Avenue Industrial Park board members re: finances |
| AOL53 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: landscaping and common charges |
| AOL54 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: snow removal and common charges |
| AOL55 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: landscaping and meetings |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| AOL56 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL57 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meetings |
| AOL58 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL59 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL60 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL61 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL62 | No | Beyond Scope/Personal | email from Madelyn Starkey to Boston Avenue Industrial Park board members re: common charges, meeting, and finances |
| AOL63 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL64 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL65 | No | Beyond Scope/Personal | misc. email from Madelyn Starkey to Boston Avenue Industrial Park board members |
| AOL66 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting and gate |
| AOL67 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |
| AOL68 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park budget |
| AOL69 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| AOL70 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |
| --- | --- | --- | --- |
| AOL71 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: financial update |
| AOL72 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: financial update |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search - CD5 | | | |
|---|---|---|---|
| **INVOICE File** | | | |
| **Sub-Folder** | **Produce** | **Privilege/Objection** | **Description** |
| BAIP-6~1 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-7~1 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-cash flow 5-20-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP Customer balance sheet | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-cash projection06-30-03 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-projection 9-16-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Boston Avenue Industrial Park Association | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Customer balance sheet 5-1-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Customer transaction list 5-1-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| dillon 7-16-3 | No | Beyond Scope/Personal | note from Lawrence Kaladish to un-named recipients regarding landscaping of Boston Avenue Industrial Park Association |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| dillon 7-26-3 | No | Beyond Scope/Personal | various emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| Fleet 04-18-03 | No | Beyond Scope/Personal | bank account information for Boston Avenue Industrial Park Association |
| | | | |
| | | | |
| | | | |
| | | | |
| Madelyn's accounting proposal to BAIP | No | Beyond Scope/Personal | proposal for accounting services regarding Boston Avenue Industrial Park Association |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| L&L File | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| BMISEC~2 | | No | Beyond Scope/Personal | correspondence regarding rental of 1100 Boston Avenue to Bridgeport Machines, Inc. |
| BOND OFF | | No | Beyond Scope/Personal | correspondence to a bondholder regarding Boston Avenue Industrial Park Association |
| BPTTAX~1 | | No | Beyond Scope/Personal | copy of tax appeal regarding Boston Avenue Industrial Park Association |
| CHASE | | No | Beyond Scope/Personal | correspondence regarding bonds related to Boston Avenue Industrial Park Association |
| | | | | |
| | | | | |
| | | | | |
| Kempltr50603 | | No | Beyond Scope | appears to be a letter from Attorney Bonsangue to Attorney Kemp --unclear if it is a draft or a copy of the letter as mailed |
| Kempltr92603 | | No | Beyond Scope | appears to be a letter from Attorney Bonsangue to Attorney Kemp --unclear if it is a draft or a copy of the letter as mailed |
| L&L1 | | No | Beyond Scope/Incomplete Document | Portion of a letter from Attorney Bonsangue to Attorney Kemp |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| L&L6 | No | Beyond Scope/Personal | proposal for snow removal for Boston Avenue Industrial Park Association |
| L&L7 | No | Beyond Scope | reference to L&L Graphics with random text/words |
| L&L17 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| L&L18 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| L&L21 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| L&L25 | No | Beyond Scope/Personal | Lawrence Kaladish's personal notes |
| L&L26 | No | Beyond Scope/Personal | Lawrence Kaladish's personal notes |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| L&L27 | No | Beyond Scope/Personal | Random text re: tax assessment of Boston Avenue Industrial Park |
| L&L30 | No | Beyond Scope | correspondence to Chase Manhattan Bank re: payment of bonds |
| OSHA-l~1 | No | Beyond Scope/Personal | correspondence by Lawrence Kaladish re: his injuries |
| Press removal | No | Beyond Scope/Personal | Lawrence Kaladish's notes |
| SANTOL~1 | No | Beyond Scope/Personal | correspondence from Lawrence Kaladish regarding personal matters |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search - CD5 | | | |
|---|---|---|---|
| **MAIL BOX File** | | | |
| Sub-Folder | Produce | Privilege/Objection | Description |
| | | | s |
| Re=BAIP update (1) | No | Beyond Scope/Personal | communication from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association regarding common charges |
| Re=BAIP update (2) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| Re=BAIP update (3) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| Re=BAIP update (4) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP update (5) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP update (6) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| RE=BAIP update (7) | | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP update (8) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP Update | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP(1) | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park Association |
| RE=BAIP(2) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(3) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(4) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(5) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(6) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| RE=BAIP | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=Common charges | No | Beyond Scope/Personal | emails regarding common charges for Boston Avenue Industrial Park Association |
| Re=Freidberg, Smith | No | Beyond Scope/Personal | communication regarding Boston Avenue Industrial Park Association |
| RE=Meeting(1) | No | Beyond Scope/Personal | portions of emails regarding meeting for Boston Avenue Industrial Park Association |
| Re=Meeting | No | Beyond Scope/Personal | email regarding meeting for Boston Avenue Industrial Park Association |
| RFP Snow plowing | No | Beyond Scope/Personal | email regarding snow plowing for Boston Avenue Industrial Park Association |
| Update and Major concern | No | Beyond Scope/Personal | email regarding landscaping at Boston Avenue Industrial Park Association |

Kaldish v. UnumProvident Corp, et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| STARKEY File | | | |
| BAIP-4-21-03 | No | Beyond Scope/Personal | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges |
| Boston~1 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey1 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey2 | No | Beyond Scope/Personal | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges |
| Starkey3 | No | Beyond Scope/Personal | fragments of emails regarding snow removal and fencing for the Boston Avenue Industrial Park Association |
| Starkey6 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey7 | No | Beyond Scope/Personal | portion of a letter from Boston Avenue Industrial Park Association to an un-named recipient re: payment |
| Starkey8 | No | Beyond Scope/Personal | portion of an email containing random text/words regarding common charges for Boston Avenue Industrial Park Association containing random text |

Kaldish v. UnumProvident Corp, et al.
Amended Privilege Log - April 1, 2004

| | | |
|---|---|---|
| Starkey10 | No | Beyond Scope/Personal | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges |
| Starkey12 | No | Beyond Scope/Personal | fragments of emails regarding snow removal and fencing for the Boston Avenue Industrial Park Association |
| Starkey13 | No | Beyond Scope/Personal | portion of emails regarding Boston Avenue Industrial Park Association regarding snow removal and fencing |
| Starkey14 | No | Beyond Scope/Personal | personal address information re: Madelyn Starkey |

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search QuickBooks (CD5) | | | |
|---|---|---|---|
| **QUICKBOOKS File** | | | |
| Sub-Folder | Produce | Privilege/Objection | Description |
| BAIP.QBW | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP1.QBW | No | Beyond Scope/Personal | vendor information regarding Boston Avenue Industrial Park Association |
| sample_product-based business.qbw | No | Beyond Scope/Personal | QuickBooks program used for Boston Avenue Industrial Park Association |
| sample_service-based business.qbw | No | Beyond Scope/Personal | QuickBooks program used for Boston Avenue Industrial Park Association |