DOMESTIC LIMITED LIABILITY COMPANY  
LLC   Rev. 9/94

FILING #0002020995 PG 01 OF 01 VOL B-00290  
FILED 09/16/1999 08:30 AM PAGE 01092  
SECRETARY OF THE STATE  
CONNECTICUT SECRETARY OF THE STATE

Secretary  
30 Trinity Street  
Hartford, CT 06106

NOTE: This form constitutes only the minimum statutory requirements for filing with the Office of the Secretary of the State. Should you wish to include additional information, you may attach a plain sheet of 8½x11 paper to the document.

1. The name of the limited liability company:

    Mountain Heights, LLC

2. The nature of business to be transacted or the purpose to be promoted or carried out by the limited liability company is as follows:

The purpose of the limited liability company is to transact any business and promote any activities which may be carried out under the limited liability company laws of the State of Connecticut.

3. Principal office address: (P.O. Box is **not** acceptable) 10 Winchester Drive, Huntington, CT 06484

4. Statutory agent for service of process, P.A. 93-267 §5:  
    Name: A. Lawrence Kaladish  
    Business Address: 10 Winchester Drive, Huntington, CT 06484  
    Residence Address: 10 Winchester Drive, Huntington, CT

5. The latest date upon which the limited liability company will dissolve:  
    December 31, 2049

**EXECUTION**

6. Dated this 13th day of September, 19 99

7. A. Lawrence Kaladish  
    Name of Organizer (print or type)

8. _[signature]_ A. Lawrence Kaladish  
    Signature

9. Acceptance of appointed statutory agent.

    A. Lawrence Kaladish  
    Name (print or type)

10. _[signature]_ A. Lawrence Kaladish  
    Signature

For Official Use Only

Rec; CC:

Please provide filer's name and complete address for mailing receipt

J150.4

1184468

CONNECTICUT SECRETARY OF THE STATE
Document Review
30 Trinity Street
Hartford, CT 06106-0470

FILING #0002337542 PG 01 OF 02 VOL B-00451
FILED 10/23/2001 08:30 AM PAGE 02895
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

1. Name of Limited Liability Company:
   MOUNTAIN HEIGHTS, LLC

2. Business ID: 0630395

3. Report due in the month of: SEPTEMBER, 2000.

4. This Limited Liability Company is: DOMESTIC.    Fee is    $10.00.

   Business
   Name:      MOUNTAIN HEIGHTS, LLC

5. Mailing:   10 WINCHESTER DR.
   Address:   HUNTINGTON, CT 06484

   Changes:

6. Principal Office (Domestic Limited Liability Company):

   10 WINCHESTER DR.
   HUNTINGTON, CT 06484

   Changes:

7. Address Required in State of Formation
   (Foreign Limited Liability Company):

   Changes:

8. Date: 10 / 20 / 2001
        Mo   Da   Yr

9. Print Signatory Name: A. Lawrence Kaladish
            Capacity: President

10. Signature: A. Lawrence Kaladish

Members/Managers
Business ID: 063039

```
FILING #0002337542  PG  02 OF  02 VOL B-00451
FILED 10/23/2001  08:30 AM PAGE   02896
       SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE
```

1. Full Legal Name: A. Lawrence Kaladish
   Title(s): President
   Residence Addr: 10 Winchester Drive
   Huntington, CT 06484

   Business Addr: Same

   Res Changes:

   Bus Changes:

2. Full Legal Name:
   Title(s):
   Residence Addr:

   Business Addr:

   Res Changes:

   Bus Changes:

3. Full Legal Name:
   Title(s):
   Residence Addr:

   Business Addr:

   Res Changes:

   Bus Changes: