| | |
|---|---|
| RETURN DATE: JULY 20, 1999 | : SUPERIOR COURT |
| THE CHASE MANHATTAN BANK, IN ITS CAPACITY AS INDENTURE TRUSTEE, | : J.D. OF FAIRFIELD |
| | : AT BRIDGEPORT |
| v. | : |
| A. LAWRENCE KALADISH | : JULY 2, 1999 |

## WRIT, SUMMONS AND DIRECTION FOR ATTACHMENT

To Any Proper Officer:

By authority of the state of Connecticut, you are hereby commanded, pursuant to and in accordance with Connecticut General Statutes § 52-278f, to attach to the value of $2,051,021.57 the goods or estate of defendant *A. Lawrence Kaladish*, 10 Winchester Drive, Huntington, Connecticut 06484, and to summon him to appear before the Superior Court for the Judicial District of Fairfield, at Bridgeport, 1061 Main Street, Bridgeport, Connecticut 06601 by filing a written statement of appearance with the clerk of the court on or before the second day following the return date, then and there to answer unto the plaintiff, The Chase Manhattan Bank, 270 Park Avenue, New York, New York 10017, in a civil action wherein the plaintiff complains and alleges as set forth in the accompanying Complaint, Notice of Application for Prejudgment Remedy/Claim for Hearing to Contest Application or Claim Exemption, Form JD-CV-53 (the "Notice") and Affidavit of Frank Grippo (the "Grippo Affidavit") attached hereto.

And you are hereby further commanded to serve a true and attested copy of this writ, the Notice, Grippo Affidavit and accompanying Complaint on: (1) *The Chase Manhattan Bank*, 961 Main Street, Bridgeport, Connecticut 06601, and (2) *People's Bank*, Bridgeport Center, 850 Main Street, Bridgeport, Connecticut 06604-4913, as the above are agents, trustee or debtors of the defendant and, upon information and belief, are indebted to him and/or have property of the defendant in their respective possession.

Plaintiff seeks a money judgment in the above captioned case in excess of $15,000, exclusive of interest and costs.

*Kelly Warrick, Esq.*, Kelley Drye & Warren LLP, Two Stamford Plaza, 281 Tresser Boulevard, Stamford, Connecticut 06901, (203) 324-1400 is recognized in the sum of $250 to prosecute etc.

KELLEY DRYE
& WARREN, LLP
TWO STAMFORD PLAZA
1 TRESSER BOULEVARD
STAMFORD, CT 06901-3229

(203) 324-1400

JURIS NO. 13140

A True Copy
ATTEST

*/s/ Fausto Carusone/*
FAUSTO CARUSONE
Deputy Sheriff
Fairfield County

CT01/NEALJ/1157351

000984