Case 7:01-cv-00163-XXXX   Document 1-1.5   Filed 06/15/2006   Page 1 of 4

8013058

CONNECTICUT SECRETARY OF THE STATE
Document Review
30 Trinity Street
P.O. Box 150470
Hartford, CT  06115-0470

FILING #0001843205 PG  01 OF  03 VOL B-00192
FILED 01/30/1998 08:30 AM PAGE  01332
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

1. Name of Corp: BOSTON AVENUE INDUSTRIAL PARK ASSOCIATION, INC. THE

2. Business ID: 0086934

3. Report due in the month of:                 JANUARY, 1998.

4. This corporation is DOMESTIC/NON-STOCK.       Fee is    $25.00.

Corporate
Name:       BOSTON AVENUE INDUSTRIAL PARK ASSOCIATION, INC. THE

Mailing:    ALIMAK ELEVATOR
Address:    1100 BOSTON AVE
            BRIDGEPORT,CT 06610

Changes:    _____
            _____
            _____

5. Principal Office Address:        Changes:
   (in CT only)

   1100 BOSTON AVENUE               _____
   BRIDGEPORT,CT 06610              _____

6. Executive Office Address:        _____
   (Foreign Corps Only)             _____
                                    _____
                                    _____

7. Principal Office in State of Formation:   _____
   (Foreign Corps Only)                      _____
                                             _____

8. Attached hereto are the officers and directors of the corporation
   with their business and residence addresses.

9. Date:  1 / 28 / 98
         Mo   Da   Yr

10. Signature:    _Patti Martin_____

    Print Signatory Name:    Patti Martin

    Print Capacity:          President

**Report Officers/Directors**
**Business ID : 0086934**

FILING #0001843205 PG  02 OF  03 VOL B-00192
FILED 01/30/1998 08:30 AM PAGE  01333
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

1. Full Legal Name: ~~DANIEL LITT~~     PATTI MARTIN
        Title(s): PRESIDENT
   Residence Addr: ~~82 PIETRO DRIVE~~
                  ~~YONKERS,NY 10710~~
    Business Addr: ALIMAK ELEVATOR CO.
                  1100 BOSTON AVE
                  BRIDGEPORT,CT 06610
      Res Changes:____360 Stonybrook Road_____
                  ____Stratford, CT  06497_____
      Bus Changes:_____
                  _____

2. Full Legal Name: JERRY RUSSO
        Title(s): SECRETARY
   Residence Addr: 8 INWOOD ROAD
                  NORWALK,CT 06850
    Business Addr: PRIME RESOURCES
                  1100 BOSTON AVE
                  BRIDGEPORT,CT 06610
      Res Changes:_____
                  _____
      Bus Changes:_____
                  _____

3. Full Legal Name: D. LAWRENCE KALADISH
        Title(s): DIRECTOR
   Residence Addr: 10 WINCHESTER DRIVE
                  HUNTINGTON,CT 06484
    Business Addr: 10 WINCHESTER DRIVE
                  HUNTINGTON,CT 06484
      Res Changes:_____
                  _____
      Bus Changes:_____
                  _____

4. Full Legal Name: ~~VICTOR DARISH~~     ROBERT W. HASSLER
        Title(s): DIRECTOR
   Residence Addr: ~~24 HERITAGE DR~~
                  ~~TRUMBULL,CT 06611~~
    Business Addr: ~~CONTROLLED DISTRIBUTION~~
                  ~~1100 BOSTON AVE~~
                  ~~BRIDGEPORT,CT 06610~~
      Res Changes:____850 Rushmore Avenue_____
                  ____Mamaroneck, NY  10543_____
      Bus Changes:____Beacon Realty Services, Inc._____
                  ____480 Barnum Avenue_____
                  P.O. Box 2182
                  Bridgeport, CT  06608

Report Officers/Directors
Business ID : 0086934

FILING #0001843205 PG  03 OF  03 VOL B-00192
FILED 01/30/1998 08:30 AM PAGE  01334
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

5. Full Legal Name:~~JOHN T. CLARK~~    SUSAN MURRAY
         Title(s):DIRECTOR
   Residence Addr:~~66 UNDER CLIFF ROAD~~
                  ~~TRUMBULL,CT 06611~~
   Business Addr:EMSON INC.
                 1100 BOSTON AVE
                 BRIDGEPORT,CT 06610
      Res Changes:____ 40 George Avenue
                       Cheshire, CT  06410
      Bus Changes:_____

STATE OF CONNECTICUT } SS. HARTFORD
OFFICE OF THE SECRETARY OF THE STATE }

I hereby certify that this is a true copy of record in this Office

In Testimony whereof, I have hereunto set my hand, and affixed the Seal of said State, at Hartford, this 15th day of March A.D. 2004

Susan Bysiewicz

SECRETARY OF THE STATE DAC