OWENS, SCHINE & NICOLA, P.C.

ATTORNEYS AND COUNSELORS AT LAW

799 SILVER LANE
P.O. BOX 753
TRUMBULL, CONNECTICUT 06611-0753

(203) 375-0600
FACSIMILE NO. (203) 375-5003

PLEASE REPLY TO P.O BOX

ROBERT J NICOLA
KEVIN L. BURNS
CAROLYN R. LINSEY ‡
ROBERT J. BERTA
BRUCE D. JACKSON
J. BRIAN FATSE
TIMOTHY A. BISHOP
DANIEL F. CARUSO
STEPHEN M. CARRUTHERS
MICHAEL C. JANKOVSKY
THOMAS F. ST. JOHN
JONAS D. L. McCRAY
SUSAN E. STAUDER

‡ ALSO MEMBER GEORGIA AND NEW JERSEY BARS

JOHN F. FALLON
KATHLEEN N. MAXHAM
OF COUNSEL

FAIRFIELD OFFICE
53 SHERMAN STREET
FAIRFIELD, CONNECTICUT 06430

SENDER'S EXT. 3021

E-mail: rjn@osn-pc.com

August 10, 1999

Via Facsimile (203) 327-2669
James E. Nealon, Esq.
Kelley, Drye & Warren, LLP
Two Stamford Plaza
281 Tresser Blvd.
Stamford, CT 06901

Re:   L&L Graphic Contractors, Inc.

Dear Jim:

Mr. Kaladish has asked me to submit a proposal to your for consideration by Chase. He apparently has discussed the parameters of this proposal with Mr. Grippo who apparently found it acceptable except for an impasse which arose over whether the escrow funds would be held. At the suggestion of Mr. Grippo, our client contacted the bondholders directly and has received a positive response to his offer for surrender of the bonds.

In order to implement the bond redemption my client purposes the following:

1. Mr. Kaladish will have the bondholders contact Chase or he will furnish Chase with a list of all bondholders willing to sell their bonds at a flat discounted rate (some at 70%, 72% and most at 80% of face value, no interest.)

2. Our client's private lender will give to either me, an escrow agent or Chase sufficient money to purchase any of the bonds made available at the discounted rate (80% or less).

3. Chase will immediately purchase and retire the aforementioned bonds once they receive the money.

OWENS, SCHINE & NICOLA, P.C.

Page 2

4. Chase would put in place a one month moratorium on any further legal actions to allow Mr. Kaladish sufficient time to either secure additional bonds or come up with the balance of the cash required to settle the matter.

5. Chase will agree that any money furnished by Mr. Kaladish's private lender will be used solely for the purpose of retiring the discounted bonds.

Very truly yours,

Robert J. Nicola

RJN/rc

cc: Mr. A. Larry Kaladish

F:\WP51\DOCS\SSS\Kaladish\nealon3.wpd