

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 4/12/2004**

|  | Plaintiff Name | VS | Defendant Name |
|---|---|---|---|
|  | KALADISH A LAWRENCE | VS | BRIDGEPORT CITY OF ETAL |

| | |
|---|---|
| **Docket Number:** CV-01-0387614-S | **Court Location:** Bridgeport |
| **File Date:** Nov 07 2001 | **Return Date:** Nov 27 2001 |
| ***Last Action Date:** Dec 15 2003 | **ADR Status:** Not Applicable |
| **Case Type:** APPEALS - TAXATION | |
| **List Type:** . | |
| **Disposition Date:** Dec 12 2003 | |
| **Judge/Magistrate:** Hon. A. ARONSON | **Trial List Claim:** |
| **Disposition:** JUDGMENT BY STIPULATION | |

* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| A L. KALADISH | 01 | P | Y | |
| 10 WINCHESTER DRIVE HUNTINGTON, CT 06484 | | | | |
| BRIDGEPORT CITY OF | 50 | D | | |

Attorney: BRIDGEPORT CITY ATTORNEY (Juris No. 006192)
   OFFICE OF CITY ATTORNEY
   999 BROAD STREET
   BRIDGEPORT, CT 06604 4328

| | | | | |
|---|---|---|---|---|
| BRIDGEPORT BOARD OF ASSESSMENT APPEALS | 51 | D | | |

Attorney: BRIDGEPORT CITY ATTORNEY (Juris No. 006192)
   OFFICE OF CITY ATTORNEY
   999 BROAD STREET
   BRIDGEPORT, CT 06604 4328

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Nov 07 2001 | CITATION AND SERVICE | P | No | | | |
| 101.20 | Nov 07 2001 | RECOGNIZANCE | P | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 102.00 | Nov 30 2001 | MOT DISMISS-JURISDICTION | D | No | | | |
| 103.00 | Nov 30 2001 | SUPPORTING MEMORANDUM | D | No | | | |
| 104.00 | Dec 07 2001 | OBJECTION TO DISMISSAL | P | No | | | |
| 105.00 | Nov 21 2003 | MOTION FOR NONSUIT | D | No | | | |
| 106.00 | Dec 12 2003 | MOT STIPULATED JUDGMENT | P | No | Granted | Dec 12 2003 | Hon. ARNOLD ARONSON |
| 107.00 | Dec 12 2003 | JUDGMENT BY STIPULATION | | Yes | | Dec 12 2003 | Hon. ARNOLD ARONSON |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch

http://www.jud2.state.ct.us/civil_inquiry/DispDetail.asp?DocNum=FBT-CV-01-0387614-S    4/13/2004