UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 30 P 1: 27
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br><br>           Plaintiff,<br>VS.<br><br>UNUMPROVIDENT CORPORATION AND<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br><br>           Defendants. | : CIVIL ACTION NO. 301 CV 184 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: APRIL 29, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Unumprovident Corporation and Provident Life & Casualty Insurance Company, has manually filed the following document:

**Defendant's Exhibits in Support of its Memorandum of Law in Support of Defendants' Objection to Plaintiff's Motion for Reconsideration and Cross-Motion to Enforce Stipulation**

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

DEFENDANTS,
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By /s/ Helen M. Kemp
Helen M. Kemp (ct14790)
Lisa K. Titus (ct22077)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 29th day of April, 200, to

Chastity A. DaSilva, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

/s/ Helen M. Kemp
Helen M. Kemp