Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| AOL File | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| | *AOL1 | No | Beyond Scope | email regarding web server for personal email account |
| | AOL35 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: common charges & security |
| | AOL36 | No | Beyond Scope/Personal | several emails regarding Boston Avenue Industrial Park re: common charges and security gate |
| | AOL37 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: speed bumps, landscaping, and security |
| | AOL38 | No | Beyond Scope/Personal | email from Patti Martin regarding Boston Avenue Industrial Park re: common charges |
| | AOL39 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges and fire box |
| | AOL40 | No | Beyond Scope/Personal | email from Madelyn Starkey regarding Boston Avenue Industrial Park |
| | AOL41 | No | Beyond Scope/Personal | several emails regarding Boston Avenue Industrial Park re: common charges |
| | AOL42 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges |
| | AOL43 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park |

*Documents the Defendants agree are privileged and/or irrelevant

EXHIBIT A

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | |
|---|---|---|
| AOL44 | No | email from Madelyn Starkey to the Boston Avenue Industrial Park board members re: update |
| AOL45 | No | Beyond Scope/Personal | email from Madelyn Starkey to the Boston Avenue Industrial Park board members re: update |
| AOL46 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: common charges and fire box |
| AOL47 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL48 | No | Beyond Scope/Personal | emails to Boston Avenue Industrial Park board members re: finances |
| AOL49 | No | Beyond Scope/Personal | email Madelyn Starkey to Boston Avenue Industrial Park board members re: finances |
| AOL50 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL51 | No | Beyond Scope/Personal | emails to the Boston Avenue Industrial Park board members re: finances |
| AOL52 | No | Beyond Scope/Personal | email from Madelyn Starkey to Boston Avenue Industrial Park board members re: finances |
| AOL53 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: landscaping and common charges |
| AOL54 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: snow removal and common charges |
| AOL55 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: landscaping and meetings |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| AOL56 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL57 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meetings |
| AOL58 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL59 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL60 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL61 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL62 | No | Beyond Scope/Personal | email from Madelyn Starkey to Boston Avenue Industrial Park board members re: common charges, meeting, and finances |
| AOL63 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL64 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting |
| AOL65 | No | Beyond Scope/Personal | misc. email from Madelyn Starkey to Boston Avenue Industrial Park board members |
| AOL66 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park meeting and gate |
| AOL67 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |
| AOL68 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park budget |
| AOL69 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| AOL70 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park common charges |
| AOL71 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: financial update |
| AOL72 | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park re: financial update |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search - CD5 | | | |
|---|---|---|---|
| Sub-Folder | Produce | Privilege/Objection | Description |
| BALDWIN File | | | |
| *Baldwin2 (html) | No | Beyond Scope/Personal | coin collection ad for sale on internet |
| *mso | No | Beyond Scope/Personal | online research |
| *Unum-Email file 99295 | No | Attorney/Client | emails between Lawrence Kaladish and Attorney Lou Bonsangue |

**\*Documents the Defendants agree are privileged and/or irrelevant**

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search - CD5 | | | |
|---|---|---|---|
| | | | |
| INFO @ GRAPHIC file | | | |
| Sub-Folder | Produce | Privilege/Objection | Description |
| *info13 | No | Beyond Scope/No Text | email address with no text |
| *info18 | No - pg. 2 | Beyond Scope/Personal | greeting card email |

***Documents the Defendants agree are privileged and/or irrelevant**

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search – CD5 | | | |
|---|---|---|---|
| **INVOICE File** | | | |
| **Sub-Folder** | **Produce** | **Privilege/Objection** | **Description** |
| BAIP-6~1 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-7~1 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-cash flow 5-20-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP Customer balance sheet | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-cash projection06-30-03 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP-projection 9-16-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Boston Avenue Industrial Park Association | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Customer balance sheet 5-1-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| Customer transaction list 5-1-3 | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| dillon 7-16-3 | No | Beyond Scope/Personal | note from Lawrence Kaladish to un-named recipients regarding landscaping of Boston Avenue Industrial Park Association |

*Documents the Defendants agree are privileged and/or irrelevant

<u>Kaladish v. UnumProvident Corp., et al.</u>
Amended Privilege Log - April 1, 2004

| | | |
|---|---|---|
| dillon 7-26-3 | No | Beyond Scope/Personal | various emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| Fleet 04-18-03 | No | Beyond Scope/Personal | bank account information for Boston Avenue Industrial Park Association |
| *invoice1 | No | Attorney/Client | portion of an email from Lawrence Kaladish to Attorney Lou Bonsangue |
| *invoice2 | No | Beyond Scope/Personal | random text |
| *invoice3 | No | Beyond Scope/No Text | random words and symbols |
| Madelyn's accounting proposal to BAIP | No | Beyond Scope/Personal | proposal for accounting services regarding Boston Avenue Industrial Park Association |

