## DEFINITIONS

Injuries means accidental bodily injuries occurring while your policy is in force.

Sickness means sickness or disease which is first manifested while your policy is in force.

Physician means any person other than you who is licensed by law, and is acting within the scope of the license, to treat Injuries or Sickness which results in covered loss.

Total Disability or totally disabled means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and

2. you are receiving care by a Physician which is appropriate for the condition causing the disability. We will waive this requirement when continued care would be of no benefit to you.

your occupation means the occupation (or occupations, if more than one) in which you are regularly engaged at the time you become disabled.

period of disability means a period of disability starting while this policy is in force. Successive periods will be deemed to be the same period unless the later period:

1. is due to a different or unrelated cause, or

2. starts more than twelve months after the end of the previous period (six months after the end of the previous period if benefits are expressed as a number of months - see Maximum Benefit Periods on Page 3);

in which event, the later period will be a new or separate period of disability. A new Elimination Period must then be met. And, a new Maximum Benefit Period will apply.

Elimination Period means the number of days of disability that must elapse in a period of disability before benefits become payable. The number of days is shown on Page 3. These days need not be consecutive; they can be accumulated during a period of disability to satisfy an Elimination Period. Benefits are not payable, nor do they accrue, during an Elimination Period.

**Form 1040** Department of the Treasury -- Internal Revenue Service
**U.S. Individual Income Tax Return** 1998    (99) IRS Use Only -- Do not write or staple in this space

For the year Jan. 1-Dec. 31, 1998, or other tax year beginning , 1998, ending , 19    OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

ARTHUR L. KALADISH
10 WINCHESTER DRIVE
HUNTINGTON    CT 06484

Your social security number:
Spouse's social security no.:

▲ You must enter your SSN.s. ▲

**Presidential Election Campaign**
Do you want $3 to go to this fund? ............... Yes / No [X]
If a joint return, does your spouse want $3 to go to this fund? ...........

Note: Checking "Yes" will not change your tax or reduce your refund

**Filing Status**
Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 18.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19     ). (See page 18.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a...................
b [ ] Spouse...............

No. of boxes checked on 6a and 6b: 1

c Dependents: If more than six dependents, see page 19.

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

d Total number of exemptions claimed.................
Add numbers entered on lines above ▶ 1

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required. | 8a | 22,790 |
| b | Tax-exempt interest. DO NOT include on line 8a ..... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required. | 9 | 8,323 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | 50 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ. | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D. | 13 | 253,935 |
| 14 | Other gains or (losses). Attach Form 4797. | 14 | 70,172 |
| 15a | Total IRA distributions .. 15a   b Taxable amount (see page 22). | 15b | |
| 16a | Total pensions and annuities . 16a   b Taxable amount (see page 22). | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | (156,984) |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits . 20a   b Taxable amount (see page 24). | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 198,286 |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 25)........... 23 | | |
| 24 | Student loan interest deduction (see page 27)....... 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853.... 25 | | |
| 26 | Moving expenses. Attach Form 3903......... 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE .... 27 | | |
| 28 | Self-employed health insurance deduction (see page 28). 28 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans ...... 29 | | |
| 30 | Penalty on early withdrawal of savings........... 30 | 206 | |
| 31a | Alimony paid. b Recipient's SSN ▶ _____ 31a | | |
| 32 | Add lines 23 through 31a........ | 32 | 206 |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 33 | 198,080 |

DEFENDANT'S EXHIBIT 15 [stamp]

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.    Preparers Edition    Form 1040 (1998)
CAA  8  104012  NTF 17022
Copyright Forms Software Only, 1998 Nelco

000663

R L. KALADISH                                                                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

