UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH,** | : | 3:01CV184 (DJS) |
| Plaintiff, | : | |
| -v- | : | |
| **UNUMPROVIDENT CORP. & PROVIDENT LIFE & CASUALTY INSURANCE CO.,** | : | |
| Defendant. | : | |

## ORDER

The defendant's motion for in camera review (Doc. #110) is **GRANTED**. The plaintiff will produce all documents in the privilege log requested by the defendant for the court's in camera review **no later than July 1, 2004**.

**IT IS SO ORDERED** at Hartford, Connecticut, this ___10th___ day of June, 2004.

/s/DJS
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**