# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------X
LAWRENCE KALADISH a/k/a                    :      CIVIL ACTION  NO.
ARTHUR L. KALADISH                         :      301 CV 184 (DJS)
                                           :
          Plaintiff                        :
                                           :
                                           :
v.                                         :
                                           :
UNUMPROVIDENT CORPORATION and              :
PROVIDENT LIFE & CASUALTY                  :
INSURANCE COMPANY                          :
                    Defendant.             :      JUNE 21, 2004
                                           :
-------------------------------------------------------------------X
```

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Pursuant to an order by the Honorable Judge Squatrito dated June 10, 2004 plaintiff Lawrence Kaladish a/k/a Arthur L. Kaladish *(Exhibit* A) hereby gives notice that it is providing, under seal, documents Listed as (*Exhibit B)* to Dominic J. Squatrito for an in camera inspections.

THE PLAINTIFF,
LAWRENCE KALADISH

By:_____
Tracy Alan Saxe
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517
Tel: (203)287-8890
Fed. Bar. No. ct08036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------X
LAWRENCE KALADISH a/k/a          :    CIVIL ACTION  NO.
ARTHUR L. KALADISH               :    301 CV 184 (DJS)
                                 :
       Plaintiff             :
                                 :
                                 :
v.                               :
                                 :
UNUMPROVIDENT CORPORATION and    :
PROVIDENT LIFE & CASUALTY        :
INSURANCE COMPANY                :
          Defendant.     :    JUNE 21, 2004

-------------------------------------------------------------------X

## <u>CERTIFICATION</u>

      This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 21 day of June, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103
hkemp@RC.com

Tracy Alan Saxe

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH, Plaintiff, -v- | : : : : : | 3:01CV184 (DJS) |
| UNUMPROVIDENT CORP. & PROVIDENT LIFE & CASUALTY INSURANCE CO., Defendant. | : : : | |

## ORDER

The defendant's motion for in camera review (Doc. #110) is **GRANTED**. The plaintiff will produce all documents in the privilege log requested by the defendant for the court's in camera review **no later than July 1, 2004**.

**IT IS SO ORDERED** at Hartford, Connecticut, this ____10th____ day of June, 2004.

_____/s/DJS_____
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT**

A

## **EXHIBIT B**

### **AOL**

AOL35

AOL36

AOL37

AOL38

AOL39

AOL40

AOL41

AOL42

AOL43

AOL44

AOL45

AOL46

AOL47

AOL48

AOL49

AOL50

AOL51

AOL52

EXHIBIT

B

tabbies®

## AOL (Continued)

AOL53

AOL54

AOL55

AOL56

AOL57

AOL58

AOL59

AOL60

AOL61

AOL62

AOL63

AOL64

AOL65

AOL66

AOL67

AOL68

AOL69

AOL70

AOL71

AOL72

## INVOICE

BAIP-6~1

BAIP-7~1

BAIP-cash flow 5-20-3

BAIP Customer balance sheet

BAIP-cash projection06-30-03

BAIP-projection 9-16-3

Boston Avenue Industrial Park

Customer balance sheet 5-1-3

Customer transaction list 5-1-3

dillon 7-16-3

dillon 7-26-3

Fleet 04-18-03

Madelyn's accounting proposal to BAIP

**L&L FILE**

BMISEC~2

BOND OFF

BPPTTAX!1

CHASE

Kempltr50603

Kempltr92603

L&L1
**L&L (Continued)**

L&L6

L&L7

L&L17

L&L18

L&L21

L&L25

L&L26

L&L27

L&L30

OSHA-1~1

Press removal

SANTOL~1

## MAILBOX

RE=BAIP update (1)

RE=BAIP update (2)

RE=BAIP update (3)

RE=BAIP update (4)

RE=BAIP update (5)

RE=BAIP update (6)

RE=BAIP update (7)

RE=BAIP update (8)

## MAIL BOX (Continued)

RE=BAIP update

RE=BAIP(1)

RE=BAIP(2)

RE=BAIP(3)

RE=BAIP(4)

RE=BAIP(5)

RE=BAIP(6)

RE=BAIP

RE=Common Charges

RE=Freidberg, Smith

RE=Meeting(1)

RFP Snow plowing

Update and Major Concern

**STARKEY**

BAIP-4-21-03

Boston~1

Starkey1

Starkey2

Starkey3

Starkey6

Starkey7

Starkey8

Starkey10

Starkey12

Starkey13

Starkey14

## **QUICKBOOKS**

BAIP.QBW

BAIP1.QBW