**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH | : | CIVIL NO. 301CV184 (DJS) |
| Plaintiff, | : | |
| V. | : | |
| UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & CASUALTY INSURANCE COMPANY | : | |
| Defendants. | : | JUNE 25, 2004 |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

The defendants in the above captioned matter, UnumProvident Corporation and the Provident Life and Casualty Insurance Company hereinafter and collectively as ("Provident"), hereby move for a protective order with respect to Notices of Deposition served by the Plaintiff, Arthur L. Kaladish, on the following individuals for the following locations, dates and times:

Barbara Carra, in house counsel for UnumProvident, at Saxe, Doernberger & Vita, P.C. 1952 Whitney Avenue, Hamden, CT 06517 on Friday, June 25, 2004 at 2:00 p.m., a copy of which has been attached hereto as Exhibit A;

Provident pursuant to Rule 30(b)(6), at Saxe, Doernberger & Vita, P.C., 1952 Whitney Avenue, Hamden, CT 06517 on Wednesday, June 30, 2004 at 2:00 p.m., a copy of which has been attached hereto as Exhibit B; and

Eric Oram, defendant's computer expert, at Saxe, Doernberger & Vita, P.C., 1952 Whitney Avenue, Hamden, CT 06517 on Wednesday, June 30, 2004 at 9:00 a.m.; a copy of which has been attached hereto as Exhibit C.

As set forth more fully in defendants' Memorandum of Law attached hereto, plaintiff's deposition notices are unduly burdensome and harassing. As counsel for UnumProvident, the noticing of Attorney Carra's deposition is not only violative of the attorney client privilege but was also done to annoy and harass defendants; the Rule 30(b)(6) motion is unduly burdensome and harassing both in light of the depositions and discovery already completed in this case as well as the amount of time Provident was given to prepare; and lastly, Oram's Affidavit is in contravention of a Court endorsed stipulation that was agreed to be in lieu of deposition or trial testimony.

Furthermore, for all of these depositions, the notice of deposition does not give a reasonable time for deponents to appear and therefore a protective order should be entered. Counsel for defendants has discussed these issues with plaintiff's counsel but counsel has been unable to resolve this dispute. (See Affidavit of Helen Kemp, attached as Exhibit "D"). Pursuant to Local Rule 9(a), a memorandum of law accompanies this Motion.

Accordingly, Provident seeks an Entry of Protective Order pursuant to Fed. R. Civ. P. 45(c) and 26(c) with regard to these depositions.

Respectfully Submitted,

DEFENDANTS
UNUMPROVIDENT CORPORATION AND
PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By_______________________

Helen M. Kemp (ct 14790)
Theodore J. Tucci (ct 05249)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and mailed, postage prepaid, on this 25th day of June, 2004, to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

_______________________
Helen M. Kemp

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH, Plaintiff | CIVIL ACTION NO. 301 CV 184 (DJS) |
| v. | |
| UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY, Defendant. | JUNE 23, 2004 |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the plaintiff in the above-captioned matter, Lawrence Kaladish a/k/a Arthur L. Kaladish, will take the deposition upon oral examination of Barbara Carra, an employee of UnumProvident Corporation and Provident Life & Casualty Insurance Company, at the Offices of Saxe Doernberger & Vita P.C., 1952 Whitney Avenue, Hamden, Connecticut, 06517 on Friday, June 25 at 2:00 p.m.

The plaintiff will take said deposition before an authorized officer. The testimony will be rendered by stenographic means. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

THE PLAINTIFF,
LAWRENCE KALADISH

By:____________________________

Tracy Alan Saxe
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel: (203)287-8890
Fed. Bar. No. ct08036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br><br>Plaintiff<br><br>v.<br><br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>Defendant. | : | CIVIL ACTION NO.<br>301 CV 184 (DJS)<br><br><br><br><br><br><br><br>JUNE 23, 2004 |

---------------------------------------------------------------------X

**CERTIFICATION**

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 23 day of June, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

Tracy Alan Saxe

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------X

LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH : CIVIL ACTION NO. 301 CV 184 (DJS)

Plaintiff :

v. :

UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY :

Defendant. : JUNE 18, 2004

-------------------------------------------------------------------X

PLAINTIFF'S NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure 30(b)(6), the Plaintiff in the above-captioned action, Lawrence Kaladish, a/k/a Arthur L. Kaladish, will take the deposition of the employee or employees at defendant Unumprovident Corporation and Provident Life & Casualty Insurance ("UNUM") Company designated to testify as to the following:

1. Matters known or reasonably available to Unumprovident Corporation and Provident Life & Casualty Insurance Company regarding occupation of the Plaintiff on the date of his disability.

