UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 25 P 2: 27

U.S. DISTRICT COURT
HARTFORD, CT.

LAWRENCE KALADISH a/k/a : CIVIL ACTION NO.
ARTHUR L. KALADISH, : 3:01 CV 184 (DJS)
    Plaintiff, :
:
v. :
:
UNUMPROVIDENT CORPORATION :
and :
PROVIDENT LIFE & CASUALTY :
INSURANCE COMPANY, : JUNE 25, 2004
    Defendants. :

## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Lawrence Kaladish (the "Plaintiff") respectfully moves this court to enter a Protective Order barring his deposition, currently scheduled to be held on Friday, June 25, 2004 at 2:00 p.m. In support of this request, Plaintiff submits the following:

1. On Wednesday, June 23, 2004, Defendant's Counsel Helen Kemp faxed a notice of deposition to Tracy Saxe, counsel for the Plaintiff, noticing the Plaintiff's deposition for June 25, 2004 at 2:00PM.

2. Defendant's counsel had made no prior request to Plaintiff's counsel to schedule this deposition.

3. Upon receipt of this notice, Attorney Saxe promptly contacted the Plaintiff to determine whether he would be available for a deposition on that date.

4. Upon speaking with the Plaintiff, Attorney Saxe learned that the Plaintiff would be unavailable for a deposition on June 25, 2004 as the Plaintiff had previously scheduled a series of pre-surgical tests to be held on the same

day.

5. The Plaintiff must undergo these pre-surgical tests before his scheduled total knee replacement surgery on Tuesday, June 29, 2004.

6. Attorney Tracy Saxe then contacted Defendant's Counsel Helen Kemp to inform her that Plaintiff would be unable to give his deposition testimony on Friday, June 25, 2004 due to these previously scheduled medical tests.

7. Attorney Saxe made a good faith attempt to resolve these scheduling conflicts and propose alternate dates for deposing the Plaintiff.

8. Despite Attorney Saxe's repeated attempts to resolve this conflict, the Defendants have been unwilling to reschedule Plaintiff's deposition for a future date, and insisted that this Motion for Protective Order be filed because Plaintiff's counsel was unable to satisfy UnumProvident by immediately providing letters to the Defendant's counsel from physicians verifying the representation of Plaintiff's counsel regarding Mr. Kaladish's medical appointments.

WHEREFORE, since Defendants are unwilling to make reasonable efforts to resolve this dispute and reschedule the Plaintiff's deposition, Plaintiff respectfully moves this court to bar his deposition, currently scheduled to be held on Friday, June 25, 2004, and award the Plaintiff the costs of filing this Protective Order.

THE PLAINTIFF,

LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: _____
Tracy Alan Saxe, Esq.
Fed. Bar No. ct06031
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH,<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:01 CV 184 (DJS)<br>:<br>: |
| v. | :<br>: |
| UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY,<br>Defendants. | :<br>:<br>:<br>: JUNE 25, 2004<br>: |

### CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile on this 25th Day of, 2004 to the following counsel of record:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103

_____
Tracy A. Saxe

4