UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>　　　　Plaintiff,<br><br>V.<br><br>UNUMPROVIDENT CORPORATION AND<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>　　　　Defendants. | : CIVIL ACTION NO. 301 CV 184 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 29, 2004 |

**MOTION TO REVISE SCHEDULING ORDER**

Defendants UnumProvident Corporation and the Provident Life & Casualty Insurance Company (hereinafter "defendants" or "Provident") move to revise the Scheduling Order filed by the Court on March 24, 2004.

The scheduling order dated March 24, 2004 held that all discovery, including expert dispositions and reports, shall be completed by June 30, 2004. Provident sought to depose several witnesses, including Plaintiff's expert medical witness, Dr. Gerard Girasole. Provident, after consultation with plaintiff's counsel, scheduled the depositions and served subpoenas on the witnesses which included Dr. Francis Scifo (who has been out of his office for several months), Daniel Ferreira and Dr. Gerald Girasole (plaintiff's medical expert).

The depositions were marked "off" when it was learned that Plaintiff, who demanded to be present at these depositions, was scheduled for surgery and required several weeks of rehabilitation. Provident agreed to mark these depositions "off" in return for plaintiff's consent to depose these individuals after the conclusion of the scheduling order but prior to the time that the joint trial

memorandum was due. Upon receipt of this consent, Provident marked these depositions "off."

Additionally, the deposition of plaintiff's disclosed medical expert, Dr. Girasole, could not be conducted, when, upon review of the file, Provident learned that plaintiff had never submitted an expert report pursuant to the requirements of Rule 26(a)(2)(B). A separate motion with regard to this issue has been filed with the court.

A joint trial memorandum is due from the parties on July 30, 2004. Depositions (and the receipt of a proper expert report) are necessary before such a trial memorandum can be done.

Accordingly, defendants respectfully ask that the Scheduling Order be modified as follows:

| **Task** | **Current Date of Completion** | **Proposed Date** |
| --- | --- | --- |
| Depositions (Ferreira, Dr. Scifo) | June 30, 2004 | July 24, 2004 |
| Expert Report Due | June 30, 2004 | July 30, 2004 |
| Joint Trial Memorandum | July 30, 2004 | August 13, 2004 |
| Deposition of Dr. Girasole | June 30, 2004 | within thirty days of receipt of expert report |

This is the third request made by defendants to extend and/or modify scheduling order. Provident notes that this motion for an enlargement of time only applies to Scifo, Ferreira and Girasole depositions scheduled: (1) prior to the close of the current discovery period and (2) with the consent and agreement of plaintiff's attorney. This motion does not apply to extending the current deadline for any other deposition, purpose or reason.

Defendants note that this matter has not been claimed to a jury: that is, it is a bench trial and as such, not as onerous to reschedule.

C.  Agreement by Plaintiff

Defendants' attorney affirms that she has spoken with plaintiff's attorney and his attorney's office with regard to this revised scheduling order and they agree that the time for conducting the depositions of Dr. Scifo, Dr. Girasole and Daniel Ferreira should be extended. Plaintiff's attorney did not respond to Provident's proposed timeframe by the date and time this motion was filed.

DEFENDANTS,
UNUMPROVIDENT CORPORATION AND
PROVIDENT LIFE & CASUALTY INSURANCE
COMPANY


By: *Helen M. Kemp*
Helen M. Kemp (ct 14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and certified mail, return receipt requested, on this 29th day of June, 2004, to

Attorney Tracy Alan Saxe
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

*Helen M. Kemp*
Helen M. Kemp

- 4 -