UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>    Plaintiff,<br><br>V.<br><br>UNUMPROVIDENT CORPORATION AND<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>    Defendants. | CIVIL ACTION NO. 301 CV 184 (DJS)<br><br><br><br><br><br><br><br><br><br>JULY 1, 2004 |

## MOTION TO REVISE SCHEDULING ORDER

## ADDENDUM – NO CONSENT

On or about June 29, 2004, defendants UnumProvident Corporation and the Provident Life & Casualty Insurance Company (hereinafter "defendants" or "Provident") submitted a motion to the court requesting an enlargement of the Scheduling Order filed by the Court on March 24, 2004.

In this Motion, the defendants' counsel represented that she had the consent of plaintiff's counsel for such an extension: she did not.

By way of explanation, plaintiff had wanted certain depositions scheduled by defendants' "marked off." Defendants' counsel contacted plaintiff's counsel's office and informed that she would do so upon receipt of certain documentation <u>and</u> an agreement for an enlargement of time. See **Exhibit A**. When, based upon this offer, the documentation was received from plaintiff's office; defendants' counsel had assumed that her request for an enlargement of time had also been agreed upon. Indeed, plaintiff's counsel had previously proffered to extend the time for the taking of the

depositions. In light of **Exhibit A**, the received documentation and previous representations, the defendants accordingly marked off the depositions.

However, after the depositions had been marked off, and via facsimile dated June 30, 2004 (received at the end of the business day) defendants' counsel was informed by plaintiff's counsel that he had <u>not</u> given consent and wanted her claims "retracted".

Defendants and their counsel regret this misunderstanding and retract the representation that Plaintiff's counsel had agreed to this enlargement of time.  Nevertheless, defendants still seek modification of the Scheduling Order as follows:

| **Task** | **Current Date of Completion** | **Proposed Date** |
|---|---|---|
| Depositions (Ferreira, Dr. Scifo) | June 30, 2004 | July 24, 2004 |
| Expert Report Due | June 30, 2004 | July 30, 2004 |
| Joint Trial Memorandum | July 30, 2004 | August 13, 2004 |
| Deposition of Dr. Girasole | June 30, 2004 | within thirty days of receipt of expert report |

This is the third request made by defendants to extend and/or modify scheduling order.  Provident notes that this motion for an enlargement of time only applies to Scifo, Ferreira and Girasole.

DEFENDANTS,
UNUMPROVIDENT CORPORATION AND
PROVIDENT LIFE & CASUALTY INSURANCE
COMPANY


By: /s/ Helen M. Kemp
Helen M. Kemp (ct 14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com


## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 1st day of July, 2004, to

Attorney Tracy Alan Saxe
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517


/s/ Helen M. Kemp
Helen M. Kemp

## Kemp, Helen M.

**From:** Kemp, Helen M.
**Sent:** Monday, June 28, 2004 11:43 AM
**To:** Christine A. Arroyo
**Subject:** FW: Kaladish v. Provident

I did leave him as a voicemail as well.

-----Original Message-----
**From:** Kemp, Helen M.
**Sent:** Monday, June 28, 2004 11:36 AM
**To:** 'Tracy A Saxe'; Kemp, Helen M.
**Cc:** Christine A. Arroyo
**Subject:** RE: Kaladish v. Provident

Christine - I would appreciate you calling Tracy and letting him know that we agree to mark off the depositions of Dr. Scifo and Dan Ferreira <u>provided:</u>

1) Your office faxes us some documentation that Mr.. Kaladish is having knee replacement surgery tomorrow. I understand that he dropped something off at your office so you should have something at hand.

2) I want to conduct the depositions prior to the submission of the joint trial memorandum. You agree to an enlargement of time to July 24st (within a month) to conduct the depositions and until Friday, August 13th to submit the joint trial memorandum. I would normally only request an extension of time until Friday, August 6th but I will be out of the office August 5-10th. I will send the Motion for Enlargement out tomorrow if this arrangement is agreeable to you.

3) I would appreciate it if your office sets the deposition with Dr. Girasole. We will set the depositions up with Dr. Scifo and Dan Ferreira. Mary Jo Shertick of my office will be coordinating these depositions and I ask that you work with her to do so. I note that Dr. Scifo has asked if we could conduct a Saturday deposition and this would be fine with us.

Please advise as soon as possible so that we may inform the deponents.