UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>    Plaintiff | :   CIVIL ACTION NO.<br>:   301 CV 184 (DJS)<br>: |
| v. | : |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>    Defendants | :<br>:<br>:<br>:   July 14, 2004 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish hereby objects to defendants' Motion for Protective Order dated June 25, 2004. While the date for such deposition has passed, the plaintiff reserves the right to depose (a) UnumProvident pursuant to Federal Rule of Civil Procedure 30(B)(6), (b) Barbara Carra and (c) Eric Oram to a later date when the plaintiff has recovered from his total knee surgery.

These depositions are reasonably calculated to lead to admissible evidence and are not unduly burdensome, which consist of the discovery process. A reasonable schedule should be set to accommodate the recently

requested depositions by both sides. This schedule must take into account the rights of the plaintiff to be present for depositions and the fact that he has just undergone serious surgery related to the disability at issue in this case. Furthermore, extensive rehabilitation may be necessary before the plaintiff will be reasonably mobile.

1. There can be no doubt that plaintiff's proposed F.R.C.P. 30 (B) (6) deposition of the defendant is reasonably calculated to lead to admissible evidence where the topics listed for the examination are directly related to the allegations in the plaintiff's complaint. The plaintiff is open to the scheduling of this deposition at a mutually convenient place and time. If extended travel is necessary this deposition may have to be delayed until Mr. Kaladish has fully recovered from his recent surgery.

2. The deposition of Eric Oram, Defendant's Expert Witness is reasonably calculated to lead to admissible evidence. In fact, the parties have been ordered to enter into a stipulation regarding the facts arising from Mr. Oram's computer work. This stipulation has not been completed because of reasonable disputes about the meaning and conclusions that should be drawn from Mr. Oram's work regarding important issues.

3.     The deposition of Barbara Carra is reasonably calculated to lead to admissible evidence in that she appears to be a representative of the defendants who is familiar with the defendants' decision making process in this bad faith case. Although Attorney Kemp states that this deposition cannot go forward due to the fact that Barbara Carra is part of the Provident Litigation Counsel, this objection can and must be made as to each question at the deposition based upon attorney client privilege or work product. However, questions which do not invade these privileged domains must be answered. The plaintiff is open to the scheduling of this deposition at a mutually convenient place and time. If extended travel is necessary this deposition may have to be delayed until Mr. Kaladish has fully recovered from his recent surgery.

WHEREFORE, plaintiff submits that the depositions are reasonably calculated to lead to admissible evidence and are not burdensome or harassing. Therefore the court should deny defendants' motion for protective order.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH


By: _____
Tracy Alan Saxe, Esq.
Fed. Bar No. ct06031
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------X
LAWRENCE KALADISH a/k/a : CIVIL ACTION NO.
ARTHUR L. KALADISH : 301 CV 184 (DJS)
:
Plaintiff :
:
:
v. :
:
UNUMPROVIDENT CORPORATION and :
PROVIDENT LIFE & CASUALTY :
INSURANCE COMPANY :
Defendant. : JULY 14, 2004
---------------------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 14th day of July, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

_____
Tracy Alan Saxe

5