## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>        Plaintiff | : CIVIL ACTION NO.<br>: 301 CV 184 (DJS)<br>:<br>: |
| v. | :<br>: |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>        Defendants | :<br>:<br>:<br>: July 16, 2004 |

### AGREED MOTION TO REVISE THE SCHEDULING ORDER

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish (hereinafter "Plaintiff") moves to revise the scheduling order to extend discovery until September 30, 2004 and extend the date for the Joint Trial Memorandum until October 30, 2004. The Defendants consented to this motion on July 16, 2004. The Plaintiff states the following reasons in support of this Motion.

1.   The current scheduling Order was entered by the Court on March 24, 2004. Under the current scheduling order all discovery including expert depositions and reports has to be completed by June 30, 2004 and The Joint Trial Memorandum is due on July 30, 2004.

2. There are depositions that the plaintiff was not able to complete during this time frame due to Defendant's Motion for Protective Order which was filed on June 25, 2004.

3. On July 1, 2004 Lawrence Kaladish was subjected to surgery for a total knee replacement which is related to the disability in dispute.

4. Extensive and lengthy rehabilitation will be necessary before Mr. Kaladish will be mobile and be able to fully participate in the prosecution of his claim for disability.

5. This is Plaintiff's third request of enlargement of time as to the Scheduling Order and/or The Joint Trial Memorandum.

6. Pursuant to Federal Rules of Civil Procedure Rule 9(b) the Defendants have agreed and consented to this Motion to Revise the Scheduling Order.

WHEREFORE, plaintiff, having shown good cause, seeks modification of the Scheduling Order to allow discovery to continue until September 30, 2004 and to extend The Joint Trial Memorandum until October 30, 2004.

THE PLAINTIFF,
 LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: _____
Tracy Alan Saxe, Esq.
Fed. Bar No. ct06031
Saxe-Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------X
LAWRENCE KALADISH a/k/a              :   CIVIL ACTION NO.
ARTHUR L. KALADISH                   :   301 CV 184 (DJS)
                                     :
        Plaintiff                    :
                                     :
                                     :
v.                                   :
                                     :
UNUMPROVIDENT CORPORATION and        :
PROVIDENT LIFE & CASUALTY            :
INSURANCE COMPANY                    :
                Defendant.           :   JULY 16, 2004
                                     :
------------------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 16th day of July, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

_____
Tracy Alan Saxe

4