# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

FILED

CASE NUMBER: 01-CV-184 (DJS)

2004 JUL 30 A 11: 59

U.S. DISTRICT COURT
HARTFORD COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Lawrence Kaladish
a/k/a Arthur L. Kaladish

| | |
|---|---|
| 07/28/04 | _(Signature)_ |
| **Date** | **Signature** |
| ct19662 | Joesph Z. Gersten |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203 – 287 - 8890 | Saxe Doernberger & Vita, PC |
| **Telephone Number** | **Address** |
| 203 – 287 - 8847 | 1952 Whitney Avenue, Hamden, CT |
| **Fax Number** | |
| jzg@sdvlaw.com | |
| **E-mail address** | |

### CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Theodore J. Tucci, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT 06103
Helen M. Kemp, Esq. Robinson & Cole 280 Trumbull Street, Hartford, CT 06103

_(Signature)_

(Use additional pages, if necessary to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001