UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH, | : | 3:01CV184 (DJS) |
|     Plaintiff, | : | |
| -v- | : | |
| UNUMPROVIDENT CORP. & PROVIDENT LIFE & CASUALTY INSURANCE CO., | : | |
|     Defendant. | : | |

## ORDER

The pending Motion for Protective Order **[doc. #121]** is **DENIED**. The parties are ordered to agree on a mutually agreeable time and place for the deposition of Lawrence Kaladish.

**IT IS SO ORDERED** at Hartford, Connecticut, this ___5th___ day of August, 2004.

                                            /s/DJS
                                   **DOMINIC J. SQUATRITO**
                                   **UNITED STATES DISTRICT JUDGE**