UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>　　　　Plaintiff | :   CIVIL ACTION NO.<br>:   301 CV 184 (DJS)<br>:<br>: |
| v. | :<br>: |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>　　　　Defendants | :<br>:<br>:<br>:   AUGUST 5, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish (hereinafter "Plaintiff") hereby requests an extension of time until August 23, 2004, in which to file a responsive pleading to Defendants Motion to Set Fees for Physician Testimony at Deposition. In support of this motion, the movant represents that it needs more time to investigate and resolve issues raised by the Defendants in their Motion to Set Fees for Physician Testimony at Deposition. Defendant's counsel, Helen Kemp, has been contacted and has no objection to the granting of this motion. As a result, there will be no prejudice to the parties.

Dated at Hamden this 5th day of August, 2004.

Respectfully Submitted,
Lawrence Kaladish
A/K/A Arthur L. Kaladish

By: _____
Joseph Z. Gersten, Esq.
Fed. Bar No. ct19662
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------X
LAWRENCE KALADISH a/k/a                : CIVIL ACTION NO.
ARTHUR L. KALADISH                     : 301 CV 184 (DJS)
                                       :
         Plaintiff                     :
                                       :
                                       :
v.                                     :
                                       :
UNUMPROVIDENT CORPORATION and          :
PROVIDENT LIFE & CASUALTY              :
INSURANCE COMPANY                      :
         Defendant.                    : AUGUST 5, 2004
                                       :
-----------------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 5th day of August, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103
hkemp@RC.com

_____
Joseph Z. Gersten

3