UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>       Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>301 CV 184 (DJS) |
| v. | : <br> : <br> : | |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>       Defendants | : <br> : <br> : <br> : | <br><br><br>AUGUST 3, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Chastity A. DaSilva hereby requests, Pursuant to Rule 15 of this Court, that she be allowed to withdraw her appearance as counsel for the plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish.  I was involved in this matter since December 11, 2003 while working as an associate at Saxe Doernberger & Vita, P.C.  As of June 23, 2004, I will no longer be working for Saxe Doernberger & Vita, P.C., and will no longer have any association with this litigation.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

BY: *(signature)*
Chastity A. DaSilva, Esq.
Fed. Bar No. CT24080
SAXE DOERNBERGER & VITA, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517
Tel: (203) 287-8890

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------X
| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH : | CIVIL ACTION NO. 301 CV 184 (DJS) |
| Plaintiff : | |
| v. : | |
| UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY : | |
| Defendant. : | AUGUST 3, 2004 |

---------------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the ___ day of August, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

_____
Chastity A. DaSilva, Esq.

3