UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH,<br>　　　　Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION<br>and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY,<br>　　　　Defendants. | CIVIL ACTION NO.<br>3:01 CV 184 (DJS)<br><br><br><br><br><br><br>SEPTEMBER 10, 2004 |

## MOTION FOR PROTECTIVE ORDER

The Plaintiff, Arthur L. Kaladish, hereby seeks a Protective Order regarding Defendant's production request contained in Schedule A attached to Defendant's Notice of Deposition of Arthur L. Kaladish dated September 9, 2004. In support thereof the Plaintiff represents the following:

　　1.　　On September 9, 2004 Defendant served a Notice of Deposition for Arthur L. Kaladish for September 11, 2004 at 2:00 p.m. See Notice of Deposition attached hereto as Exhibit A.

　　2.　　Attached to said Notice of Deposition was Schedule A, document production request. See id.

3.  Pursuant to Rule 34 of the F. R. Civ. P., "[t]he party upon whom a request is served shall serve a written response within 30 days after the service of the request". See F. R. Civ. P. 34 (b); See also F. R. Civ. P. 30 (b)(s)

4.  As the Notice of Deposition with the accompanying production requests was served only two (2) days prior to the deposition, it is unreasonable for the plaintiff to have to comply with said request.

WHEREFORE, Plaintiff seeks a Protective Order regarding the production request contained in Schedule A of Plaintiff's Notice of Deposition dated September 9, 2004.

    THE PLAINTIFF,

    LAWRENCE KALADISH a/k/a
    ARTHUR L. KALADISH

    By: _____
    Joseph Z. Gersten, Esq.
    Fed. Bar No. ct19662
    Saxe Doernberger & Vita, P.C.
    1952 Whitney Avenue
    Hamden, CT 06517
    Tel. (203) 287-8890
    Fax (203) 287-8847

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH,<br>      Plaintiff, | : <br>: <br>: <br>: | CIVIL ACTION NO.<br>3:01 CV 184 (DJS) |
| v. | : | |
| UNUMPROVIDENT CORPORATION<br>and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY,<br>      Defendants. | : <br>: <br>: <br>: <br>: <br>: | SEPTEMBER 10, 2004 |

### CERTIFICATION

This is to certify that a copy of the foregoing was sent via regular mail, postage pre-paid, on this 10th Day of September, 2004 to the following counsel of record:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

_____
Joseph Z. Gersten

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH | : | CIVIL ACTION NO. 301 CV 184 (DJS) |
| Plaintiff, | : | |
| VS. | : | |
| UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & CASUALTY INSURANCE COMPANY | : | |
| Defendants. | : | SEPTEMBER 9, 2004 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants in the captioned matter, UnumProvident Corporation and Provident Life & Casualty Insurance Company, will take the deposition upon of Arthur L. Kaladish (a/k/a Lawrence Kaladish), at the offices of Robinson & Cole LLP, Financial Centre, 695 East Main Street, Stamford, Connecticut on Saturday, September 11, 2004, at approximately 2:00 p.m. in the afternoon (following the deposition of Dr. Scifo) and in accordance with the parameters established by the Court in Section E(2) of its Order dated September 4, 2003.

The defendants will take said deposition before a competent court reporter. You are invited to attend and cross-examine. The deposition transcript will be used for all purposes permitted under the Federal Rules of Civil Procedure.

Pursuant to Federal Rules of Civil Procedure Rule 30 (b) (5) and 34, the deponent shall bring to the deposition all documents or other things identified in the schedule attached hereto as Exhibit A for inspection and copying.


EXHIBIT A

DEFENDANTS,
UNUMPROVIDENT CORPORATION AND
PROVIDENT LIFE & CASUALTY INSURANCE
COMPANY

By: /s/ Helen M. Kemp
Helen M. Kemp (ct 14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and via first class mail, postage prepaid, on this 9th day of September 2004, to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Helen M. Kemp
_____
Helen M. Kemp

## SCHEDULE A

1. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the agreement(s) and/or arrangement(s) you had with All Press Parts as referenced in Paragraphs 5, 6, 12, 14, 18, 24 and 26 of the Affidavit of Lawrence Kaladish (dated May 20, 2003).

2. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to Classic Web as referenced in Paragraph 6 of the Affidavit of Lawrence Kaladish (dated May 20, 2003).

3. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to Harte Hanks as referenced in Paragraph 12 of the Affidavit of Lawrence Kaladish (dated May 20, 2003).

2. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to Leaoney-Leoteck as referenced in Paragraph 14 the Affidavit of Lawrence Kaladish (dated May 20, 2003).

3. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to Litho-Type as referenced in Paragraph 15 of the Affidavit of Lawrence Kaladish (dated May 20, 2003).

4. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or

repair of equipment to Mount Olive as referenced in Paragraph 16 of the <u>Affidavit of Lawrence Kaladish</u> (dated May 20, 2003).

5. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to Mullen as referenced in Paragraph 17 of the <u>Affidavit of Lawrence Kaladish</u> (dated May 20, 2003).

6. All documents including but not limited to advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information relating to the sale, rebuilding or repair of equipment to News Gleaner as referenced in Paragraph 18 of the <u>Affidavit of Lawrence Kaladish</u> (dated May 20, 2003).

7. All documents referring or relating to your agreement or arrangement (financial or otherwise) concerning "Presstimator" and Michael Starkey. This request also includes but is not limited to "hard copies" of any opinions, recommendations, "Quote Plus Detail" information, programs advertisements, contracts, correspondence, letters, sales documents, receipts, purchase orders, vouchers, shipping charges and/or receipts of same, acknowledgement(s) or receipt or arrival and/or receipts, invoices, bills of sale, cancelled checks, and/or warranty information.