UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH : | |
| : | CIVIL NO. 301CV184 (DJS) |
| Plaintiff, : | |
| V. : | |
| : | |
| UNUMPROVIDENT CORPORATION AND : | |
| PROVIDENT LIFE & CASUALTY : | |
| INSURANCE COMPANY : | |
| : | |
| Defendants. : | SEPTEMBER 16, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b)(1) of the Local Rules of Civil Procedure, the defendants, UnumProvident Corporation and Provident Life & Casualty Insurance Co., respectfully request an extension of time, up to and including October 15, 2004, within which to respond to plaintiff's Motion for Protective Order dated September 10, 2004.

As grounds for this motion, the defendants state as follows:

1. Defendants are currently drafting several motions in response to conduct at depositions on September 11, 2004 which will be filed shortly with this Court;

2. Primary defense counsel, Helen M. Kemp, will be out of the office during the week of September 20, 2004;

3. This is defendants' first request for an extension of time to respond to plaintiff's Motion for Protective Order.

- 2 -

        DEFENDANTS,
        UNUMPROVIDENT CORPORATION AND
        PROVIDENT LIFE & CASUALTY
        COMPANY


        By_____
           Helen M. Kemp (ct 14790)
           Theodore J. Tucci (ct 05249)
           Lisa K. Titus (ct 22077)
           Robinson & Cole LLP
           280 Trumbull Street
           Hartford, CT 06103-3597
           Tel. No.: (860) 275-8200
           Fax No.: (860) 275-8299
           E-mail: hkemp@rc.com

- 3 -

## CERTIFICATION

  This is to certify that a copy of the foregoing was sent by facsimile and also by mail, postage prepaid, on this 16th day of September, 2004, to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517

                        _____
                        Lisa K. Titus