UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH | : CIVIL ACTION NO. 301 CV 184 (DJS) |
| Plaintiff,<br>VS. | : |
| UNUMPROVIDENT CORPORATION AND<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY | : |
| Defendants. | : SEPTEMBER 17, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Unumprovident Corporation and Provident Life & Casualty Insurance Company, has manually filed the following document:

> Defendants' Rule 30 and Rule 37 Motion for
> Sanctions and Motion for Order
> Motion to Revise Scheduling Order
> Defendants' Motion for Protective Order

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

- 2 -

DEFENDANTS,
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By _/s/ Helen M. Kemp_
Helen M. Kemp (ct14790)
Lisa K. Titus (ct22077)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: hkemp@rc.com

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 17th day of September, 2004, to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

_/s/ Helen M. Kemp_
Helen M. Kemp