UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>    Plaintiff, | :<br>:<br>:<br>: | CIVIL ACTION NO. 301 CV 184 (DJS) |
| V. | :<br>: | |
| UNUMPROVIDENT CORPORATION AND<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>    Defendants. | :<br>:<br>:<br>: | <br><br><br>SEPTEMBER 17, 2004 |

### MOTION TO REVISE SCHEDULING ORDER

Defendants UnumProvident Corporation and the Provident Life & Casualty Insurance Company ("Provident") move to revise the Scheduling Order filed by the Court on August 4, 2004.

Defendants had requested an enlargement of time on June 29, 2004 to complete four depositions; Dr. Scifo, Daniel Ferreira, Dr. Girasole and the plaintiff. The court's extension was meant to give the parties time to complete deposition of relevant witnesses and parties. However, it has been impossible to complete the depositions due to plaintiff's conduct. For example, defendants were not allowed to take depositions in July and August 2004 because plaintiff was having knee surgery on or about June 29, 2004. Plaintiff refused to schedule *any* of defendants' requested depositions during this time on the basis that he wished to be present at the depositions and he would not be available for 5-6 weeks (e.g. until mid-August) due to his recovery from knee replacement surgery.

Defendants began attempts to reschedule the depositions on August 12, 2004. The scheduling of the depositions was a long, arduous process and finally dates were finalized. The

depositions of Dr. Frank Scifo, plaintiff's treating physician, and of the plaintiff himself, were finally scheduled for Saturday, September 11, 2004 at 10:00 a.m. and 2:00 p.m. respectively. Upon his arrival at this deposition, plaintiff's attorney, Tracy Alan Saxe insisted on speaking alone with Dr. Scifo prior to the start of the deposition. As a result of this conversation, Dr. Scifo refused to be deposed without his personal attorney present and the deposition had to be cancelled. It is now <u>impossible</u> to reschedule this deposition before the end of the current discovery period.

Not content with curtailing one deposition, during the second deposition scheduled for that day, a deposition of the plaintiff himself, Saxe continually demeaned defendants' counsel, Helen M. Kemp, made repeated speaking objections, created arguments with her, made attacks on her ethics and generally exhibited the type of misbehavior that should not be tolerated in any court proceedings. Due to Saxe's egregious conduct, intended to slow access to information and humiliate opposing counsel, Kemp had to suspend the deposition pending court intervention.

Defendants' have filed motions for sanctions, asking for relief which includes the continuation of these depositions under certain conditions established by the court. Defendants have also filed a motion for a protective order requesting that <u>all</u> remaining depositions be held in abeyance until the court determine appropriate deposition parameters (e.g. limiting objections, possibility of holding all remaining depositions under a discovery master, etc.). Lastly, defendants have requested that the court hold a status conference on these issues to help resolve them as quickly as possible.

Plaintiff's conduct has effectively halted discovery in this matter – however, defendants need to conduct these depositions to complete their defense and their claims. Accordingly, defendants respectfully ask that the Scheduling Order be modified as follows:

| Task | Current Date of Completion | Proposed Date |
|---|---|---|
| All Depositions | September 30, 2004 | November 30, 2004* |
| Joint Trial Memorandum | October 25, 2004 | December 30, 2004 |

*or within 30 days after the court's ruling on defendants' related motions.

Defendants' attorney affirms that she has contacted plaintiff's attorney with regard to this revised scheduling order. Plaintiff's attorney objects to any enlargement of the scheduling order.

DEFENDANTS,
UNUMPROVIDENT CORPORATION AND
PROVIDENT LIFE & CASUALTY INSURANCE
COMPANY

By: /s/ Helen M. Kemp
Helen M. Kemp (ct 14790)
Theodore J. Tucci (ct 05249)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of September, 20014 to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517

*Helen M. Kemp*
―――――――――――――――
Helen M. Kemp