UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAWRENCE KALADISH a/k/a     :   CIVIL ACTION NO. 301 CV 184 (DJS)
ARTHUR L. KALADISH           :
                             :
           Plaintiff,         :
VS.                            :
                             :
UNUMPROVIDENT CORPORATION AND   :
PROVIDENT LIFE & CASUALTY      :
INSURANCE COMPANY          :
                             :
          Defendants.       :   SEPTEMBER 17, 2004

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Unumprovident Corporation and Provident

Life & Casualty Insurance Company, has manually filed the following document:

         Defendants' Rule 30 and Rule 37 Motion for
         Sanctions and Motion for Order
         Motion to Revise Scheduling Order
         Defendants' Motion for Protective Order

This document has not been filed electronically because the electronic file size of the

document exceeds 1.5 megabytes. This document has been manually served on all

parties.

DEFENDANTS,
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
INSURANCE COMPANY

By ___Helen M. Kemp___

Helen M. Kemp (ct14790)
Lisa K. Titus (ct22077)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: hkemp@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 17th day of September, 2004, to

Tracy Alan Saxe, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

___Helen M. Kemp___
Helen M. Kemp