UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH,** | : | **3:01CV184 (DJS)** |
| Plaintiff, | : | |
| -v- | : | |
| | : | |
| **UNUMPROVIDENT CORP. & PROVIDENT LIFE & CASUALTY INSURANCE CO.,** | : | |
| Defendant. | : | |

## ORDER

The Court **ORDERS** the following regarding the deposition of Dr. Frank Scifo:

**1.** The time allotted for conducting the deposition of Dr. Scifo is extended until October 31, 2004.

**2.** The deposition of Dr. Scifo will be take place before Magistrate Judge William I. Garfinkel, in the United States Courthouse in Bridgeport, Connecticut. The parties are ordered to contact Judge Garfinkel directly to determine when the deposition may be scheduled.

**IT IS SO ORDERED** at Hartford, Connecticut, this   24th   day of September, 2004.

/s/DJS
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**