UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>　　　　Plaintiff | CIVIL ACTION NO.<br>301 CV 184 (DJS) |
| v. | |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>　　　　Defendants | September 30, 2004 |

## DISCLOSURE OF EXPERT WITNESS

Pursuant to F. R. C. P. 26(a)(2)(A), the Plaintiff LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH hereby discloses Patrick R. Duffy, M.D. as an expert witness in the above-captioned matter. Attached hereto and incorporated herein as Exhibit A is a report prepared by Dr. Patrick Duffy noting that, "[b]ased on information available, it is within a reasonable degree of medical probability that Mr. A. Lawrence Kaladish is unable to perform the substantial and material duties of his occupation in which he was regularly engaged at the time of his February 10, 1999 automobile accident." Attached hereto and incorporated herein as Exhibit B is a curriculum vitae for Dr. Patrick Duffy which identifies Dr. Patrick Duffy's qualifications including a list of all publications offered by Dr. Patrick Duffy in the preceding ten years and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. Attached hereto and incorporated herein as Exhibit C, is a fee schedule enumerating Dr. Duffy's compensation.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: _____
Joseph Z. Gersten, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517
Tel: (203)287-8890
Fed. Bar No. ct19662

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------X
| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH | :    CIVIL ACTION NO.<br>:    301 CV 184 (DJS) |
| Plaintiff | : |
| v. | : |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>                     Defendant. | :<br>:<br>:<br>:    September 30, 2004 |

-----------------------------------------------------------------------X

### CERTIFICATION

This is to certify that the foregoing Disclosure of Expert Witness was facsimiled and mailed, postage prepaid, on this the 30th day of September, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103

*Joseph Z. Gersten*