UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a ARTHUR L. KALADISH, Plaintiff, | : : : : | CIVIL ACTION  NO. 3:01 CV 184 (DJS) |
| v. | : : | |
| UNUMPROVIDENT CORPORATION and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY, Defendants. | : : : : : | NOVEMBER 29, 2004 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Lawrence Kaladish (the "Plaintiff") respectfully moves this court to enter a Protective Order barring the deposition of Dr. Patrick Duffy ("Dr. Duffy"), currently scheduled to be held on Tuesday, November 30, 2004 at 1:00 p.m. in Hartford, Connecticut.  In support of this request, Plaintiff submits the following:

1.    On November 18, 2004, Defendant's Counsel Helen Kemp sent a notice of deposition to attorney Tracy Saxe, counsel for the Plaintiff, noticing Dr. Duffy's deposition for November 30, 2004 at 1:00PM.

2.  Upon receipt of this notice, Attorney Gersten of attorney Saxe's office promptly contacted Dr. Duffy to determine whether he would be available to attend this deposition on November 30, 2004.

3.  Upon speaking with Dr. Duffy, Attorney Gersten learned that Dr. Duffy would be unavailable to attend the deposition on November 30, 2004 as the Dr. has previously scheduled patient appointments and consultations.

4.  Attorney Gersten then contacted Defendant's Counsel Helen Kemp to inform her that Dr. Duffy would be unable to attend this deposition on November 30, 2004 due to prior scheduled patient appointments and consultations.

5.  Furthermore, Attorney Kemp recently filed a Motion to Set Fees.  This Court has identified December 14, 2004 as a reply date.  As it is Dr. Duffy's business practice to be paid in advance it is premature to schedule Dr. Duffy's deposition until this issue is decided.

6.  Attorney Gersten made a good faith attempt to resolve these scheduling conflicts regarding alternate dates for the deposition of Dr. Duffy as indicated by the emails sent to attorney Kemp's office, attached hereto as Exhibit A.

7.    Despite Attorney Gersten's repeated attempts to resolve this conflict, the

Defendants have been unreasonable and unwilling to reschedule

Plaintiff's deposition for a future date, and insisted that this Motion for

Protective Order be filed.

WHEREFORE, since Defendants are unwilling to make reasonable efforts to

resolve this dispute and reschedule Dr. Duffy's deposition, Plaintiff respectfully

moves this court to bar his deposition, currently scheduled to be held on

Tuesday, November 30, 2004 at 1:00 p.m., and award the Plaintiff the costs of

filing this Protective Order.

THE PLAINTIFF,

LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

By: _____
Joseph Z. Gersten, Esq.
Fed. Bar No. ct19662
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax (203) 287-8847

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LAWRENCE KALADISH a/k/a** | : | **CIVIL ACTION  NO.** |
| **ARTHUR L. KALADISH,** | : | **3:01 CV 184 (DJS)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNUMPROVIDENT CORPORATION** | : | |
| **and** | : | |
| **PROVIDENT LIFE & CASUALTY** | : | |
| **INSURANCE COMPANY,** | : | **NOVEMBER 29, 2004** |
| **Defendants.** | : | |

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via facsimile and regular mail on this 29th day of November, 2004 to the following counsel of record:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103

_____
Joseph Z. Gersten

# Exhibit A

11/24/2004

**From:**    JZG
**To:**      cad
**Sent:**    11/16/2004  10:10AM
**Subject:** FW: RE: Dr. Duffy - Deposition


--- Original Message---
To: "'Joseph Z. Gersten'" <jzg@sdvlaw.com>
Cc: "Shertick, Mary Jo" <mshertick@RC.com>
From: "Kemp, Helen M." <hkemp@RC.com>
Sent: 11/15/2004  5:00PM
Subject: RE: Dr. Duffy - Deposition

