**Kemp, Helen M.**

**From:** Joseph Z. Gersten [jzg@sdvlaw.com]
**Sent:** Monday, October 11, 2004 9:37 AM
**To:** Kemp, Helen M.
**Subject:** Re: Kaladish - Dr. Duffy

Helen,

Hope all is well...still trying to reach Duffy re date and cost for his depo...as soon as I have this info I will let you know...we would also like to get the 30(b)(6) depo out of the way ASAP...would you be able to forward us a series of dates to choose from...as well, seeing as this is our second attempt, would you be amenable to having the 30(b)(6) possibly in Hartford...I think it makes more sense than to have all of us truck up to Mass...just a thought...thanks for your consideration.

Joe Gersten

----- Original Message -----
**From:** "Kemp, Helen M."
**To:** "'Tracy A Saxe'" , "'jzg@sdvlaw.com'"
**Sent:** 9/30/2004 6:30PM
**Subject:** Kaladish - Dr. Duffy

I just received your expert disclosure re: Dr. Duffy.

Is Dr. Duffy in addition to Dr. Girasole? That is, am I still going to receive an expert report from Dr. Girasole? When might I expect such a report.

Also, I note that Dr. Duffy charges $1,000 per hour for a deposition. Could you inquire if he would take less and let me know by next Monday or Tuesday? I believe you know our position on fees of this amount and if it cannot be reduced, we would end up filing a Motion to Set Fees – which I would like to avoid if possible.

Thank you.



**Helen M. Kemp**

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

---

ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or

11/30/2004

Page 186

1                    STATE OF CONNECTICUT

2          I, JENNY C. EBNER, a Registered Professional Reporter/Commissioner within and for
3     the State of Connecticut, do hereby certify that pursuant to Notice I took the deposition of GERARD
4     GIRASOLE, M.D., on November 10, 2004, at the offices of 888 White Plains Road, Trumbull, Connecticut
5
           I further certify that the above named
6     deponent was by me first duly sworn to testify to the truth and nothing but the truth concerning his
7     knowledge in the matter of the case of LAWRENCE KALADISH, a/k/a ARTHUR L. KALADISH VS UNUMPROVIDENT
8     CORPORATION, and PROVIDENT LIFE & CASUALTY INSURANCE COMPANY, now pending in the United States District
9     Court, District of Connecticut.

10         I further certify that the within testimony was taken by me stenographically and
11    reduced to typewritten form under my direction by means of COMPUTER ASSISTED TRANSCRIPTION; and I
12    further certify that said deposition is a true record of the testimony given by said witness.
13
           I further certify that I am neither
14    counsel for, related to, nor employed by any of the parties to the action in which this deposition was
15    taken; and further, that I am not a relative or employee of any attorney or counsel employed by the
16    parties hereto, nor financially or otherwise interested in the outcome of the action.
17
           WITNESS my hand and seal this 22 day of
18    November, 2004.
19

20                     *Jenny C. Ebner* (signature)

21

22                     _____
                       Jenny C. Ebner, R.P.R., L.S.R.
23                     Commissioner

24
      My Commission expires: August 31, 2005
25    License Registration Number:  00030

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------)
LAWRENCE KALADISH, a/k/a         )
ARTHUR L. KALADISH               )
        Plaintiff(s),            )
VS                               ) Civil Action No.
                                 ) 301-CV-184 (DJS)
UNUMPROVIDENT CORPORATION,       )
and PROVIDENT LIFE & CASUALTY    )
INSURANCE COMPANY                )
        Defendant(s).            )
---------------------------------)

COPY

DEPOSITION Of:   GERARD GIRASOLE, M.D.
DATE:            November 10, 2004
HELD AT:         888 White Plains Road
                 Trumbull, Connecticut


Reporter: JENNY C. EBNER, RPR, LSR 00030.
BRANDON SMITH REPORTING SERVICES, LLC
44 Capitol Avenue
Hartford, CT. 06106
(860) 549-1850

Page 2

```
 1    APPEARANCES:

 2    REPRESENTING THE PLAINTIFF:

 3        SAXE, DOERNBERGER & VITA
          1952 Whitney Avenue
 4        Hamden, CT 06517
              By:  JOSEPH GERSTEN, ESQ.
 5

 6    REPRESENTING THE DEFENDANT:

 7        ROBINSON & COLE
          280 Trumbull Street
 8        Hartford, CT 06103
              By:  HELEN M. KEMP, ESQ.
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kaladish vs Unumprovident Corporation

11-10-2004                                                          Dr. Gerard Girasole

Page 10

1       A    No.

2            MR. GERSTEN:  Objection to the form.

3    BY MS. KEMP:

4       Q    Did anyone ever speak to you about being

5    an expert witness in this case?

6       A    Besides what we went through to try to

7    organize this?  Meaning when you ask that question,

8    the only thing I have been asked to do is give this

9    deposition.  We have been working that out.  Other

10   than that, no.

11      Q    All right.  I may have, maybe, misstated

12   the question or what have you.

13      A    Okay.

14      Q    Have you been asked to give what is often

15   referred to as expert testimony in this case?

16      A    What I know about what has been asked of

17   me, and I think you did come -- did you come see me

18   one time in the office, or somebody wrote a letter

19   to me about going on trial for this.

20      Q    Okay.

21      A    I said that he is my patient and I should

22   not be an expert witness on somebody that is my

23   patient, but I would be more than happy to give a

24   deposition in regard to the care and condition of

25   Mr. Kaladish.

Brandon Smith Reporting

14c01609-a30d-4f17-b1

Case 3:01-cv-00184-JBA   Document 165-2   Filed 12/03/2004   Page 6 of 6
Kaladish vs Unumprovident Corporation
11-10-2004                                                Dr. Gerard Girasole

Page 11

1  Q  Okay. Do you know who you spoke with?
2  You indicated that it was Attorney Gersten but it
3  could have been somebody else.
4  A  It could have been somebody else, maybe,
5  through my office, through Barbara who deals with
6  the legal aspect of it. I believe somebody asked me
7  to either do a deposition or be an expert witness
8  and said I don't think that since he is my patient
9  that I should also be an expert witness, but I would
10 be more than happy to give my deposition regarding
11 his care.
12 Q  Do you recall when this conversation took
13 place?
14 A  No.
15 Q  Were you ever asked to write a special
16 report with regard to your treatment of
17 Mr. Kaladish?
18 A  I am sure I have done reports on
19 Mr. Kaladish like I have done on any patient that I
20 operated on or have taken care of. There is always
21 reports back and forth to attorneys on his care and
22 probably disability rating and so on.
23 Q  Now, have you ever been a party to a
24 lawsuit concerning in any way your professional work
25 performance? I.e. have you ever been sued or