# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:01-CV-00184-DJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Lawrence Kaladish
a/k/a Arthur L. Kaladish

---

12/9/04
Date

CT 20422
Connecticut Federal Bar Number

203-287-8890
Telephone Number

203-287-8847
Fax Number

kpd@sdvlaw.com
E-mail address

Signature

Kevin P. Dean
Print Clearly or Type Name

Saxe Doernberger & Vita, P.C.
Address

1952 Whitney Ave

Hamden, CT 06517

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Helen M. Kemp, Esq. Robinson & Cole, 280 Trumbull St. Hartford, CT 06103

Theodore J. Tucci, Esq. Robinson & Cole, 280 Trumbull St., Hartford, CT 06103

Lisa K. Titus, Esq. Robinson & Cole, 280 Trumbull St., Hartford, CT 06103

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001