UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>   Plaintiff | : CIVIL ACTION NO.<br>: 301 CV 184 (DJS)<br>:<br>: |
| v. | :<br>: |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>   Defendants | :<br>:<br>:<br>: December 29, 2004 |

## AGREED MOTION TO REVISE THE SCHEDULING ORDER

The plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish (hereinafter "Plaintiff"), by and through his undersigned counsel, hereby moves to revise the scheduling order for a short extension of time, until January 10, 2005, solely related to the filing of the Joint Trial Memorandum. Defendants' counsel consented to this motion on December 28, 2004. The Plaintiff states the following reasons in support of this Motion.

1. The Joint Trial Memorandum is currently due on December 30, 2004 under the current scheduling order.

2. Owing to the unavailability of witnesses and the holidays, it has not been possible to complete the Joint Trial Memorandum despite counsel's diligent

efforts. A short extension of time, through and until January 10, 2005, is necessary to complete the Memorandum.

3.   Pursuant to D. Conn. L. Civ. R. 7(b)(3), counsel states that counsel for the Defendants has agreed and consented to this Motion to Revise the Scheduling Order.

4.   This is Plaintiff's fourth request of enlargement of time as to the Scheduling Order and/or the Joint Trial Memorandum.

WHEREFORE, Plaintiff, having shown good cause, seeks modification of the scheduling order to extend the filing date of the Joint Trial Memorandum to January 10, 2005.

> THE PLAINTIFF,
> LAWRENCE KALADISH a/k/a
> ARTHUR L. KALADISH
>
> By: _____
> Kevin P. Dean, Esq.
> Fed. Bar No. ct20422
> Saxe Doernberger & Vita, P.C.
> 1952 Whitney Avenue
> Hamden, CT 06517
> Tel. (203) 287-8890
> Fax (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X
LAWRENCE KALADISH a/k/a          :   CIVIL ACTION NO.
ARTHUR L. KALADISH               :   301 CV 184 (DJS)
                                 :
        Plaintiff                :
                                 :
                                 :
v.                               :
                                 :
UNUMPROVIDENT CORPORATION and    :
PROVIDENT LIFE & CASUALTY        :
INSURANCE COMPANY                :
        Defendant.               :   December 29, 2004
                                 :
----------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Motion was emailed and mailed, postage prepaid, on this the 29th day of December, 2004 to the following:

Helen M. Kemp, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103
hkemp@RC.com

_____
Kevin P. Dean

3