UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

LAWRENCE KALADISH aka
ARTHUR L. KALADISH
   Plaintiff                      :

2005 JAN -4  P 3: 33

U.S. DISTRICT COURT
HARTFORD, CT.

   v.                          :  CIVIL NO. 3:01cv184(DJS)

UNUMPROVIDENT CORPORATION,
ET AL                         :
   Defendants

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Janet Bond Arterton, United States District Judge, who sits in New Haven, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number **3:01cv184(JBA)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 4th day of January, 2005.

Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)