UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**KALADISH**                              :

**v.**                                    :    **NO. 3:01cv184 (JBA)**

**UNUMPROVIDENT CORP., ET AL**            :

### SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/20/05, the following schedule is ordered:

1. If the deposition of Dr. Patrick Duffy is not completed by 2/18/05, his trial testimony will be excluded. Plaintiff's objection to production of all documents on which Dr. Duffy will rely in his direct testimony is overruled. Plaintiff's remaining objections are sustained for the reasons set out on the record.

2. The parties will return to Magistrate Judge Smith for another settlement conference (to be held March 09, 2005 at 10:00 a.m.) on the terms and conditions agreed to on the record which will be summarized by letter to the Court.

3. If this case is not settled by 3/28/05, it will be administratively closed so that plaintiff can pursue the new RSA review process as to which there is no ascertainable termination date. Either party has the right to have this case reinstated to the active docket for immediate trial by motion filed no later than 60 days following completion of the RSA review. Such motion shall be accompanied by a Supplemental 26(f) Parties' Planning Report.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January    , 2005**