## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LAWRENCE KALADISH a/k/a        CIVIL NO. 301 CV 184 (JBA)
ARTHUR L. KALADISH
      Plaintiff,                  :
                                 :

V.                                   :
                                 :

UNUMPROVIDENT CORPORATION AND    :
PROVIDENT LIFE & CASUALTY        :
INSURANCE COMPANY              :
      Defendants.                 :      FEBRUARY 18, 2005

## OBJECTION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME

Plaintiff seeks an extension of time during which Dr. Duffy may be deposed because Dr. Duffy was ostensibly unavailable for deposition between January 20th (the date of the status conference and order) and the February 18th 2005 deadline established by the court. Dr. Duffy claims that he was unavailable in part because he was "obligated" to set aside time to testify in the trial of *Danbury v. Baker Equipment Leasing Co,* No. CV-03-0348379s (Conn. Super. Ct.). This is remarkable in light of the fact that this case was withdrawn by the plaintiff on January 18, 2005 *two day*s before the status conference was even held. (Exhibit A, Dockets).

With this as an introduction, defendants file their objection to plaintiff's request for an extension of time. Defendants urge the court to deny plaintiff's motion for several reasons. The first is plaintiff's failure to comply with F.R.C.P. Local Rule 7(b) (3). Although filing for an extension of time, plaintiff's counsel did not include the required statement that he inquire of opposing counsel and that opposing counsel agreed or objected to the request. Additionally, he

did not indicate the number of motions for extension of time that have been filed with respect the same limitation. In this case, there were at least two other extensions filed (three if one counts the 30 day time frame given by the court at the status conference) relating to an extension of time in order to complete the deposition of Dr. Duffy.

The defendants also urge the court to deny the Motion for Extension of Time for the reason that "enough is enough" and that Dr. Duffy's "reasons" for not being available for deposition from January 20 to February 18 are spurious at best and, as shown by the *Danbury v. Baker Equipment Leasing Co* situation, a deliberate lie at worst. Indeed, with regard to the case of *Julian v. Donnelly*, also cited by plaintiff as a reason that Dr. Duffy was not available for deposition, there is nothing on that case's docket which suggests that a trial date was set for January or February 2005. In any event, that case was withdrawn by the plaintiff on January 31, 2005. (Exhibit A).

Additionally, plaintiff's motion sidesteps the true issue. Although defendants have been trying since October 11, 2004 to set a firm date for the deposition of Dr. Duffy, Dr. Duffy, for one glorious reason after another, has eluded deposition. Exhibit B, #1 (Copy of E-mails) The deadline for deposing plaintiff's medical experts have been extended twice; once until November 30th and another until December 30th, 2005. Defendants' counsel have proffered dates (see, e.g. Exhibit B, #2, 3, 6, 7, 8, 10) but still have been unable to depose Dr. Patrick Duffy although they had resorted, on at least two occasions, to issue subpoenas to compel his presence at deposition.

The "subpoenaed" depositions were not held, one ostensibly due to an "emergency" of one of Dr. Duffy's patients and one due to a protective order filed by plaintiff's counsel on the

very eve of deposition.  The Motion for Protective Order was denied by Judge Squatrito within

24 hours of its receipt but unfortunately it was still too late for that deposition to proceed.  *See,*

*e.g.* Order, (Docket #163) (denying Plaintiff's Motion for Protective Order).

Defendants scheduled Dr. Duffy's deposition for January 11, 2005.  On January 10, 2005,

defendants' counsel received an email stating that the deposition could not go forward that day.

(Exhibit B, #7)  Plaintiff's counsel, Attorney Dean, requested alternative dates which Attorney

Kemp immediately provided him. (Exhibit B, #7).  After no response with regard to alternative

dates, and having little choice, defendants' counsel moved to exclude Dr. Duffy's deposition

testimony -- an argument that was heard by the court at the Status Conference held on January 20,

2005.  As a result of this argument, Judge Arterton ordered Duffy's deposition to be held by

February 18, 2005 or his testimony would be excluded.

When the status conference ended, Attorney Kemp immediately emailed plaintiff's

counsel informing him of her availability for deposition. (Exhibit B, #8).  After receiving no

response from plaintiff's counsel for 11 days, Attorney Kemp sent plaintiff's counsel yet another

email on February 3, 2005 inquiring about available dates (Exhibit B, #9).  Attorney Kemp

received a response, not on February 11, 2005[1] as alleged by plaintiff in his Motion but on

February 10, 2005 in the form of a telephone call from Attorney Dean who that he was going to

---

[1] Plaintiff's counsel is mistaken in his dates.  He states in his motion that he was informed by Dr. Duffy's office on February 11, 2005 that Dr. Duffy was available to testify on February 14, 2005 but defense counsel could not go forward.  This is incorrect as the jury trial of *Laliberte v. J.C. Penney Corp.*, 3:03 CV 01889 (JBA)(D. Conn.), a one-day trial in which Dr. Duffy said he was to testify as a "treating" physician, was held on February 14, 2005.  Examination of the federal court docket shows that the trial went forward on the 14th. (Exhibit A, Docket)  It is impossible for Dr. Duffy to be in New Haven testifying in one matter and offering the same date as being available to testify in another.

call Dr. Duffy once more about setting up a deposition and asked her for dates that she would be available the following week for deposition.  No actual dates were proposed during this conversation.

During this conversation Attorney Kemp informed Attorney Dean that she had been asking him for dates the past three weeks and that she hoped that he wasn't planning to call her at the last minute and expect her to be able to depose Dr. Duffy.   Attorney Kemp sent Attorney Dean an email about the dates she would not be available and also noted that she required at least 48 hours notice for the deposition. (Exhibit B, #10; see also #11 and #12).

