**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KALADISH** | : |
| **v.** | :  NO. 3:01cv184 (JBA) |
| **UNUMPROVIDENT CORP., ET AL** | : |

**ENDORSEMENT ORDER [DOC. #175]**

Motion for Extension of Time [doc. #175] is GRANTED, over objection, to and including 3/18/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: March   , 2005**