FILED

2005 MAR -7 P 2: 43

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE KALADISH a/k/a<br>ARTHUR L. KALADISH<br>    Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>301 CV 184 (DJS)<br>JBA |
| v. | : <br> : | |
| UNUMPROVIDENT CORPORATION and<br>PROVIDENT LIFE & CASUALTY<br>INSURANCE COMPANY<br>    Defendants | : <br> : <br> : <br> : | <br><br><br>MARCH 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Joseph Z. Gersten hereby requests, Pursuant to Rule 15 of this Court, that he be allowed to withdraw his appearance as counsel for the plaintiff, Lawrence Kaladish a/k/a Arthur L. Kaladish. He was involved in this matter since July 2004 while working as an associate at Saxe Doernberger & Vita, P.C. In December 2004, he stopped working for Saxe Doernberger & Vita, P.C., and no longer has any association with this litigation.

THE PLAINTIFF,
LAWRENCE KALADISH a/k/a
ARTHUR L. KALADISH

BY: _____
Joseph Z. Gersten
Federal Bar No. CT19662
SAXE DOERNBERGER & VITA, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517
Telephone No. (203) 287-8890
Facsimile No. (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
LAWRENCE KALADISH a/k/a          :     CIVIL ACTION NO.
ARTHUR L. KALADISH               :     301 CV 184 (DJS)
                                 :
        Plaintiff                :
                                 :
v.                               :
                                 :
UNUMPROVIDENT CORPORATION and    :
PROVIDENT LIFE & CASUALTY        :
INSURANCE COMPANY                :
        Defendant.               :     FEBRUARY __ 2005
---------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Notice was emailed and mailed, postage prepaid, on this the 3rd day of March 2005, to the following:

Helen M. Kemp, Esq.
Lisa K. Titus, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
hkemp@RC.com

_____
Joseph Z. Gersten

3