**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**KALADISH**                              :

**v.**                                    :  **NO. 3:01cv184 (JBA)**

**UNUMPROVIDENT CORP., ET AL**            :

**ENDORSEMENT ORDER [DOC. #178]**

Motion to Withdraw Appearance [doc. #178] is GRANTED.

                                   IT IS SO ORDERED.


                                   _____
                                   Joan Glazer Margolis, U.S.M.J.
                                   On Behalf Of:
                                   Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: March 14, 2005**