**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KALADISH** | : |
| **v.** | :   NO. 3:01cv184 (JBA) |
| **UNUMPROVIDENT CORP.** | : |

### ORDER OF DISMISSAL

This case is being administratively closed so that plaintiff can pursue the new RSA review process as to which there is no ascertainable termination date.  Either party has the right to have this case restored to the active docket, if exercised by motion filed no later than 60 days following completion of the RSA review.  Such motion shall be accompanied by a Supplemental 26(f) Planning Report so that a revised case scheduling order can be issued.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **March 28, 2005**