**\*Documents the Defendants agree are privileged and/or irrelevant**

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| L&L File | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| | BMISEC~2 | No | Beyond Scope/Personal | correspondence regarding rental of 1100 Boston Avenue to Bridgeport Machines, Inc. |
| | BOND OFF | No | Beyond Scope/Personal | correspondence to a bondholder regarding Boston Avenue Industrial Park Association |
| | BPTTAX~1 | No | Beyond Scope/Personal | copy of tax appeal regarding Boston Avenue Industrial Park Association |
| | CHASE | No | Beyond Scope/Personal | correspondence regarding bonds related to Boston Avenue Industrial Park Association |
| | *DEPOSI~4 | No | Attorney/Client | notes from Lawrence Kaladish to Attorney Lou Bonsangue |
| | *DEPOSI~9 | No | Attorney/Client | notes between Lawrence Kaladish and Attorney Lou Bonsangue |
| | *KAUFMA~1 | No | Beyond Scope/Personal | correspondence regarding purchase of coin collection |
| | Kempltr50603 | No | Beyond Scope | appears to be a letter from Attorney Bonsangue to Attorney Kemp --unclear if it is a draft or a copy of the letter as mailed |
| | Kempltr92603 | No | Beyond Scope | appears to be a letter from Attorney Bonsangue to Attorney Kemp --unclear if it is a draft or a copy of the letter as mailed |
| L&L1 | | No | Beyond Scope/Incomplete Document | Portion of a letter from Attorney Bonsangue to Attorney Kemp |

**\*Documents the Defendants agree are privileged and/or irrelevant**

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| *L&L3 | No | Attorney/Client | email between Lawrence Kaladish and Attorney Lou Bonsangue |
| L&L6 | No | Beyond Scope/Personal | proposal for snow removal for Boston Avenue Industrial Park Association |
| L&L7 | No | Beyond Scope | reference to L&L Graphics with random text/words |
| *L&L8 | No | Attorney/Client | correspondence from Lawrence Kaladish to Lou Bonsangue |
| *L&L10 | No | Beyond Scope | random text and random parts of correspondence |
| *L&L12 | No | No Text | random symbols and words and L&L Graphic address at bottom of page |
| *L&L16 | No - bottom of p. 2 & p. 3 | Beyond Scope | greeting card email |
| L&L17 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| L&L18 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| *L&L19 | No - bottom of p. 2 | Beyond Scope/Personal | email greeting card |
| L&L21 | No | Beyond Scope | computer log of random email addresses and internet addresses |
| *L&L22 | No - bottom of p. 2 | Beyond Scope/Personal | email greeting card |
| L&L25 | No | Beyond Scope/Personal | Lawrence Kaladish's personal notes |
| L&L26 | No | Beyond Scope/Personal | Lawrence Kaladish's personal notes |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| L&L27 | No | Beyond Scope/Personal | Random text re: tax assessment of Boston Avenue Industrial Park |
| *L&L29 | No | Beyond Scope | random parts of personal correspondence and reference to L&L address |
| L&L30 | No | Beyond Scope | correspondence to Chase Manhattan Bank re: payment of bonds |
| OSHA-I-1 | No | Beyond Scope/Personal | correspondence by Lawrence Kaladish re: his injuries |
| Press removal | No | Beyond Scope/Personal | Lawrence Kaladish's notes |
| SANTOL~1 | No | Beyond Scope/Personal | correspondence from Lawrence Kaladish regarding personal matters |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search - CD5 | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| MAIL BOX File | | | | |
| | *14 GROUPS OF CHINESE PRODUCTS | No | Beyond Scope | unsolicited email |
| | *Don't Miss the Baltimore Auction | No | Beyond Scope | unsolicited email |
| | *GSM Mobile Phones | No | Beyond Scope | unsolicited email re: mobile phones |
| | Re=BAIP update (1) | No | Beyond Scope/Personal | communication from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association regarding common charges |
| | Re=BAIP update (2) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| | Re=BAIP update (3) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| | Re=BAIP update (4) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| | RE=BAIP update (5) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| | RE=BAIP update (6) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| RE=BAIP update (7) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP update (8) | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP Update | No | Beyond Scope/Personal | communication to the board members of Boston Avenue Industrial Park Association regarding common charges |
| RE=BAIP(1) | No | Beyond Scope/Personal | emails regarding Boston Avenue Industrial Park Association |
| RE=BAIP(2) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(3) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(4) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(5) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=BAIP(6) | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | | |
|---|---|---|---|
| RE=BAIP | No | Beyond Scope/Personal | emails regarding landscaping and common charges related to Boston Avenue Industrial Park Association |
| RE=Common charges | No | Beyond Scope/Personal | emails regarding common charges for Boston Avenue Industrial Park Association |
| Re=Freidberg, Smith | No | Beyond Scope/Personal | communication regarding Boston Avenue Industrial Park Association |
| RE=Meeting(1) | No | Beyond Scope/Personal | portions of emails regarding meeting for Boston Avenue Industrial Park Association |
| Re=Meeting | No | Beyond Scope/Personal | email regarding meeting for Boston Avenue Industrial Park Association |
| RFP Snow plowing | No | Beyond Scope/Personal | email regarding snow plowing for Boston Avenue Industrial Park Association |
| Update and Major concern | No | Beyond Scope/Personal | email regarding landscaping at Boston Avenue Industrial Park Association |