Form 1040 (1998)                                                                      Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | 34 | 198,080 |
| | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | | |
| | 36 | Enter the **larger** of your **Itemized deductions** from Schedule A, line 28, OR **standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 | 12,563 |
| Single: $4,250 | 37 | Subtract line 36 from line 34 | | 37 | 185,517 |
| | 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | | 38 | 1,080 |
| Head of household: $6,250 | 39 | **Taxable Income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 184,437 |
| | 40 | **Tax.** See page 30. Check if any tax from a ☐ Form(s) 8814   b ☐ Form 4972 ▶ | | 40 | 34,352 |
| Married filing jointly or Qualifying widow(er): $7,100 | 41 | Credit for child & dependent care expenses. Attach Form 2441 | 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| | 43 | Child tax credit (see page 31) | 43 | | |
| | 44 | Education credits. Attach Form 8863 | 44 | | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | | |
| Married filing separately: $3,550. | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 | Other. Check if from   a ☐ Form 3800   b ☐ Form 8396   c ☐ Form 8801   d ☐ Form _____ | 47 | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | 49 | 34,352 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | | 56 | 34,352 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | | |
| | 58 | 1998 estimated tax payments & amt. applied from 1997 return | 58 | | |
| | 59a | Earned income credit. Attach Sch. EIC if you have a qualifying child. | | | |
| Attach Forms W-2 and W-2G on page one. | b | Nontaxable earned income: amount ▶ _____ and type ▶ | 59a | | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | | |
| | 61 | Amount paid with Form 4868 (request for extension) | 61 | | |
| Also attach Form 1099-R if tax was withheld. | 62 | Excess social security and RRTA tax withheld (see page 43) | 62 | | |
| | 63 | Other payments. Check if from   a ☐ Form 2439   b ☐ Form 4136 | 63 | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | 64 | |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | | 65 | |
| Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | 66a | |
| | b | Routing no. _____                 ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account no. _____ | | | |
| | 67 | Amount of line 65 you want **APPLIED TO 1999 EST. TAX** ▶ | 67 | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 44 ▶ | | 68 | 35,911 |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | 1,559 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint Return? See page 18.
Keep a copy for your records.

| Your signature | Date | Your occupation MANAGER | Daytime telephone number (optional) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | 203-929-8031 |

**Paid Preparer's Use Only**

| Preparer's signature ▶ *Mal K  CPA* | Date 1/10/9 | Check if self-employed ☐ | Preparer's social security no. 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | MEYERS & HARRISON, LLC  7 RESEARCH DRIVE  WOODBRIDGE                CT | EIN 06-1414957  ZIP code 06525-2350 | |

CAA   8   104012   NTF 17023
Copyright Forms Software Only, 1998 Nelco

Preparers Edition
000664

| SCHEDULE E (Form 1040) | Supplemental Income and Loss (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) ▶ Attach to Form 1040 or Form 1041.  ▶ See Instructions for Schedule E (Form 1040). | | 1998 Attachment Sequence No 13 |

Name(s) shown on return
ARTHUR L. KALADISH

Your social security

**Part I  Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on **Schedule C** or **C-EZ** (see page E-1). Report farm rental income or loss from **Form 4835** on page 2, line 39.

| 1 Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than greater of: • 14 days, or • 10% of the total days rented at fair rental value? (See page E-1). | | Yes | No |
|---|---|---|---|---|
| A  LAND NAUGATUCK | | A | | X |
| B  MOOSEHILL ROAD MONROE | | B | | X |
| C  BOSTON AVENUE BRIDGEPORT | | C | | X |

| Income: | | Properties | | | Totals (Add columns A, B, and C.) | |
|---|---|---|---|---|---|---|
| | | A | B | C | | |
| 3 Rents received | 3 | | 15,500 | 257,131 | 3 | 308,181 * |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | 254 | | | |
| 8 Commissions | 8 | | | 1,478 | | |
| 9 Insurance | 9 | 427 | 677 | 9,670 | | |
| 10 Legal and other professional fees | 10 | | | 8,169 | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | | 412 | 137,280 | 12 | 138,670 * |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | 3,780 | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 4,273 | 3,755 | | | |
| 17 Utilities | 17 | | 533 | | | |
| 18 Other (list) ▶  SNOW REMOVAL LAWN MAINTENANCE FIRE PROTECT. MONITOR. AMORTIZATION SEE SUPPLEMENTAL | 18 | | 312 1,052 904 | 18,765 35,038 | | |
| 19 Add lines 5 through 18 | 19 | 4,700 | 11,679 | 210,400 | 19 | 245,890 * |
| 20 Depreciation expense or depletion (see page E-3) | 20 | | 2,233 | 44,200 | 20 | 73,598 * |
| 21 Total expenses. Add lines 19 and 20 | 21 | 4,700 | 13,912 | 254,600 | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file **Form 6198** | 22 | (4,700) | 1,588 | 2,531 | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file **Form 8582**. Real estate professionals must complete line 42 on page 2 | 23 | ( 8,729 ) | ( ) | ( 146,260 ) | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 4,119 |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | ( 163,978 ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 | (159,859) |