2. Matters known or reasonably available to Unumprovident Corporation and Provident Life & Casualty Insurance Company regarding the basis of denial of the Plaintiff's claim for disability payments.

3. Matters known or reasonably available to UNUM regarding the financial reports of including but not limited any/all 10K reports filed within the time frame of the denial of the disability claim which was dated August 8, 2000

Said deposition is to take place at the law offices of Saxe Doernberger & Vita, P.C., 1952 Whitney Avenue, Hamden, CT 06517 on June 29, 2004 at 9:00 a.m. to be used in the trial thereof before competent authority. Said deposition will be taken in accordance with Rule 30 of the Federal Rules of Civil Procedure and will continue from day to day until completed.

THE PLAINTIFF,
LAWRENCE KALADISH

By:______________________________

Tracy Alan Saxe
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel: (203)287-8890
Fed. Bar. No. ct08036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br><br>Plaintiff<br><br>v.<br><br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>Defendant. | : | CIVIL ACTION NO.<br>301 CV 184 (DJS)<br><br><br><br><br><br><br><br>JUNE 18, 2004 |

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 18 day of June, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

________________________
Tracy Alan Saxe

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH<br><br>Plaintiff<br><br>v.<br><br>UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY<br>Defendant. | : | CIVIL ACTION NO. 301 CV 184 (DJS)<br><br><br><br><br><br><br>JUNE 22, 2004 |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the plaintiff in the above-captioned matter, Lawrence Kaladish a/k/a Arthur L. Kaladish, will take the deposition upon oral examination of Eric Oram, a Computer Forensic Analyst and Trainer with DIBS USA, Inc. at the Offices of Saxe Doernberger & Vita P.C., 1952 Whitney Avenue, Hamden, Connecticut, 06517 on Wednesday, June 30 at 9:00 a.m.

The plaintiff will take said deposition before an authorized officer. The testimony will be rendered by stenographic means. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

THE PLAINTIFF,
LAWRENCE KALADISH

By:______________________________

Tracy Alan Saxe
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel: (203)287-8890
Fed. Bar. No. ct08036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------X

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br><br>Plaintiff<br><br>v.<br><br>UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>Defendant. | : | CIVIL ACTION NO.<br>301 CV 184 (DJS)<br><br><br><br><br><br><br><br>JUNE 22, 2004 |

-------------------------------------------------------------------X

**CERTIFICATION**

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 22 day of June, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

______________________________
Tracy Alan Saxe

**SCHEDULE A**

1. A copy of your curriculum vitae.

2. Any/all documents you relied upon in conducting your review and analysis of the plaintiff's hard drive.

3. Any/all reports and or any addenda to said reports that you prepared regarding your review and analysis of plaintiff's hard drive.

4. Any/all documents you intend to rely upon at trial.

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH<br><br>Plaintiff,<br>VS.<br><br>UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & CASUALTY INSURANCE COMPANY<br><br>Defendants. | : | CIVIL ACTION NO. 301 CV 184 (DJS)<br><br><br><br><br><br><br><br>JUNE 25, 2004 |

**AFFIDAVIT**

I, Helen M. Kemp, first being duly sworn, hereby deposes and says:

1. I am over eighteen years of age and I understand the obligations of an oath.

2. I am an attorney with the law firm of Robinson & Cole LLP, and I represent the UnumProvident Corporation and the Provident Life and Casualty Insurance Company, defendants in the above-captioned litigation. This affidavit is in support of our Motion for Protective Order.

3. On June 21, 23 and 24, 2004, I received in the mail, notices of the depositions of Barbara Carra, counsel for defendants, Eric Oram, defendants' computer expert and a Rule 30(b)(6) motion. All of the depositions were for dates from June 25 – June 30, 2004. All of the depositions were noticed without consulting with me as to the intent to depose these individuals

or as to the date and time. I had concerns with all of these deposition notices including but not limited to the attorney-client privilege, relevance, admissibility and "reasonable notice".

4. I contacted plaintiff's attorney, Attorney Tracy Alan Saxe, about my concerns and objections to these depositions. We discussed, via telephone, email and correspondence, my objections but we were unable to work out a compromise with regard to these concerns. Additionally, there are a few items (e.g. the deposition of UnumProvident's attorney and of Eric Oram) for which no compromise was available and those items are also the subject of this Motion for Protective Order.

Helen M. Kemp

Helen M. Kemp

Subscribed and sworn to before
me this 25th day of June 2004.

M A Flanigan

Notary Public
My Commission expires: 2/28/09