>> Thank you.  See what rate he would voluntarily reduce his fee - we can go
>> from there.  If $600 is truly the lowest - I can ask my client.  I am fairly
>> certain to avoid filing a motion my client would approve $500 and $600 is a
>> possibility. But, my client is not going to agree to $600 so you can use it
>> to bridge the gap between $600 and $1,000. As far as we are concerned, $400
>> per hour is a fair and reasonable number - a number we are willing to come
>> off to some extent if it will avoid a court motion.
>>
>> In addition to the dates I gave you previously, I am also now available
>> November 30th for his deposition.
>>
>> Lastly, any further clarification re: Dr. Girasole's testimony that he never
>> agreed to be your expert witness?
>>
>> -----Original Message-----
>> From: Joseph Z. Gersten [mailto:jzg@sdvlaw.com]
>> Sent: Monday, November 15, 2004 1:24 PM
>> To: Kemp, Helen M.
>> Subject: Re: Dr. Duffy - Deposition
>>
>>
>> Hi Helen,
>>
>> Just to let you know, I am working on the Oram Sipulation, getting his bill
>> paid, and setting up the depo with Duffy.  I have broached the subject of a
>> reduced fee with Duffy's office, and am awaiting a reply.  However, I am
>> surprised by your numbers.  When we last spoke you verbally mentioned
>> $600.00 per hour, however your email does not reflect that.  Please let me
>> know.
>>
>>
>> Joseph Z. Gersten, Esq.
>> Saxe Doernberger & Vita, P.C.
>> 1952 Whitney Avenue
>> Hamden, CT 06517
>> (203) 287-8890 Tel
>> (203) 287-8847 Fax

11/24/2004

>> jzg@sdvlaw.com
>>
>> www.sdvlaw.com
>>
>> This e-mail, and any attachments thereto, is intended only for the use of
>> the addressee(s) named herein and may contain legally privileged and/or
>> confidential information. If you are not the intended recipient of this
>> e-mail, you are hereby notified that any dissemination, distribution or
>> copying of this e-mail, and any attachments thereto, is strictly prohibited.
>> If you have received this e-mail in error, please notify me via return
>> e-mail and via telephone at 203-287-8890 and permanently delete the original
>> and any copy of any e-mail and any printout thereof.
>>
>>
>> --- Original Message---
>> To: "'jzg@sdvlaw.com'" <jzg@sdvlaw.com>
>> Cc: "Shertick, Mary Jo" <mshertick@RC.com>
>> From: "Kemp, Helen M." <hkemp@RC.com>
>> Sent: 11/11/2004 12:08PM
>> Subject: Dr. Duffy - Deposition
>>
>> >> With regard to the deposition of Dr. Duffy, I am available November
>> >> 23, 24, 29 and possibly the 30th. I have a deposition scheduled the
>> >> 30th which may or may not go forward - I will not know that until
>> >> early next week. I am also available December 1 and 3rd.
>> >>
>> >>
>> >>
>> >> Please ask if he will reduce his fee of $1,000 per hour. If not, I
>> >> will petition the court to set a fee. I will agree to pay $400 per
>> >> hour - if he comes close - say $500 per hour - I will see if ok with
>> >> my client.
>> >>
>> >>
>> >>
>> >> I anticipate 4-6 hours for the deposition - I prefer to start at
>> >> 10:00 a.m. It can be held in his office provided he has an honest to
>> >> goodness conference room/table set-up (not a coffee or card table
>> >> set-up - not a kitchen table in the employee's lunch room where
>> >> employees consistently come in and out, etc.) and a VCR/TV hookup in
>> >> case I want to show him the video. Otherwise, it will be held at my
>> >> office.
>> >>
>> >>
>> >>
>> >> Also, before I do anything about the matter, I would appreciate an
>> >> explanation as to why you represented to the court in your memo with
>> >> regard to the preclusion of expert, that Dr. Girasole withdrew from
>> >> being an expert witness because I "harassed" him about fees, etc.,
>> >> when Dr. Girasole testified at his deposition that he had never
>> >> agreed to be an expert witness in the first place because he did not