At 2:00 p.m. in the afternoon of February 15, 2005, Attorney Kemp received a telephone call from Attorney Dean informing her that Dr. Duffy would be available for deposition at 9:00a.m. to noon the *following morning* – less than 15 hours notice – a notification made all the more onerous because Attorney Dean knew that Attorney Kemp had a client's Board meeting scheduled for Tuesday night and would have even less time to prepare for or arrange the deposition.(see Exhibit B, #11)  Additionally, the time frame being offered by Dr. Duffy was less than the 4-6 hours requested by Attorney Kemp.[2]

In sum, although numerous dates have been suggested since October 2004, Dr. Duffy was not available for deposition until literally the very last possible minute before the court's deadline expired. Indeed, even after informing plaintiff's counsel that she required 48 hours notice to

---

[2] Defendants note that the Federal Rules of Civil Procedure allow for a deposition of up to 7 hours. Defendants also note that plaintiff's treating physician, Dr. Girasole, a board certified orthopedic surgeon with a substantial Fairfield County practice,  was deposed in November and his deposition, which lasted 4 hours, took only a few weeks to set up.

schedule the deposition, Attorney Kemp was given *less than* 15 hours notice although she had tried for weeks beforehand to schedule a deposition.

Plaintiff's motion begs the following questions: why wasn't Dr. Duffy ever available on a Saturday (or weekend or holiday) for deposition?; why didn't plaintiff's counsel inform Attorney Kemp of available dates after her email of January 20th or after her email of February 3rd? Why did plaintiff's counsel wait until February 10 to contact Attorney Kemp? Why didn't plaintiff's counsel inform Attorney Kemp when he contacted her on February 10th that Dr. Duffy was available the morning of the 15th? Why was the 15th only offered <u>after</u> Attorney Kemp informed counsel that she required 48 hours notice to set up the deposition and that she was busy Tuesday night at a client meeting?

The answer is simple: Dr. Duffy did not want to be deposed and assumed that offering availability at the last minute would accomplish several things: (1) as it was unlikely that Attorney Kemp would be available at such short notice the deposition would not go forward; (2) having made an offer (albeit at the last possible minute) that got him into the correct time frame, he would be "off the hook" as far as the court was concerned; and (3) plaintiff could use the fact that an offer was made and not accepted by the defendants' counsel as an excuse to request an extension of time.

This gamesmanship should not be condoned by the court. Each time the court has heard excuses (and not explanations) about why Dr. Duffy's deposition could not be scheduled. The explanations about deaths in the family, sick children ( a godchild no less) are unavailing without proof – defendants ponder what is the next excuse; the dog ate his report? Defendants note that by his own explanation, Dr. Duffy had no problem arranging for physicians to cover his practice

while testifying at trial and thus, as he had more than enough time, he should have had no problem arranging for a physician to cover his practice for a deposition.

Plaintiff is wrong – the delay does prejudice defendants and plaintiff's actions in attempting scheduling the deposition at the last minute is both a professional discourtesy to defendants' counsel and an insult to the court. Defendants' counsel scheduled (and rescheduled) depositions, mediations, presentations, settlement conferences, etc., *after* February 18th to keep her schedule open in a futile attempt to accommodate Dr. Duffy's deposition. Therefore, her time before March 18, 2005 is extremely limited.

Defendants object to any extension of time and requests instead, that Dr. Duffy be precluded, pursuant to the court's order, from testifying in this case.

DEFENDANTS
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & CASUALTY
COMPANY


By_____Helen M. Kemp_____
Helen M. Kemp (ct 14790)
Theodore J. Tucci (ct 05249)
Lisa K. Titus (ct 22077)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage

prepaid, on this 18th day of February, 2005, to:

Kevin Dean, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517

_Helen M. Kemp_

Helen M. Kemp

ivil/Family Case Lookup Help    Page 1 of 3

EXHIBIT A



**State of Connecticut**

# Judicial Branch

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notic    Case Look-up

Screen Section Help: <u>Detail</u>   <u>Party</u>   <u>Motions</u>

# Case Detail

**Data Updated as of: 2/15/2005**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| **DANBURY/CITY OF** | **v.** | **BAKER EQUIPMENT LEAS   ET AL** |

| | |
|---|---|
| **Docket Number:** DBD-CV-03-0348379-S | **Court Location:** Danbury |
| **File Date:** Feb 20 2003 | **Return Date:** Mar 11 2003 |
| **\* Last Action Date:** Jan 19 2005 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH\* DVR AND/OR PSG V DVR | |