*__Documents the Defendants agree are privileged and/or irrelevant__

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log – April 1, 2004

Laptop Computer Search - CD5

| PRESS File | Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|---|
| | *Press25 | No - top 1/2 of page | Attorney/Client | Portion of an email to Attorney Bonsangue |
| | *Press26 | No - bottom 1/2 of page | Attorney/Client | Portion of an email to Attorney Bonsangue |

**\*Documents the Defendants agree are privileged and/or irrelevant**

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

QUOTE File

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| *2002-income tax 1040 | No | Beyond Scope/Personal | internet research re: 2002 Connecticut Income Tax Return Handbook |
| *August 31, 1999- | No | Beyond Scope/Personal | internet research |
| *June 30, 1999- | No | Beyond Scope/Personal | internet research |
| *March 27, 1997- | No | Beyond Scope/Personal | internet research |
| *March 31, 1997- | No | Beyond Scope/Personal | internet research |
| *March 31, 2002- | No | Beyond Scope/Personal | internet research |
| *May 22, 1997#2 | No | Beyond Scope/Personal | internet research |
| *May 22, 1997#4 | No | Beyond Scope/Personal | internet research |
| *May 22, 1997#5 | No | Beyond Scope/Personal | internet research |
| *May 27, 1997#7 | No | Beyond Scope/Personal | internet research |
| *September 30, 2002- | No | Beyond Scope/Personal | internet research |
| *quote1 | No | Attorney/Client | portion of an email from Lawrence Kaladish to Attorney Lou Bonsangue |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Sub-Folder | Produce | Privilege/Objection | Description |
|---|---|---|---|
| **SERVICE AND INSTALLATION File** | | | |
| Laptop Computer Search - CD5 | | | |
| *S&I1 | No | Attorney/Client | portion of chart created by Lawrence Kaladish for Attorney Lou Bonsangue |

*Documents the Defendants agree are privileged and/or irrelevant

Kaldish v. UnumProvident Corp, et al.
Amended Privilege Log - April 1, 2004

Laptop Computer Search - CD5

| STARKEY File | | | |
|---|---|---|---|
| Sub-Folder | Produce | Privilege/Objection | Description |
| BAIP-4-21-03 | No | Beyond Scope/Personal | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges |
| Boston~1 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey1 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey2 | No | Beyond Scope/Personal | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges |
| Starkey3 | No | Beyond Scope/Personal | fragments of emails regarding snow removal and fencing for the Boston Avenue Industrial Park Association |
| Starkey6 | No | Beyond Scope/Personal | proposal for accounting services from Madelyn Starkey regarding Boston Avenue Industrial Park Association |
| Starkey7 | No | Beyond Scope/Personal | portion of a letter from Boston Avenue Industrial Park Association to an un-named recipient re: payment |
| Starkey8 | No | Beyond Scope/Personal | portion of an email containing random text/words regarding common charges for Boston Avenue Industrial Park Association containing random text |

**\*Documents the Defendants agree are privileged and/or irrelevant**

Kaldish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| | | |
|---|---|---|
| Starkey10 | No | letter from Madelyn Starkey to the board members of Boston Avenue Industrial Park Association re: common charges Beyond Scope/Personal |
| Starkey12 | No | fragments of emails regarding snow removal and fencing for the Boston Avenue Industrial Park Association Beyond Scope/Personal |
| Starkey13 | No | portion of emails regarding Boston Avenue Industrial Park Association regarding snow removal and fencing Beyond Scope/Personal |
| Starkey14 | No | personal address information re: Madelyn Starkey Beyond Scope/Personal |

*Documents the Defendants agree are privileged and/or irrelevant

Kaladish v. UnumProvident Corp., et al.
Amended Privilege Log - April 1, 2004

| Laptop Computer Search | | | |
|---|---|---|---|
| QuickBooks (CD5) | | | |
| **QUICKBOOKS File** | | | |
| Sub-Folder | Produce | Privilege/Objection | Description |
| BAIP.QBW | No | Beyond Scope/Personal | financial information regarding Boston Avenue Industrial Park Association |
| BAIP1.QBW | No | Beyond Scope/Personal | vendor information regarding Boston Avenue Industrial Park Association |
| sample_product-based business.qbw | No | Beyond Scope/Personal | QuickBooks program used for Boston Avenue Industrial Park Association |
| sample_service-based business.qbw | No | Beyond Scope/Personal | QuickBooks program used for Boston Avenue Industrial Park Association |

*Documents the Defendants agree are privileged and/or irrelevant