For Paperwork Reduction Act Notice, See Form 1040 Instr.   CAA   8  E1   NTF 16950A   Preparers Edition  Schedule E (Form 1040) 1998
Copyright Forms Software Only, 1998 Nelco

000670

Schedule E (Form 1040) 1998    Attachment Sequence No. 13    Page 2

Name(s) shown on return. Do not enter name and social security number if shown on other side.    Your social security no.
ARTHUR L. KALADISH

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

**Part II    Income or Loss From Partnerships and S Corps.** Note: If you report a loss from an at-risk activity, you MUST check either col. (e) or (f) on line 27 to describe your investment in activity. See page E-5. If you check col. (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | (e) All is at risk | (f) Some is not at risk |
| A | L & L CONTRACTORS, INC | S |  | 06-1391162 | X |  |
| B |  |  |  |  |  |  |
| C |  |  |  |  |  |  |
| D |  |  |  |  |  |  |
| E |  |  |  |  |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A |  |  |  |  | 2,875 |
| B |  |  |  |  |  |
| C |  |  |  |  |  |
| D |  |  |  |  |  |
| E |  |  |  |  |  |
| 28a Totals |  |  |  |  | 2,875 |
| b Totals |  |  |  |  |  |

| 29 | Add columns (h) and (k) of line 28a | 29 | 2,875 |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 2,875 |

**Part III    Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A |  |  |
| B |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A |  |  |  |  |
| B |  |  |  |  |
| 33a Totals |  |  |  |  |
| b Totals |  |  |  |  |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

**Part IV    Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder**

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

**Part V    Summary**

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, & 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | (156,984) |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional (see page E-4), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

CAA    8   E12    NTF 16951    GLD 2854    GLD 4444
Copyright Forms Software Only, 1998 Nelco

000671

**SCHEDULE E**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1998**
Attachment
Sequence No. **13**

Name(s) shown on return: ARTHUR L. KALADISH

Your social security no.: ---  --  5526

**Part I  Income or Loss From Rental Real Estate and Royalties**  Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ (see page E-1). Report farm rental income or loss from Form 4835 on page 2, line 39.

**1** Show the kind and location of each rental real estate property:

A   LAND & FARM
    HOLMES COUNTY MISSISSIPPI
B   RESIDENTIAL
    3 WAVERLY TERRACE, HUNTINGTON
C

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than greater of:
• 14 days, or
• 10% of the total days rented at fair rental value?
(See page E-1.)

|   | Yes | No |
|---|-----|-----|
| A |     | X   |
| B |     | X   |
| C |     |     |

| Income: | | Properties A | Properties B | Properties C | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|
| 3 Rents received | 3 | 35,000 | 550 | | 3 |
| 4 Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5 Advertising | 5 | | 370 | | |
| 6 Auto and travel (see page E-2) | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | 715 | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | 1,402 | 483 | | |
| 10 Legal and other professional fees | 10 | 6,020 | 100 | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | | 978 | | 12 |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | | 1,985 | | |
| 15 Supplies | 15 | | | | |
| 16 Taxes | 16 | 3,209 | 1,177 | | |
| 17 Utilities | 17 | | 442 | | |
| 18 Other (list) ▶ TRAVEL / TELEPHONE / MISCELLANEOUS / SEWER USE TAX | 18 | 1,829 / 117 / 26 | 258 | | |
| 19 Add lines 5 through 18 | 19 | 12,603 | 6,508 | | 19 |
| 20 Depreciation expense or depletion (see page E-3) | 20 | 25,161 | 2,004 | | 20 |
| 21 Total expenses. Add lines 19 and 20 | 21 | 37,764 | 8,512 | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | (2,764) | (7,962) | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | (1,027) | **(7,962) | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 |

For Paperwork Reduction Act Notice, see Form 1040 Inst.   Cat = 8ENTIRE 1998 POPULATED Edition FScPd98Ss FOrm 1040 1998TY
Copyright Forms Software Only, 1998 Nelco

00672

| Form **4797**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Sales of Business Property**<br>(Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>▶ Attach to your tax return.   ▶ See separate Instructions. | OMB No. 1545-0184<br>**1998**<br>Attachment<br>Sequence No. 27 |
|---|---|---|
| Name(s) shown on return<br>ARTHUR L. KALADISH | | Identifying number |

1. Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1998 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 ............ **1**

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft -- Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements & expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) | (h) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. Gain, if any, from Form 4684, line 39 ............................................. **3**
4. Section 1231 gain from installment sales from Form 6252, line 26 or 37 ............... **4**
5. Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ................ **5**
6. Gain, if any, from line 32, from other than casualty or theft ......................... **6** 89686
7. Combine lines 2 through 6 in columns (g) & (h). Enter gain or (loss) here, & on appropriate line as follows: **7** 89686
   Partnerships -- Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.
   S corporations -- Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7, column (g) is a gain and the S corporation is subject to the capital gains tax.
   All others -- If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8 and 9. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, and 12 below.
8. Nonrecaptured net section 1231 losses from prior years (see instructions) ................ **8**
9. Subtract line 8 from line 7. For column (g) **only**, if the result is zero or less, enter -0-. Enter here and on the appropriate line(s) as follows (see instructions): ........................... **9**
   S corporations -- Enter only the gain in column (g) on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.
   All others -- If line 9, column (g) is zero, enter the gain from line 7, column (g) on line 12 below. If line 9, column (g) is more than zero, enter the amount from line 8, column (g) on line 12 below, and enter gain or (loss) in each column of line 9 as a long-term capital gain or (loss) on Schedule D.
* Corporations (other than S corporations) should not complete column (h). Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain. Use column (h) only to report pre-1998 28% rate gain (or loss) from a 1997 - 98 fiscal year partnership or S corporation.

**Part II**  Ordinary Gains and Losses

10. Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ***SIDEWALK | 07/01/97 | 07/01/98 | 1812 | 83 | 997 | 898 | |
| ***STRUCTURAL R | 07/01/98 | 07/01/98 | 14477 | | 7966 | 6511 | |
| ***IMPROVEMENTS | 01/01/98 | 07/01/98 | 90226 | 771 | 49644 | 41353 | |
| SEE PART II SUPPLEMENTAL SCHED | | | | | | 21410 | |

11. Loss, if any, from line 7, column (g) ............................................. **11** (        )
12. Gain, if any, from line 7, column (g) or amount from line 8, column (g) if applicable ....... **12**
13. Gain, if any, from line 31 .................................................... **13**
14. Net gain or (loss) from Form 4684, lines 31 and 38a ............................... **14**
15. Ordinary gain from installment sales from Form 6252, line 25 or 36 ................... **15**
16. Ordinary gain or (loss) from like-kind exchanges from Form 8824 ..................... **16**
17. Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) ........... **17**
18. Combine lines 10 through 17 in column (g). Enter gain or (loss) here, and on appropriate line as follows: **18** 70172
    a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.
    b For individual returns:
      (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions ........................... **18b(1)**
      (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14. ........................... **18b(2)** 70172

For Paperwork Reduction Act Notice, see separate instructions.  
CAA   8  479712   NTF 16972   GLD 2901  
Copyright Forms Software Only, 1998 Nelco  
Preparers Edition      Form **4797** (1998)

000674 ***  SOLD ENTIRE INTEREST

ARTHUR L. KALADISH                                                                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

Form 4797 (1998)                                                                                    Page 2

### Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | *** HOUSE | 01/01/89 | 07/01/98 |
| B | *** REMODELING | 06/15/90 | 07/01/98 |
| C | *** REMODEL | 03/01/91 | 07/01/98 |
| D | *** IMPROVEMENTS-SIDING | 01/01/97 | 07/01/98 |

| | These cols. relate to properties on lines 19A – 19D. | ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | 106325 | 6435 | 14507 | 26218 |
| 21 | Cost or other basis plus expense of sale | 21 | 58503 | 3541 | 7982 | 14426 |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 17272 | 890 | 1818 | 673 |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 41231 | 2651 | 6164 | 13753 |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 65094 | 3784 | 8343 | 12465 |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter –0– on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see inst.) | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling & development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 89686 |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 89686 |

### Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

**CAA  FROM 9742 PASSIVE ACTIVITY    *** = SOLD ENTIRE INTEREST                          Preparers Edition
Copyright Forms Software Only, 1998 Nelco