>> >> want to testify at a trial.
>> >>
>> >>
>> >>
>> >> I have asked Mary Jo to coordinate the dates and times of the
>> >> deposition.
>> >>
>> >>
>> >>  <http://www.rc.com/images/lin_tab4.gif>
>> >>
>> >>
>> >> Helen M. Kemp
>> >>
>> >>
>> >>  <http://www.rc.com/> Robinson & Cole LLP
>> >> Robinson & Cole LLP
>> >> 280 Trumbull Street
>> >> Hartford, CT  06103-3597
>> >> Direct (860) 275-8235 | Fax (860) 275-8299  <mailto:hkemp@rc.com>
>> >> hkemp@rc.com |  <http://www.rc.com/> www.rc.com
>> >> <http://www.rc.com/BioKEMP.htm> Bio |
>> >> <http://www.rc.com/documents/peopleVcard/KEMP.vcf> Contact Card
>> >>
>> >>
>> >>  <http://www.rc.com/images/spacer.gif>
>> >>   _____
>> >>
>> >>  <http://www.rc.com/> Robinson & Cole LLP
>> >> Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota
>> >>
>> >>
>> >>
>> >>
>> >> ----------------------------------------------------------------------
>> >> ----------
>> >> This transmittal may be a confidential attorney-client communication or
>> may otherwise
>> >> be privileged or confidential. If it is not clear that you are the
>> intended recipient, you
>> >> are hereby notified that you have received this transmittal in error; any
>> review,
>> >> dissemination, distribution or copying of this transmittal is strictly
>> prohibited. If you
>> >> suspect that you have received this communication in error, please notify
>> us
>> >> immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and
>> immediately
>> >> delete this message and all its attachments.
>> >>
>> >> ----------------------------------------------------------------------
>> >> ----------

11/24/2004

>> >>
>>
>>
>>
>> -------------------------------------------------------------------------
>> This transmittal may be a confidential attorney-client communication or may otherwise
>> be privileged or confidential. If it is not clear that you are the intended recipient, you
>> are hereby notified that you have received this transmittal in error; any review,
>> dissemination, distribution or copying of this transmittal is strictly prohibited. If you
>> suspect that you have received this communication in error, please notify us
>> immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately
>> delete this message and all its attachments.
>>
>> -------------------------------------------------------------------------
>>

11/24/2004

**From:** JZG
**To:** "Kemp, Helen M." <hkemp@RC.com>
**Sent:** 11/22/2004 2:31PM
**Subject:** Re: RE: Shaiken Subpoena

I am attempting to identify a date in December according to your timeline. I am just waiting on a call back from the doctor. Thank you.


Joseph Z. Gersten, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890 Tel
(203) 287-8847 Fax
jzg@sdvlaw.com

www.sdvlaw.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-287-8890 and permanently delete the original and any copy of any e-mail and any printout thereof.


--- Original Message---
To: "'Joseph Z. Gersten'" <jzg@sdvlaw.com>
Cc: "Titus, Lisa K" <ltitus@RC.com>, "Shertick, Mary Jo" <mshertick@RC.com>
From: "Kemp, Helen M." <hkemp@RC.com>
Sent: 11/22/2004 12:55PM
Subject: RE: Shaiken Subpoena

>> In reply to your recent email concerning my notice of deposition with regard
>> to Dr. Duffy, please be advised that I "unilaterally" selected the date
>> after you failed to respond to my requests re: acceptable dates.
>>
>> I understand if after conversing with the doctor, a deposition needed to be
>> scheduled for early December. However, I do not understand a lack of
>> response with regard to arranging a date for the deposition. On November
>> 10th, I sent you a list of dates I was available for deposition and followed
>> up again last week. To date, you have not given me any possible dates for
>> deposition - not for November, not for December. Dr. Duffy, or his office,
>> should have been able to tell you within a day or two of November 10, 2004
>> when he is available for deposition. This is a matter of marking the
>> deposition at a "far off" date - this is a matter of responding to me with
>> regard to possible dates.
>>
>> I agree to mark off the deposition provided:
>>