| | |
|---|---|
| **List Type:** JURY | |
| **Disposition Date:** Jan 18 2005 | |
| **Judge/Magistrate:** BY THE PLAINTIFF | **Trial List Claim:** Mar 31 2004 |
| **Disposition:** WITHDRAWAL OF ACTION | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| DANBURY/CITY OF | 01 | P | | |
| **Attorney:** MCGANN BARTLETT & BROWN (Juris No. 102394) | | | | |
| 111 FOUNDERS PLAZA SUITE 1201 EAST HARTFORD, CT 06108 | | | | |
| JOSEPH DZAMKO | 10 | P | | |
| **Attorney:** JOWDY & JOWDY PC (Juris No. 100333) | | | | |
| 67 WEST STREET DANBURY, CT 06810 | | | | |
| BAKER EQUIPMENT LEASING COMPANY | 50 | D | | |
| **Attorney:** PEPE & HAZARD (Juris No. 101812) | | | | |
| GOODWIN SQUARE HARTFORD, CT 06103 | | | | |
| JOHN TEPLEY | 51 | D | | |
| **Attorney:** PEPE & HAZARD (Juris No. 101812) | | | | |
| GOODWIN SQUARE HARTFORD, CT 06103 | | | | |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Mar 05 2003 | MOT JOIN AS PLAINTIFF | P | No | Granted | Jan 10 2005 | Hon. MICHAEL SHAY |
| 102.00 | Apr 10 2003 | REQUEST TO REVISE | D | No | | | |
| 103.00 | May 02 2003 | AMENDED COMPLAINT | P | No | | | |
| 104.00 | May 21 2003 | MOT EXTEND TIME-DSCOVERY | P | No | | | |
| 105.00 | Jun 09 2003 | NOT RESPONSES TO DISCVRY | P | No | | | |
| 106.00 | Aug 15 2003 | SCHEDULING ORDER | Court | No | Denied | Aug 18 2003 | Hon. PATRICK CARROLL |
| 107.00 | Aug 28 2003 | MOT EXTEND TIME-DSCOVERY | P | No | | | |
| 108.00 | Oct 02 2003 | SCHEDULING ORDER | Court | No | Granted | Oct 06 2003 | Hon. DOUGLAS MINTZ |
| 109.00 | Oct 22 2003 | MOT EXTEND TIME-DSCOVERY | P | No | | | |
| 110.00 | Oct 14 2003 | ANS AND SPECIAL DEFENSE | D | No | | | |
| 111.00 | Nov 18 2003 | NOT RESPONSES TO DISCVRY | P | No | | | |
| 112.00 | Nov 18 2003 | REPLY TO SPECIAL DEFENSE | P | No | | | |
| 113.00 | Dec 02 2003 | CLAIM FOR JURY OF 6 | D | No | | | |
| 113.05 | Dec 02 2003 | TRIAL LIST | | Yes | | | |
| 114.00 | Jan 14 2004 | MODIFY SCHEDULING ORDER | D | No | | | |
| 115.00 | Feb 03 2004 | MODIFY SCHEDULING ORDER | D | No | | | |
| 116.00 | Feb 25 2004 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 117.00 | Mar 15 2004 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 118.00 | Mar 18 2004 | PRETRIAL MEMORANDUM | Court | No | | | |
| 119.00 | Mar 18 2004 | ORDER | Court | No | Order | Mar 18 2004 | Hon. DOUGLAS MINTZ |
| 120.00 | Mar 30 2004 | SUPPLEMENTAL DISCOVERY | P | No | | | |
| 121.00 | May 24 2004 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 122.00 | Jul 23 2004 | MOT FOR NONSUIT-GENERAL | D | No | Denied | Sep 07 2004 | Hon. JOHN DOWNEY |
| 123.00 | Jul 23 2004 | MOTION TO COMPEL | D | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 124.00 | Aug 11 2004 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 125.00 | Aug 23 2004 | DISCOVERY RESPONSES | P | No | | | |
| 126.00 | Sep 03 2004 | OBJECTION TO MOTION | P | No | Sustained | Sep 07 2004 | Hon. JOHN DOWNEY |
| 127.00 | Sep 03 2004 | SUPPORTING MEMORANDUM | D | No | | | |
| 128.00 | Oct 19 2004 | MOTION FOR CONTINUANCE | P | No | | | |
| 129.00 | Oct 20 2004 | OBJECTION TO MOTION | D | No | | | |
| 130.00 | Oct 22 2004 | DISCLOSE EXPERT WITNESS | P | No | | | |
| 131.00 | Nov 12 2004 | OBJ TO INTERVENING PARTY | D | No | Overruled | Nov 30 2004 | Hon. MICHAEL SHAY |
| 132.00 | Nov 24 2004 | MOT EXTEND TIME | P | No | Denied | Dec 06 2004 | Hon. BARBARA BELLIS |
| 134.00 | Dec 17 2004 | INTERVENING COMPLAINT | P | No | | | |
| 135.00 | Dec 17 2004 | MOT CITE ADDITIONAL PRTY | P | No | | | |
| 136.00 | Dec 23 2004 | PRETRIAL MEMORANDUM | Court | No | | | |
| 137.00 | Jan 18 2005 | WITHDRAW INTERVENE CMPLT | P | No | | | |
| 138.00 | Jan 18 2005 | WITHDRAWAL OF ACTION | | Yes | | Jan 18 2005 | BY THE PLAINTIFF |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map

Copyright © 2004, State of Connecticut Judicial Branch

 **State of Connecticut**
# Judicial Branch
 Case Look-up

Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notic...

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 2/15/2005**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| JULIAN,JOANNE | v. | DONNELLY,HARMONY  ET AL |

| | |
|---|---|
| **Docket Number:** UWY-CV-01-0162853-S | **Court Location:** Waterbury |
| **File Date:** Dec 26 2000 | **Return Date:** Jan 09 2001 |
| **\* Last Action Date:** Feb 03 2005 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH\* DVR AND/OR PSG V DVR | |

| | |
|---|---|
| **List Type:** JURY | |
| **Disposition Date:** Jan 31 2005 | |
| **Judge/Magistrate:** | **Trial List Claim:** Jun 29 2001 |
| **Disposition:** WITHDRAWAL OF ACTION | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| JOANNE JULIAN | 01 | P | . | . |
| **Attorney:** MOORE O'BRIEN JACQUES & YELENAK (Juris No. 408519) | | | | |
| SUITE 207 700 WEST JOHNSON AVENUE CHESHIRE, CT 06410 1135 | | | | |
| HARMONY DONNELLY | 50 | D | . | Y |
| RICHARD JULIAN | 51 | D | . | . |
| **Attorney:** KERNAN & HENRY LLP (Juris No. 030960) | | | | |
| 207 BANK STREET PO BOX 2156 WATERBURY, CT 06722 2156 | | | | |
| TWIN CITY FIRE INSURANCE COMPANY | 52 | D | . | . |
| **Attorney:** MATHIS DAVID J. LAW OFFICE (Juris No. 410710) | | | | |
| SUITE 500 55 FARMINGTON AVENUE HARTFORD, CT 06105 | | | | |