000675

| Form **8582** | **Passive Activity Loss Limitations** | OMB No. 1545-1008 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate Instructions.<br>► Attach to Form 1040 or Form 1041. | **1998**<br>Attachment<br>Sequence No. 88 |

| Name(s) shown on return | Identifying number |
|---|---|
| ARTHUR L. KALADISH | |

### Part I — 1998 Passive Activity Loss

**Caution:** See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 3 of the instructions.)

| | | |
|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a))........ | 1a | 163,977 |
| b Activities with net loss (enter the amount from Worksheet 1, column (b))........ | 1b ( | 15,426 ) |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c))........ | 1c ( | 408,283 ) |
| d Combine lines 1a, 1b, and 1c........ | 1d | (259,732) |

**All Other Passive Activities**

| | | |
|---|---|---|
| 2a Activities with net income (enter the amount from Worksheet 2, column (a))........ | 2a | |
| b Activities with net loss (enter the amount from Worksheet 2, column (b))........ | 2b ( | ) |
| c Prior years unallowed losses (enter the amount from Worksheet 2, column (c))........ | 2c ( | ) |
| d Combine lines 2a, 2b, and 2c........ | 2d | |

3  Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on.
If this line and line 1d are losses, go to line 4. Otherwise, enter –0– on line 9 and go to line 10.......... **3**  (259,732)

### Part II — Special Allowance for Rental Real Estate With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See page 7 of the instructions for examples.

| | | |
|---|---|---|
| 4 Enter the smaller of the loss on line 1d or the loss on line 3.................... | 4 | 259,732 |
| 5 Enter $150,000. If married filing separately, see page 7 of the instructions....... | 5 | 150,000 |
| 6 Enter modified adjusted gross income, but not less than zero (see page 7 of the instructions)..... | 6 | 182,781 |

Note: If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter –0– on line 9, and then go to line 10. Otherwise, go to line 7.

| | | |
|---|---|---|
| 7 Subtract line 6 from line 5....... | 7 | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 7 of the instructions....... | 8 | |
| 9 Enter the smaller of line 4 or line 8...... | 9 | 0 |

### Part III — Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total............ | 10 | 163,977 |
| 11 Total losses allowed from all passive activities for 1998. Add lines 9 and 10. See page 7 of the instructions to find out how to report the losses on your tax return........ | 11 | 163,977 |

For Paperwork Reduction Act Notice, see separate instructions.    Form **8582** (1998)

CAA    8  85821    NTF 18369    GLD 5673
Copyright Forms Software Only, 1998 Nelco

000696

ARTHUR L. KALADISH                                                                                          SSN - 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

DEPRECIATION
FORM 4562
SUPPLEMENTAL SCHEDULE
SCHEDULE E, MULTI   2, PROPERTY 1
CATFISH FARM
MISSISSIPPI

| PRP NUM | LOC | ASSET | DESCRIPTION | DATE ACQUIRED | RECOVERY LIFE | METHOD | COST | SEC 179 EXPENSE | DEPRECIABLE BASIS | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E02 | 000023 | LAND- 226 ACRES | 07/01/98 | 1.00 | NO DEPR | 115,000 | 0 | 115,000 | |
| | | | NON-RECOVERY PROPERTY | | | | 115,000 | 0 | 115,000 | |
| | | | CURRENT YEAR TOTAL | | | | 115,000 | 0 | 115,000 | |

000691

ARTHUR L. KALADISH                                                                                               SSN - 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

```
                              DEPRECIATION
                                FORM 4562
                          SUPPLEMENTAL SCHEDULE
                    SCHEDULE E,  MULTI   2,  PROPERTY 2
                               RESIDENTIAL
                       3 WAVERLY TERRACE, HUNTINGTON
```

| PRP NUM | LOC | ASSET  | DESCRIPTION          | DATE ACQUIRED | RECOVERY LIFE | METHOD  | COST   | SEC 179 EXPENSE | DEPRECIABLE BASIS | CURRENT DEPRECIATION |
|---------|-----|--------|----------------------|---------------|---------------|---------|--------|-----------------|-------------------|----------------------|
| 2       | E02 | 000202 | LAND                 | 01/01/98      | 1.00          | NO DEPR | 10,000 | 0               | 10,000            |                      |
|         |     |        | NON-RECOVERY PROPERTY |              |               |         | 10,000 | 0               | 10,000            |                      |
|         |     |        | CURRENT YEAR TOTAL   |               |               |         | 10,000 | 0               | 10,000            | 0                    |