11/24/2004

>> 1.    You inform this office by Wednesday, November 24th of dates within
>> the first two weeks of December that you and Dr. Duffy are available for
>> deposition (I am available most evenings and Saturdays); and
>>
>> 2.    You agree to an extension of time to allow me to take his
>> deposition.  Such extension of time relates solely to the deposition of Dr.
>> Duffy and does not extend to general discovery.
>>
>> I am not in the office on Wednesday but you can talk to Lisa Titus or Mary
>> Jo.
>>
>> If you cannot agree to the above conditions then you can file your motion
>> for protective order.  We are going through the same delays we went through
>> when we tried to depose Dr. Girasole - of course we found out later that was
>> because Girasole had refused to be your expert witness.
>>
>>
>>
>> -----Original Message-----
>> From: Joseph Z. Gersten [mailto:jzg@sdvlaw.com]
>> Sent: Monday, November 22, 2004 11:39 AM
>> To: Kemp, Helen M.
>> Subject: Re: Shaiken Subpoena
>>
>>
>> Helen,
>>
>> Regarding the Duffy deposition, Dr. Duffy has informed me that he is not
>> available on the date and time that you unilaterally selected.  Furthermore
>> it was my undrstanding after the Girasole deposition that we would be
>> looking at dates a little further out.  Anyway, I trust we can come to some
>> agreement regarding a new date for Duffy, along with having it at his
>> office.  If you choose not to work with me on this matter, I will obviously
>> be forced to file a protective order.  Please let me know at your
>> conveneince.
>>
>>
>> Joseph Z. Gersten, Esq.
>> Saxe Doernberger & Vita, P.C.
>> 1952 Whitney Avenue
>> Hamden, CT 06517
>> (203) 287-8890 Tel
>> (203) 287-8847 Fax
>> jzg@sdvlaw.com
>>
>> www.sdvlaw.com
>>
>> This e-mail, and any attachments thereto, is intended only for the use of
>> the addressee(s) named herein and may contain legally privileged and/or
>> confidential information. If you are not the intended recipient of this
>> e-mail, you are hereby notified that any dissemination, distribution or

11/24/2004

>> copying of this e-mail, and any attachments thereto, is strictly prohibited.
>> If you have received this e-mail in error, please notify me via return
>> e-mail and via telephone at 203-287-8890 and permanently delete the original
>> and any copy of any e-mail and any printout thereof.
>>
>>
>> --- Original Message---
>> To: "'Joseph Z. Gersten'" <jzg@sdvlaw.com>
>> From: "Kemp, Helen M." <hkemp@RC.com>
>> Sent: 11/19/2004 5:31PM
>> Subject: Shaiken Subpoena
>>
>> >> I do not know if Mary Jo follow up with with you but the subpoena
>> >> served on Attorney Shaiken was for records only.  Attorney Shaiken
>> >> will mail me the documents I have requested and I will send a copy to
>> >> you.  Because of the Thanksgiving holiday (I am out Wed-Fri next
>> >> week), we may not get the documents until the Monday or Tuesday after
>> >> Thanksgiving.
>> >>
>> >>   <http://www.rc.com/images/lin_tab4.gif>
>> >>
>> >>
>> >> Helen M. Kemp
>> >>
>> >>
>> >>   <http://www.rc.com/> Robinson & Cole LLP
>> >> Robinson & Cole LLP
>> >> 280 Trumbull Street
>> >> Hartford, CT  06103-3597
>> >> Direct (860) 275-8235 | Fax (860) 275-8299  <mailto:hkemp@rc.com>
>> >> hkemp@rc.com | <http://www.rc.com/> www.rc.com
>> >> <http://www.rc.com/BioKEMP.htm> Bio |
>> >> <http://www.rc.com/documents/peopleVcard/KEMP.vcf> Contact Card
>> >>
>> >>
>> >>   <http://www.rc.com/images/spacer.gif>
>> >>   _____
>> >>
>> >> <http://www.rc.com/> Robinson & Cole LLP
>> >> Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota
>> >>
>> >>
>> >>
>> >>
>> >> -------------------------------------------------------------------
>> >> ---------
>> >> This transmittal may be a confidential attorney-client communication or
>> may otherwise
>> >> be privileged or confidential. If it is not clear that you are the
>> intended recipient, you
>> >> are hereby notified that you have received this transmittal in error; any

>> review,
>> >> dissemination, distribution or copying of this transmittal is strictly
>> prohibited. If you
>> >> suspect that you have received this communication in error, please notify
>> us
>> >> immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and
>> immediately
>> >> delete this message and all its attachments.
>> >>
>> >> ------------------------------------------------------------------------
>> >> ----------
>> >>
>>
>>
>> --------------------------------------------------------------------------
>> This transmittal may be a confidential attorney-client communication or may otherwise
>> be privileged or confidential. If it is not clear that you are the intended recipient, you
>> are hereby notified that you have received this transmittal in error; any review,
>> dissemination, distribution or copying of this transmittal is strictly prohibited. If you
>> suspect that you have received this communication in error, please notify us
>> immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately
>> delete this message and all its attachments.
>>
>> --------------------------------------------------------------------------
>>