## Motions / Pleadings / Objections

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| Entry No | Entry Date | Description | Initiated By | Argu able | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Jan 17 2001 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 102.00 | Feb 01 2001 | DISCLOSE EXPERT WITNESS | P | No | | | |
| 103.00 | Feb 07 2001 | MOT EXTEND TIME-DSCOVERY | D | No | Granted | Feb 23 2001 | Hon. ROBERT HOLZBERG |
| 104.00 | Feb 07 2001 | ANSWER | D | No | | | |
| 105.00 | Feb 20 2001 | MOT FOR DEFAULT-PLEADING | P | No | Granted | Mar 07 2001 | BY THE CLERK |
| 106.00 | Apr 11 2001 | OFFER OF JUDGMENT | P | No | | | |
| 107.00 | Apr 11 2001 | MOT FILE ADDED DISCOVERY | P | No | Granted | May 10 2001 | Hon. JOSEPH DOHERTY |
| 108.00 | Apr 23 2001 | CLAIM FOR JURY OF 6 | D | No | | | |
| 109.00 | Jun 11 2001 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 110.00 | Jun 15 2001 | ANSWER | D | No | | | |
| 111.00 | Jun 27 2001 | TRIAL LIST | | Yes | | | |
| 112.00 | Jan 03 2002 | MOT CITE ADDITIONAL PRTY | P | No | Granted | Jan 15 2002 | Hon. PATTY PITTMAN |
| 112.50 | Feb 05 2002 | PROPER OFFICER'S RETURN | | No | | | |
| 113.00 | Jan 03 2002 | AMENDED COMPLAINT | P | No | | | |
| 114.00 | Mar 01 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 115.00 | Mar 01 2002 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 116.00 | Mar 22 2002 | OBJ TO INTERROGATORIES | D | No | | | |
| 117.00 | Mar 28 2002 | MOT EXTEND TIME-DSCOVERY | D | No | Granted | Apr 08 2002 | Hon. ROBERT HOLZBERG |
| 118.00 | Apr 04 2002 | OBJ TO INTERROGATORIES | D | No | | | |
| 119.00 | Sep 05 2002 | REQ FOR PHYS/MENTAL EXAM | D | No | | | |
| 120.00 | Sep 19 2002 | MOT DFLT-FLR TO COMPLY | P | No | | | |
| 121.00 | Sep 19 2002 | MOT FOR DEFAULT-PLEADING | P | No | Granted | Sep 24 2002 | BY THE CLERK |
| 122.00 | Oct 01 2002 | ANS AND SPECIAL DEFENSE | D | No | | | |
| 123.00 | Oct 01 2002 | CLAIM FOR JURY OF 6 | D | No | | | |
| 124.00 | Oct 16 | REPLY TO SPECIAL | P | No | | | |

| | 2002 | DEFENSE | | | | | |
|---|---|---|---|---|---|---|---|
| 125.00 | Nov 01 2002 | REQ FOR PHYS/MENTAL EXAM | D | No | | | |
| 126.00 | Feb 07 2003 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 127.00 | Feb 10 2003 | MOT SEPARATE TRIAL | D | No | | | |
| 128.00 | Apr 15 2003 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 129.00 | Apr 15 2003 | MOTION FOR CAPIAS | D | No | Granted | Jun 17 2003 | Hon. ELIZABETH GALLAGHER |
| 130.00 | Apr 21 2003 | REQ TO AMEND COMPLAINT | P | No | | | |
| 131.00 | Apr 22 2003 | DISCLOSE EXPERT WITNESS | P | No | | | |
| 132.00 | May 19 2003 | WITHDRAWAL-CERTAIN DFDNT | P | No | | | |
| 133.00 | Jan 26 2004 | OFFER OF JUDGMENT | D | No | | | |
| 134.00 | Feb 13 2004 | ANSWER TO AMENDED CMPLNT | D | No | | | |
| 135.00 | Nov 10 2004 | REQ FOR PHYS/MENTAL EXAM | D | No | | | |
| 136.00 | Nov 16 2004 | REQ FOR PHYS/MENTAL EXAM | D | No | | | |
| 137.00 | Nov 22 2004 | REQ TO AMEND COMPLAINT | P | No | | | |
| 138.00 | Dec 14 2004 | DISCLOSE EXPERT WITNESS | D | No | | | |
| 139.00 | Jan 24 2005 | MOTION IN LIMINE | D | No | | | |
| 140.00 | Jan 31 2005 | WITHDRAWAL OF ACTION | | Yes | | Jan 31 2005 | BY THE PLAINTIFF |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map

Copyright © 2004, State of Connecticut Judicial Branch

SM

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:03-cv-01889-JBA

| | |
|---|---|
| Laliberte v. J.C. Penney Corp., Inc | Date Filed: 11/04/2003 |
| Assigned to: Judge Janet Bond Arterton | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1441 Petition for Removal- Personal Injury | Jurisdiction: Diversity |

**Special Master**

**Christopher Bernard**

**Special Master**

**George Holmes**

**Plaintiff**

**Jeannine Laliberte**                    represented by    **Joseph A. Mengacci**
Law Offices Of Joseph A. Mengacci
500 Chase Pkwy
Waterbury, CT 06708
203-753-9291
*TERMINATED: 01/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Newman**
Adelman, Hirsch & Newman
1000 Lafayette Blvd.
Bridgeport, CT 06604
203-331-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.C. Penney Corp., Inc**                    represented by    **Barry P. Beletsky**
Riccio & Beletsky
310 Main St.
Suite 2B
East Haven, CT 06512
203-469-8080
Fax: 203-469-0011
Email: Barry@riccio-beletsky.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2005 | 25 | COURT Jury Instructions. (Torday, B.) (Entered: 02/17/2005) |
| 02/15/2005 | 24 | Minute Entry for proceedings held before Judge Janet Bond Arterton : Jury Trial completed on 2/15/2005. (Court Reporter S. Montini.) (Torday, B.) (Entered: 02/17/2005) |
| 02/14/2005 | 23 | Minute Entry for proceedings held before Judge Janet Bond Arterton : Jury Trial held on 2/14/2005 Jury Trial Continued Until 2/15/05 at 8:30 a.m.. (Court Reporter S. Montini.) (Torday, B.) (Entered: 02/14/2005) |
| 02/07/2005 | 22 | Settlement Conference Report of Special Masters for proceedings held before Clerk-SM : Settlement Conference held on 2/7/2005. Case not settled (Malone, P.) (Entered: 02/07/2005) |
| 01/21/2005 | 21 | ORDER granting 20 Motion to Withdraw as Attorney. Attorney Joseph A. Mengacci terminated . Signed by Judge Janet Bond Arterton on 1/21/05. (Inferrera, L.) (Entered: 01/21/2005) |
| 01/18/2005 | 20 | MOTION for Joseph A. Mengacci to Withdraw as Attorney by Jeannine Laliberte. (Malone, P.) (Entered: 01/19/2005) |
| 01/07/2005 | 19 | Minute Entry for proceedings held before Judge Janet Bond Arterton : Jury Selection held on 1/7/2005. Jury Trial set for 2/14/2005 08:30 AM in Courtroom Two - New Haven before Judge Janet Bond Arterton. (Court Reporter S. Montini.) (Torday, B.) (Entered: 01/07/2005) |
| 01/05/2005 | 18 | ORDER granting 15 Motion Opening Statements, granting 17 Motion Opening Statements. Signed by Judge Janet Bond Arterton on 1/4/05. (Malone, P.) (Entered: 01/05/2005) |
| 12/29/2004 | 17 | MOTION for Opening Statement at trial by J.C. Penney Corp., Inc.Responses due by 1/19/2005 (Falcone, K.) (Entered: 12/29/2004) |
| 12/23/2004 | 16 | MOTION For Supplemental Request To Charge Regarding References To Insurance In Medical Bills. by Jeannine Laliberte.Responses due by 1/13/2005 (Malone, P.) (Entered: 12/28/2004) |
| 12/23/2004 | 15 | MOTION For Opening Statement by Jeannine Laliberte.Responses due by 1/13/2005 (Malone, P.) (Entered: 12/28/2004) |
| 12/15/2004 | 14 | JOINT TRIAL MEMO by J.C. Penney Corp., Inc, Jeannine Laliberte Estimated trial time 3 days. (Inferrera, L.) (Entered: 12/20/2004) |
| 11/09/2004 | 13 | Supplemental SCHEDULING ORDER: Final Pretrial Conference set for 12/20/2004 10:00 AM in Chambers Room #118 before Judge Janet Bond Arterton. Discovery due by 12/1/2004. Joint Trial Brief due by 12/15/2004. Jury Selection set for 1/6/2005 09:00 AM in Courtroom Two - New Haven before Judge Janet Bond Arterton. Jury Trial set for 1/10/2005-1/14/2005 08:30 AM-2:00 PM in Courtroom Two - New Haven before Judge Janet Bond Arterton.. Signed by Judge Janet Bond Arterton on 11/8/04. (Malone, P.) (Entered: 11/09/2004) |

# EXHIBIT B

## Kemp, Helen M.

**From:**  Joseph Z. Gersten [jzg@sdvlaw.com]
**Sent:**  Monday, October 11, 2004 9:37 AM
**To:**  Kemp, Helen M.
**Subject:** Re: Kaladish - Dr. Duffy

Helen,

Hope all is well...still trying to reach Duffy re date and cost for his depo...as soon as I have this info I will let you know...we would also like to get the 30(b)(6) depo out of the way ASAP...would you be able to forward us a series of dates to choose from...as well, seeing as this is our second attempt, would you be amenable to having the 30(b)(6) possibly in Hartford...I think it makes more sense than to have all of us truck up to Mass...just a thought...thanks for your consideration.

Joe Gersten

---- Original Message -----
From: "Kemp, Helen M."
To: "'Tracy A Saxe'" , "'jzg@sdvlaw.com'"
Sent: 9/30/2004 6:30 PM
Subject: Kaladish - Dr. Duffy

I just received your expert disclosure re: Dr. Duffy.

Is Dr. Duffy in addition to Dr. Girasole?  That is, am I still going to receive an expert report from Dr. Girasole? When might I expect such a report.

Also, I note that Dr. Duffy charges $1,000 per hour for a deposition.  Could you inquire if he would take less and let me know by next Monday or Tuesday?  I believe you know our position on fees of this amount and if it cannot be reduced, we would end up filing a Motion to Set Fees – which I would like to avoid if possible.

Thank you.

Helen M. Kemp  

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or

#1

## Kemp, Helen M.

**From:** Kemp, Helen M.
**Sent:** Thursday, November 11, 2004 12:09 PM
**To:** 'jzg@sdvlaw.com'
**Cc:** Shertick, Mary Jo
**Subject:** Dr. Duffy - Deposition

With regard to the deposition of Dr. Duffy, I am available November 23, 24, 29 and possibly the 30th. I have a deposition scheduled the 30th which may or may not go forward – I will not know that until early next week. I am also available December 1 and 3rd.

Please ask if he will reduce his fee of $1,000 per hour. If not, I will petition the court to set a fee. I will agree to pay $400 per hour – if he comes close -- say $500 per hour - I will see if ok with my client.

I anticipate 4-6 hours for the deposition – I prefer to start at 10:00 a.m. It can be held in his office provided he has an honest to goodness conference room/table set-up (not a coffee or card table set-up - not a kitchen table in the employee's lunch room where employees consistently come in and out, etc.) and a VCR/TV hookup in case I want to show him the video. Otherwise, it will be held at my office.

Also, before I do anything about the matter, I would appreciate an explanation as to why you represented to the court in your memo with regard to the preclusion of expert, that Dr. Girasole withdrew from being an expert witness because I "harassed" him about fees, etc., when Dr. Girasole testified at his deposition that he had ***never*** agreed to be an expert witness in the first place because he did not want to testify at a trial.

I have asked Mary Jo to coordinate the dates and times of the deposition.

**Helen M. Kemp** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston New London Hartford Stamford Greenwich New York Sarasota

#2

**Kemp, Helen M.**

| | |
|---|---|
| **From:** | Kemp, Helen M. |
| **Sent:** | Monday, November 15, 2004 5:01 PM |
| **To:** | 'Joseph Z. Gersten' |
| **Cc:** | Shertick, Mary Jo |
| **Subject:** | RE: Dr. Duffy - Deposition |

Thank you. See what rate he would voluntarily reduce his fee - we can go from there. If $600 is truly the lowest - I can ask my client. I am fairly certain to avoid filing a motion my client would approve $500 and $600 is a possibility. But, my client is not going to agree to $600 so you can use it to bridge the gap between $600 and $1,000. As far as we are concerned, $400 per hour is a fair and reasonable number - a number we are willing to come off to some extent if it will avoid a court motion.

In addition to the dates I gave you previously, I am also now available November 30th for his deposition.

Lastly, any further clarification re: Dr. Girasole's testimony that he never agreed to be your expert witness?

-----Original Message-----
From: Joseph Z. Gersten [mailto:jzg@sdvlaw.com]
Sent: Monday, November 15, 2004 1:24 PM
To: Kemp, Helen M.
Subject: Re: Dr. Duffy - Deposition

Hi Helen,

Just to let you know, I am working on the Oram Sipulation, getting his bill paid, and setting up the depo with Duffy. I have broached the subject of a reduced fee with Duffy's office, and am awaiting a reply. However, I am surprised by your numbers. When we last spoke you verbally mentioned $600.00 per hour, however your email does not reflect that. Please let me know.

Joseph Z. Gersten, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890 Tel
(203) 287-8847 Fax
jzg@sdvlaw.com

www.sdvlaw.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-287-8890 and permanently delete the original and any copy of any e-mail and any printout thereof.

--- Original Message---
To: "'jzg@sdvlaw.com'" <jzg@sdvlaw.com>
Cc: "Shertick, Mary Jo" <mshertick@RC.com>
From: "Kemp, Helen M." <hkemp@RC.com>
Sent: 11/11/2004 12:08PM
Subject: Dr. Duffy - Deposition

>> With regard to the deposition of Dr. Duffy, I am available November

\# 3

1

## Kemp, Helen M.

**From:** Shertick, Mary Jo

**Sent:** Friday, December 10, 2004 3:21 PM

**To:** 'kpd@sdvlaw.com'

**Cc:** Kemp, Helen M.; Titus, Lisa K

**Subject:** FW: Dr. Duffy: Deposition

Mr. Dean - Pursuant to our telephone conversation this afternoon and as promised, here is Attorney Kemp's email from earlier this month to Mr. Gersten w/ respect to scheduling Dr. Duffy's deposition. Please advise as soon as possible when you have heard back from the doctor's office so that we can schedule this deposition by the end of the month per the court's order. Thank you.

**Mary Josephine Shertick**
Paralegal

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Direct (860) 541-2610 | Fax (860) 275-8299
mshertick@rc.com | www.rc.com
Contact Card



**ROBINSON & COLE** LLP

Boston   New London   Hartford   Stamford   Greenwich   New York   Sarasota

-----Original Message-----
**From:** Kemp, Helen M.
**Sent:** Saturday, December 04, 2004 11:08 AM
**To:** 'Joseph Z. Gersten'
**Cc:** Titus, Lisa K; Shertick, Mary Jo
**Subject:** Dr. Duffy: Deposition

As the court has issued a decision with regard to Dr. Duffy's fee (setting it at $400 per hour – no prep time), please advise as to dates when he is available for deposition in the month of December. I understand that he requires a prepayment although this prepayment requirement is not otherwise noted on his c.v. or in any of the material you sent us about him. However, since I do not know how long the deposition will be, upon a confirmed date, I will be happy to issue him a prepayment of $1,000.00 which should cover most of his time.

With regard to location, during normal business hours I will be glad to travel to Dr. Duffy's office for the deposition provided he has a proper table/chair set up for the deposition. I am available on weekends but prefer a weekend deposition be held in the Hartford office of Robinson & Cole.

I have asked Mary Jo Shertick to coordinate the deposition with you. If you have questions on any of the above and I am not in the office, please feel free to contact either Mary Jo or Lisa Titus.

Thank you.

#4

**Kemp, Helen M.**

Subject:                    FW: Dr. Duffy: Deposition


From: Kevin P. Dean [mailto:kpd@sdvlaw.com]
Sent: Tuesday, December 14, 2004 1:03 PM
To: Shertick, Mary Jo
Subject: RE: FW: Dr. Duffy: Deposition

Ms. Shertick -

I am expecting a call back from Dr. Duffy's office this afternoon to discuss dates. Can
you give me open dates for Attorneys Kemp and/or Titus over the next few weeks? It would
be easier to just try to match up the dates all at once. I don't know if you discussed
this with Joe, but Dr. Duffy wants to do the deposition at his office in Waterbury in case
a patient emergency arises.

Thanks,
Kevin


Kevin P. Dean, Esq.
Saxe Doernberger & Vita, PC
1952 Whitney Avenue
Hamden, CT 06517
203.287.8890
203.287.8847 Fax
kpd@sdvlaw.com

www.sdvlaw.com

*******************************************
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this e-mail, you are hereby notified that any
dissemination, distribution or copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail in error, please notify me via
return e-mail and via telephone at 203-287-8890 and permanently delete the original and
any copy of any e-mail and any printout thereof.

*******************************************


--- Original Message---
To: "'kpd@sdvlaw.com'" <kpd@sdvlaw.com>
Cc: "Kemp, Helen M." <hkemp@RC.com>, "Titus, Lisa K" <ltitus@RC.com>
From: "Shertick, Mary Jo" <mshertick@RC.com>
Sent: 12/10/2004  3:20PM
Subject: FW: Dr. Duffy: Deposition

>> Mr. Dean - Pursuant to our telephone conversation this afternoon and
>> as promised, here is Attorney Kemp's email from earlier this month to
>> Mr. Gersten w/ respect to scheduling Dr. Duffy's deposition.  Please
>> advise as soon as possible when you have heard back from the doctor's
>> office so that we can schedule this deposition by the end of the
>> month per the court's order.   Thank you.
>>
>>    <http://www.rc.com/images/lin_tab4.gif>
>>
>>
>> Mary Josephine Shertick

1

#5

## Kemp, Helen M.

**From:**    Kemp, Helen M.
**Sent:**     Tuesday, December 14, 2004 1:25 PM
**To:**       'kpd@sdvlaw.com'
**Cc:**       Shertick, Mary Jo
**Subject:** Deposition of Dr. Duffy

Dear Kevin:

Mary Jo forwarded your email re: the deposition of Dr. Duffy.

It can be held in his office provided he has an honest to goodness conference room/table set-up (not a coffee or card table set-up - not a kitchen table in the employee's lunch room where employees consistently come in and out, etc.) and a VCR/TV hookup in case I want to show him the surveillance video. Otherwise, it will be held at my office. I am available on weekends but prefer a weekend deposition be held in the Hartford office of Robinson & Cole. I trust you have told him that the court set his fee at $400 per hour.

With regard to dates, I prefer that you send me dates as I am sure between Lisa Titus and myself we can cover the deposition - except of course for actual holidays.

Please let Mary Jo know dates as quickly as possible. Thank you.

**Helen M. Kemp** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston   New London   Hartford   Stamford   Greenwich   New York   Sarasota

#6

# Kemp, Helen M.

**From:**    Kemp, Helen M.
**Sent:**    Monday, January 10, 2005 10:16 AM
**To:**    'Kevin P. Dean'; Titus, Lisa K
**Cc:**    Shertick, Mary Jo
**Subject:** RE: Duffy Deposition

In light of your objections - may be it would be best to (1) set deposition for after Jan. 20th and (2) discuss objections at status conference. I will write you a reply explaining my position and file a motion with the court on Wednesday so we can get it on the agenda.

I am available for deposition on Jan. 25, 26, 27 and 28th. I am be available Jan. 21st but will not know my availability until the 18th.

Please be advised that we have been trying to schedule the doctor's deposition since October 11th - if we cannot reschedule in a short period of time I will ask that his testimony be excluded.

-----Original Message-----
**From:** Kevin P. Dean [mailto:kpd@sdvlaw.com]
**Sent:** Monday, January 10, 2005 10:14 AM
**To:** Kemp, Helen M.; Titus, Lisa K
**Subject:** Duffy Deposition
**Importance:** High

Dear Helen,

I just received a call from Dr. Duffy's office. Unfortunately, Dr Duffy is unable to proceed with tomorrow's deposition. Apparently there was an injury over the weekend requiring surgery, but the patient won't be cleared for surgery until tomorrow. I am expecting him to call me later today to talk about alternative dates.

One possibility is the 18th. I don't know if this is still ok for him, but I recall the date was offered previously. I know you'll be just getting back from out of town, but is this date a possibility? Are there other dates which would work for your and/or Lisa in the short term?

Please let me know.

- Kevin

Kevin P. Dean, Esq.
Saxe Doernberger & Vita, PC
1952 Whitney Avenue
Hamden, CT 06517
203.287.8890
203.287.8847 Fax
kpd@sdvlaw.com
www.sdvlaw.com

*******************************************
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or

#7

## Kemp, Helen M.

| | |
|---|---|
| **From:** | Kemp, Helen M. |
| **Sent:** | Thursday, January 20, 2005 11:35 AM |
| **To:** | 'Kevin P. Dean' |
| **Cc:** | Titus, Lisa K; Shertick, Mary Jo |
| **Subject:** | Duffy Deposition |

RE: Duffy Deposition

With the caveat that things can change as my schedule fills up, currently I am available every day EXCEPT for Monday, January 25, 2005 and February 1, 2005.

**Helen M. Kemp** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston   New London   Hartford   Stamford   Greenwich   New York   Sarasota

#8

## Kemp, Helen M.

**From:**     Kemp, Helen M.
**Sent:**     Thursday, February 03, 2005 4:27 PM
**To:**     kpd@sdvlaw.com
**Cc:**     Titus, Lisa K
**Subject:** Dr. Duffy Deposition

Have you heard from Dr. Duffy with regard to a date for the deposition? It has been 2 weeks since the status conference and I have received no available dates.  In the meantime, my schedule has begun to fill up as I could not keep it open indefinitely.  Please advise.

**Helen M. Kemp** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston   New London   Hartford   Stamford   Greenwich   New York   Sarasota

#9

2/17/2005

## Kemp, Helen M.

**From:**    Kemp, Helen M.

**Sent:**    Thursday, February 10, 2005 11:27 AM

**To:**      kpd@sdvlaw.com

**Subject:** Duffy Deposition

Thank you for your phone call about dates. Please be advised that currently February 14th and February 18th are not good for me (other depositions are scheduled). Additionally, if Dr. Duffy can only be deposed in the afternoon, February 15th is not good as I have a client's Board meeting that night beginning at 5:30 p.m. that I must attend.

Additionally I need at least 48 hours notice with regard to the deposition for the days I am available as I still would have to juggle my schedule and rearrange some items.

**Helen M. Kemp** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8235 | Fax (860) 275-8299
hkemp@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

#10

2/18/2005

## Kemp, Helen M.

**From:** Kemp, Helen M.
**Sent:** Thursday, February 10, 2005 12:10 PM
**To:** 'Kevin P. Dean'
**Subject:** RE: Duffy Deposition

Not possible - I have to be in West Hartford at 5:30 p.m. and in rush hour, would probably need to leave Waterbury by 4:30 p.m. the latest.  The depo would have to start about 11:00 a.m. as I anticipate between 4-6 hours for the deposition.

-----Original Message-----
**From:** Kevin P. Dean [mailto:kpd@sdvlaw.com]
**Sent:** Thursday, February 10, 2005 12:14 PM
**To:** Kemp, Helen M.
**Subject:** Re: Duffy Deposition

Helen, is a 3:00 start on Tuesday impossible? I told his office that it was a definite "no", but I wanted to double check with you. Thanks

Kevin P. Dean, Esq.
Saxe Doernberger & Vita, PC
1952 Whitney Avenue
Hamden, CT 06517
203.287.8890
203.287.8847 Fax
kpd@sdvlaw.com
www.sdvlaw.com

*******************************************
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-287-8890 and permanently delete the original and any copy of any e-mail and any printout thereof.

*******************************************

--- Original Message---
To: kpd@sdvlaw.com
From: "Kemp, Helen M."
Sent: 2/10/2005 11:27AM
Subject: Duffy Deposition

>> Thank you for your phone call about dates. Please be advised that currently
>> February 14th and February 18th are not good for me (other depositions are
>> scheduled). Additionally, if Dr. Duffy can only be deposed in the
>> afternoon, February 15th is not good as I have a client's Board meeting that
>> night beginning at 5:30 p.m. that I must attend.
>>
>> Additionally I need at least 48 hours notice with regard to the deposition
>> for the days I am available as I still would have to juggle my schedule and
>> rearrange some items.
>>
>>

# 11

## Kemp, Helen M.

**From:** Kemp, Helen M.
**Sent:** Friday, February 11, 2005 3:53 PM
**To:** 'Kevin P. Dean'
**Subject:** RE: RE: Duffy Deposition

NO - the 18th is it.

We've been trying since October to get a date. Not to be unsympathetic to Duffy but with him it is always something - it didn't matter if we tried to coordinate a date or subpoena him. I also volunteered to come in on Saturdays to conduct the depositions which would cause the least disruption to Duffy and his practice - an offer which went nowhere. Smaller "chunks" of time is also not feasible for a variety of reasons. Lastly, I note if someone like Dr. Girasole can arrange, with several weeks notice, to put aside 4 hours for a deposition, so can Dr. Duffy who has had several months notice.

Right now I have Wednesday and Thursday (Feb. 16 & 17) of next week available. I need to know by Monday (the 14th) if either of those days are acceptable.


-----Original Message-----
**From:** Kevin P. Dean [mailto:kpd@sdvlaw.com]
**Sent:** Friday, February 11, 2005 3:26 PM
**To:** Kemp, Helen M.
**Subject:** RE: RE: Duffy Deposition

Helen,

Dr. Duffy's office is trying to get me another date or two to offer you for his deposition. Would you agree to go beyond the 18th if necessary? Another possibility is to conduct the deposition in smaller chunks - I think the 4-6 hour requirement is making getting the time tougher. In addition, I have learned that Dr. Duffy has had some deaths in his family which have taken him away, adding to the scheduling issues.

Please let me know, and thank you.

- Kevin

Kevin P. Dean, Esq.
Saxe Doernberger & Vita, PC
1952 Whitney Avenue
Hamden, CT 06517
203.287.8890
203.287.8847 Fax
kpd@sdvlaw.com
www.sdvlaw.com


********************************************
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-287-8890 and permanently delete the original and any copy of any e-mail and any printout thereof.

#12